## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Michael Henrich, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1.  I am Chairman of the Board of Trustees of the City of Omaha Police and Firefighters Retirement System ("Omaha").

2.  I have reviewed a securities class action complaint against Cognyte Software Ltd. ("Cognyte" or the "Company") and authorize Scott+Scott Attorneys at Law LLP to file a comparable complaint on behalf of Omaha.

3.  Omaha is willing to serve as a representative party on behalf of the Class (as defined in the Complaint), including providing testimony at deposition or trial, if necessary.

4.  During the Class Period (as defined in the Complaint), Omaha purchased and/or sold the security that is subject of the Complaint as set forth on the attached Schedule A.

5.  Omaha did not engage in the foregoing transactions at the direction of counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

6.  During the three-year period preceding the date on which this Certification is signed, Omaha has either served or sought to serve as a representative party on behalf of a class in a private action arising under the Securities Act or the Exchange Act:

    - *Ronge v. Camping World Holdings, Inc. et al.*, Case No. 1:18-cv-07030 (N.D. Ill.)
    - *In re Evoqua Water Technologies Corp. Securities Litigation*, Case No. 1:18-cv-10320 (S.D.N.Y.)
    - *In re Weight Watchers International, Inc. Securities Litigation*, Case No. 1:19-cv-02005 (S.D.N.Y.)

7.  Omaha will not accept any payment for serving as a representative party on behalf of the class beyond its *pro rata* share of any recovery, except for such reasonable costs and

expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of January, 2023.

CITY OF OMAHA POLICE AND
FIREFIGHTERS RETIREMENT SYSTEM

_/s/ Michael Henrich_
Michael Henrich
Chairman of the Board of Trustees

# Schedule A

**COGNYTE SOFTWARE LTD**　　　　Ticker:　CGNT　　Cusip:　M25133105

Class Period: 02/02/2021 to 06/28/2022

| CITY OF OMAHA POLICE AND FIREFIGHTERS RETIREMENT SYSTEM | | DATE | SHARES | PRICE |
|---|---|---|---|---|
| | Purchases: | 3/29/2021 | 23,435 | $27.34 |
| | | 3/30/2021 | 8,835 | $27.03 |
| | | 3/31/2021 | 4,710 | $27.91 |
| | | 4/1/2021 | 2,300 | $27.83 |
| | | 6/8/2021 | 24,050 | $24.34 |
| | | 9/20/2021 | 9,530 | $24.15 |
| | | 9/21/2021 | 5,680 | $23.66 |
| | | 1/10/2022 | 12,235 | $14.36 |
| | | 1/11/2022 | 7,165 | $14.62 |
| | | 3/7/2022 | 6,390 | $10.92 |
| | Sales: | 6/7/2021 | 2,025 | $23.99 |
| | | 8/25/2021 | 8,560 | $26.94 |