**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF OMAHA POLICE AND FIREFIGHTERS RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>   vs.<br><br>COGNYTE SOFTWARE LTD, ELAD SHARON, AND DAVID ABADI,<br><br>              Defendants. | Civil Action No. 1:23-cv-01769-LGS |

**NOTICE OF MOTION BY**
**CITY OF OMAHA POLICE AND FIREFIGHTERS RETIREMENT SYSTEM**
**FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

**TO:** **THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that City of Omaha Police and Firefighters Retirement System ("Movant") respectfully moves this Court for an order: (1) appointing Movant as Lead Plaintiff pursuant to §21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (2) approving Movant's selection of Scott+Scott Attorneys at Law LLP as Lead Counsel for the Class.

This motion is based on this Notice and the Memorandum of Law filed herewith, the Declaration of Thomas L. Laughlin, IV in support thereof, including Exhibits 1-3, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

DATED:  May 1, 2023                     **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

                                         *s/ Thomas L. Laughlin, IV*
                                        Thomas L. Laughlin, IV
                                        Donald A. Broggi
                                        Rhiana L. Swartz
                                        Jonathan M. Zimmerman (*pro hac vice* forthcoming)
                                        The Helmsley Building
                                        230 Park Avenue, 17th Floor
                                        New York, NY  10169
                                        Telephone: 212-223-6444
                                        Facsimile:  212-223-6334
                                        tlaughlin@scott-scott.com
                                        dbroggi@scott-scott.com
                                        rswartz@scott-scott.com
                                        jzimmerman@scott-scott.com

                                        *Counsel for Lead Plaintiff Movant City of Omaha Police and Firefighters Retirement System and Proposed Lead Counsel for the Class*

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 1, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

 *s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV

2