**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF OMAHA POLICE AND FIREFIGHTERS RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>    vs.<br><br>COGNYTE SOFTWARE LTD, ELAD SHARON, AND DAVID ABADI,<br><br>                 Defendants. | Civil Action No. 1:23-cv-01769-LGS |

**DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF MOTION BY CITY OF OMAHA POLICE AND FIREFIGHTERS RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Thomas L. Laughlin, IV, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a partner with the law firm Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for Plaintiff and lead plaintiff movant, City of Omaha Police and Firefighters Retirement System ("Movant"), and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as lead plaintiff and approval of its selection of Scott+Scott as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit 1:      Notice published March 1, 2023, via *Accesswire*, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");

Exhibit 2:      Movant's Loss Chart; and

Exhibit 3:      Scott+Scott firm résumé.

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed on the 1st day of May, 2023.

　*s/ Thomas L. Laughlin, IV*　
THOMAS L. LAUGHLIN, IV

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 1, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV
