# EXHIBIT 1



Contact Us

# Scott+Scott Attorneys at Law LLP Files Securities Class Action Against Cognyte Software LTD (NASDAQ:CGNT)

Wednesday, March 1, 2023 3:30 PM

**NEW YORK, NY / ACCESSWIRE / March 1, 2023 /** Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, has filed a securities class action lawsuit in the Southern District of New York against Cognyte Software LTD (NASDAQ:CGNT) ("Cognyte" or the "Company"), its Chief Executive Officer ("CEO"), Elad Sharon, and its Chief Financial Officer ("CFO"), David Abadi (collectively, "Defendants"). The Class Action asserts claims under §§10(b) and 20(a) of the Securities Exchange Act (15 U.S.C. §§78j(b) and 78t(a)) and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder (17 C.F.R. §240.10b-5) on behalf of all persons or entitie that purchased Cognyte common stock between February 2, 2021 and June 28, 2022, inclusive (the "Class Period"), and

**ACCESSWIRE**®

Contact Us

Cognyte is a security analytics software company. The Class Action alleges that, during the Class Period, D misled investors and/or failed to disclose that Cognyte created, distributed, and provided reconnaissance tools and services that violated community standards and terms of service of communication network sources and technologies, such as Facebook, exposing the Company to significant financial and reputational risk.

According to the complaint, on December 16, 2021, Meta, the parent company of Facebook, issued a "Threat Report" based on results from its months-long investigation into the surveillance-for-hire industry, revealing that Cognyte (along with six private companies) regularly targeted, without their knowledge, journalists, dissidents, critics of authoritarian regimes, families of opposition, and human rights activists around the world, and collected intelligence on these people by manipulating them to reveal information and/or by compromising their devices and accounts, in violation of Facebook's multiple community standards and Terms of Service. As a result, Meta disabled Cognyte's ability to use its platforms, shared its findings with security researchers, other platforms, and policymakers, issued Cease and Desist warnings, and alerted the nearly 50,000 individuals who were believed to be targeted to help them strengthen the security of their accounts.

On this news, the price of Cognyte's common stock declined 5.11%, from a closing price of $18.97 on December 16, 2021, to a closing price of $18.00 per share on December 17, 2021, before declining another 5.5% the next trading day.

**Lead Plaintiff Deadline**

If you purchased Cognyte common stock during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as lead plaintiff.



absent class members of the Class. You do not need to seek appointment as lead plaintiff to share in any recovery in the Class Action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member.

**What You Can Do**

You may contact an attorney to discuss your rights regarding the appointment of lead plaintiff or your interest in the Class Action. You may retain counsel of your choice to represent you in the Class Action. You may obtain a copy of the Complaint here.

**About Scott+Scott**

Scott+Scott has significant experience in prosecuting major securities, antitrust, and consumer rights actions throughout the United States. The firm represents pension funds, foundations, individuals, and other entities worldwide with offices in New York, London, Amsterdam, Connecticut, California, Virginia, and Ohio.

This may be considered Attorney Advertising.

**CONTACT:**

Jonathan Zimmerman

Scott+Scott Attorneys at Law LLP

230 Park Avenue, 17th Floor, New York, NY 10169

(888) 398-9312

jzimmerman@scott-scott.com

**SOURCE:** Scott+Scott Attorneys at Law LLP