# EXHIBIT 2

**LOSS ANALYSIS**

**Class Period: 01/28/2021 to 06/28/2022**

**COGNYTE SOFTWARE LTD**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| CGNT | M25133105 | BMYDNT8 | IL0011691438 | $4.75032 |

**CITY OF OMAHA POLICE AND FIREFIGHTERS RETIREMENT SYSTEM**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 3/29/2021 | 23,435 | $27.34 | -$640,628.53 |
| Purchase | 3/30/2021 | 8,835 | $27.03 | -$238,852.46 |
| Purchase | 3/31/2021 | 4,710 | $27.91 | -$131,470.23 |
| Purchase | 4/1/2021 | 2,300 | $27.83 | -$64,012.22 |
| Purchase | 6/8/2021 | 24,050 | $24.34 | -$585,271.18 |
| Purchase | 9/20/2021 | 9,530 | $24.15 | -$230,139.97 |
| Purchase | 9/21/2021 | 5,680 | $23.66 | -$134,400.16 |
| Purchase | 1/10/2022 | 12,235 | $14.36 | -$175,689.71 |
| Purchase | 1/11/2022 | 7,165 | $14.62 | -$104,781.68 |
| Purchase | 3/7/2022 | 6,390 | $10.92 | -$69,796.05 |
| **Class Period purchases:** | | **104,330** | | **-$2,375,042.19** |
| Sale | 6/7/2021 | 2,025 | $23.99 | $48,583.80 |
| Sale | 8/25/2021 | 8,560 | $26.94 | $230,627.80 |
| **Class Period sales (matched to Class Period purchases):** | | **10,585** | | **$279,211.60** |
| | LIFO Retained Purchases: | 93,745 | $4.75032 | $445,318.51 |

**\* Value of retained shares is the mean trading price from 06/29/2022 to 09/27/2022**          **LIFO Gain/(Loss):  -$1,650,512.08**