UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF OMAHA POLICE AND
FIREFIGHTERS RETIREMENT SYSTEM,
Individually and on Behalf of All Others
Similarly Situated,

Plaintiff,

vs.

COGNYTE SOFTWARE LTD, ELAD
SHARON, and DAVID ABADI,

Defendants.

Case No.  1:23-cv-01769-LGS

DECLARATION OF JEREMY A.
LIEBERMAN IN SUPPORT OF
MOTION OF CLAL INSURANCE
COMPANY LTD., CLAL PENSION AND
PROVIDENT LTD., AND ATUDOT
PENSION FUND FOR EMPLOYEES &
INDEPENDENT WORKERS LTD. FOR
APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.      I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Clal Insurance Company Ltd., Clal Pension and Provident Ltd., and Atudot Pension Fund for Employees & Independent Workers Ltd. (collectively "Clal"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Clal's motion for appointment as Lead Plaintiff and approval of its selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Loss chart of Clal;

Exhibit B:    Press release published over *Accesswire* on March 1, 2023, announcing the pendency of the above-captioned action;

Exhibit C:    Shareholder Certifications executed on behalf of Clal; and

Exhibit D:    Firm resume of Pomerantz;

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 1, 2023, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1