# EXHIBIT A

**Cognyte Software Ltd. (CGNT)**
**Class Period: February 2, 2021 to June 28, 2022**

| Account Name | Purchase Date | Shares* | Price | Amount | Sales Date | Shares | Price | Amount | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | |
| Clal Pension and Provident Ltd. | | 5,000,053 | | ($136,022,874) | | (5,000,053) | | $80,888,733 | ($55,134,141) |
| Clal Insurance Company Ltd.: Acct 1 | | 5,031 | | ($140,918) | | (5,031) | | $152,212 | $11,294 |
| Clal Insurance Company Ltd.: Acct 2 | | 31,903 | | ($893,603) | | (31,903) | | $966,281 | $72,678 |
| Clal Insurance Company Ltd.: Acct 3 | | 72,816 | | ($2,039,576) | | (72,816) | | $2,254,891 | $215,315 |
| Atudot Pension Fund for Employees & Independent Workers Ltd.: Acct 1 | | 116,790 | | ($3,184,262) | | (116,790) | | $1,803,617 | ($1,380,645) |
| Atudot Pension Fund for Employees & Independent Workers Ltd.: Acct 2 | | 23,666 | | ($648,012) | | (23,666) | | $348,565 | ($299,447) |
| **Combined** | | **5,250,259** | | **($142,929,245)** | | **(5,250,259)** | | **$86,414,299** | **($56,514,946)** |
| | | | | | | | | | |
| Clal Pension and Provident Ltd. | 2/2/2021 | 4,139,055 | $28.0100 | ($115,934,931) | 2/2/2021 | (101,900) | $32.6779 | $3,329,878 | |
| Clal Pension and Provident Ltd. | 3/5/2021 | 97,295 | $27.4897 | ($2,674,610) | 2/11/2021 | (116,750) | $30.0402 | $3,507,193 | |
| Clal Pension and Provident Ltd. | 3/24/2021 | 97,292 | $27.7842 | ($2,703,180) | 2/18/2021 | (37,963) | $31.5938 | $1,199,395 | |
| Clal Pension and Provident Ltd. | 6/28/2021 | 97,533 | $23.9838 | ($2,339,212) | 3/11/2021 | (88,021) | $32.0443 | $2,820,571 | |
| Clal Pension and Provident Ltd. | 6/29/2021 | 97,533 | $24.2640 | ($2,366,541) | 7/28/2021 | (97,530) | $25.2278 | $2,460,472 | |
| Clal Pension and Provident Ltd. | 7/1/2021 | 97,532 | $24.5325 | ($2,392,704) | 8/3/2021 | (48,766) | $27.5949 | $1,345,695 | |
| Clal Pension and Provident Ltd. | 9/27/2021 | 73,153 | $20.8696 | ($1,526,674) | 8/4/2021 | (35,007) | $27.4606 | $961,312 | |
| Clal Pension and Provident Ltd. | 9/28/2021 | 8,041 | $20.4870 | ($164,736) | 8/10/2021 | (48,766) | $27.6349 | $1,347,644 | |
| Clal Pension and Provident Ltd. | 10/4/2021 | 97,538 | $20.4804 | ($1,997,617) | 8/17/2021 | (5,511) | $27.5503 | $151,830 | |
| Clal Pension and Provident Ltd. | 11/1/2021 | 97,541 | $19.8749 | ($1,938,618) | 11/22/2021 | (3,768) | $23.1602 | $87,268 | |
| Clal Pension and Provident Ltd. | 12/1/2021 | 97,540 | $20.3409 | ($1,984,051) | 12/17/2021 | (97,537) | $18.3621 | $1,790,984 | |
| Clal Pension and Provident Ltd. | | | | | 12/20/2021 | (114,489) | $17.3047 | $1,981,198 | |
| Clal Pension and Provident Ltd. | | | | | 12/21/2021 | (487,690) | $15.4704 | $7,544,759 | |
| Clal Pension and Provident Ltd. | | | | | 12/22/2021 | (642,929) | $15.2262 | $9,789,366 | |
| Clal Pension and Provident Ltd. | | | | | 12/23/2021 | (292,614) | $14.8308 | $4,339,700 | |
| Clal Pension and Provident Ltd. | | | | | 12/27/2021 | (292,615) | $15.3334 | $4,486,783 | |
| Clal Pension and Provident Ltd. | | | | | 1/3/2022 | (24,024) | $15.7639 | $378,712 | |
| Clal Pension and Provident Ltd. | | | | | 1/4/2022 | (186,057) | $15.3160 | $2,849,649 | |
| Clal Pension and Provident Ltd. | | | | | 1/5/2022 | (143,233) | $14.7383 | $2,111,011 | |
| Clal Pension and Provident Ltd. | | | | | 1/6/2022 | (143,849) | $14.5420 | $2,091,852 | |
| Clal Pension and Provident Ltd. | | | | | 1/10/2022 | (780,292) | $13.8093 | $10,775,286 | |
| Clal Pension and Provident Ltd. | | | | | 1/11/2022 | (151,628) | $14.6180 | $2,216,498 | |
| Clal Pension and Provident Ltd. | | | | | 1/12/2022 | (113,387) | $14.0181 | $1,589,470 | |
| Clal Pension and Provident Ltd. | | | | | 1/13/2022 | (195,073) | $13.7895 | $2,689,959 | |
| Clal Pension and Provident Ltd. | | | | | 1/18/2022 | (243,842) | $12.5742 | $3,066,118 | |
| Clal Pension and Provident Ltd. | | | | | 1/19/2022 | (201,442) | $12.7682 | $2,572,052 | |
| Clal Pension and Provident Ltd. | | | | | 1/20/2022 | (5,093) | $12.6418 | $64,385 | |

*Shares with purchase date of February 2, 2021 were received from Verint Systems spinoff, using closing price on February 2, 2021.

**Cognyte Software Ltd. (CGNT)**
**Class Period: February 2, 2021 to June 28, 2022**

| Account Name | Purchase Date | Shares* | Price | Amount | Sales Date | Shares | Price | Amount | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|
| Clal Pension and Provident Ltd. | | | | | 1/24/2022 | (146,303) | $11.2063 | $1,639,515 | |
| Clal Pension and Provident Ltd. | | | | | 1/25/2022 | (97,536) | $11.1993 | $1,092,335 | |
| Clal Pension and Provident Ltd. | | | | | 2/1/2022 | (56,438) | $10.7701 | $607,843 | |
| **Clal Pension and Provident Ltd.** | | **5,000,053** | | **($136,022,874)** | | **(5,000,053)** | | **$80,888,733** | **($55,134,141)** |
| | | | | | | | | | |
| Account 1 | | | | | | | | | |
| Clal Insurance Company Ltd. | 2/2/2021 | 5,031 | $28.0100 | ($140,918) | 2/11/2021 | (2,393) | $30.2398 | $72,364 | |
| Clal Insurance Company Ltd. | | | | | 2/16/2021 | (2,129) | $30.3045 | $64,518 | |
| Clal Insurance Company Ltd. | | | | | 2/17/2021 | (509) | $30.1178 | $15,330 | |
| **Clal Insurance Company Ltd.** | | **5,031** | | **($140,918)** | | **(5,031)** | | **$152,212** | **$11,294** |
| | | | | | | | | | |
| Account 2 | | | | | | | | | |
| Clal Insurance Company Ltd. | | | | | | | | | |
| Clal Insurance Company Ltd. | 2/2/2021 | 31,903 | $28.0100 | ($893,603) | 2/11/2021 | (13,497) | $30.2398 | $408,147 | |
| Clal Insurance Company Ltd. | | | | | 2/16/2021 | (14,289) | $30.3045 | $433,021 | |
| Clal Insurance Company Ltd. | | | | | 2/17/2021 | (2,870) | $30.1178 | $86,438 | |
| Clal Insurance Company Ltd. | | | | | 3/1/2021 | (1,152) | $30.9455 | $35,649 | |
| Clal Insurance Company Ltd. | | | | | 3/11/2021 | (95) | $31.8587 | $3,027 | |
| **Clal Insurance Company Ltd.** | | **31,903** | | **($893,603)** | | **(31,903)** | | **$966,281** | **$72,678** |
| | | | | | | | | | |
| Account 3 | | | | | | | | | |
| Clal Insurance Company Ltd. | | | | | | | | | |
| Clal Insurance Company Ltd. | 2/2/2021 | 72,816 | $28.0100 | ($2,039,576) | 2/3/2021 | (32,500) | $30.9932 | $1,007,279 | |
| Clal Insurance Company Ltd. | | | | | 2/11/2021 | (8,010) | $30.2398 | $242,221 | |
| Clal Insurance Company Ltd. | | | | | 2/16/2021 | (82) | $30.3045 | $2,485 | |
| Clal Insurance Company Ltd. | | | | | 2/17/2021 | (5,830) | $30.1178 | $175,587 | |
| Clal Insurance Company Ltd. | | | | | 3/1/2021 | (14,848) | $30.9455 | $459,479 | |
| Clal Insurance Company Ltd. | | | | | 3/11/2021 | (11,546) | $31.8587 | $367,841 | |
| **Clal Insurance Company Ltd.** | | **72,816** | | **($2,039,576)** | | **(72,816)** | | **$2,254,891** | **$215,315** |
| | | | | | | | | | |
| Account 1 | | | | | | | | | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | 2/2/2021 | 97,804 | $28.0100 | ($2,739,490) | 2/16/2021 | (2,766) | $30.0402 | $83,091 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | 3/5/2021 | 2,303 | $27.4897 | ($63,309) | 2/18/2021 | (899) | $31.5938 | $28,403 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | 3/26/2021 | 2,306 | $27.7842 | ($64,070) | 3/11/2021 | (2,085) | $32.0443 | $66,812 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | 6/28/2021 | 2,107 | $23.9838 | ($50,534) | 7/28/2021 | (2,110) | $25.2430 | $53,263 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | 6/29/2021 | 2,107 | $24.2640 | ($51,124) | 8/5/2021 | (1,054) | $27.6101 | $29,101 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | 7/1/2021 | 2,108 | $24.5325 | ($51,715) | 8/6/2021 | (757) | $27.4757 | $20,799 | |

*Shares with purchase date of February 2, 2021 were received from Verint Systems spinoff, using closing price on February 2, 2021.

**Cognyte Software Ltd. (CGNT)**
**Class Period: February 2, 2021 to June 28, 2022**

| Account Name | Purchase Date | Shares* | Price | Amount | Sales Date | Shares | Price | Amount | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|
| Atudot Pension Fund for Employees & Independent Workers Ltd. | 9/29/2021 | 1,578 | $20.8696 | ($32,932) | 8/11/2021 | (1,054) | $27.6501 | $29,143 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | 9/30/2021 | 173 | $20.4870 | ($3,544) | 8/17/2021 | (119) | $27.5655 | $3,280 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | 10/4/2021 | 2,103 | $20.4804 | ($43,070) | 11/22/2021 | (81) | $23.1602 | $1,876 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | 11/1/2021 | 2,100 | $19.8749 | ($41,737) | 12/17/2021 | (2,103) | $18.3621 | $38,615 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | 12/1/2021 | 2,101 | $20.3409 | ($42,736) | 12/20/2021 | (2,469) | $17.3047 | $42,725 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 12/21/2021 | (10,513) | $15.4704 | $162,640 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 12/22/2021 | (13,858) | $15.2262 | $211,005 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 12/23/2021 | (6,307) | $14.8308 | $93,538 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 12/27/2021 | (6,307) | $15.3334 | $96,708 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 1/3/2022 | (519) | $15.7639 | $8,181 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 1/4/2022 | (4,026) | $15.3160 | $61,662 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 1/5/2022 | (3,089) | $14.7383 | $45,527 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 1/6/2022 | (3,105) | $14.5420 | $45,153 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 1/10/2022 | (16,836) | $13.8093 | $232,493 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 1/11/2022 | (3,271) | $14.6180 | $47,815 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 1/12/2022 | (2,446) | $14.0181 | $34,288 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 1/13/2022 | (4,209) | $13.7895 | $58,040 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 1/18/2022 | (5,260) | $12.5742 | $66,140 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 1/19/2022 | (4,387) | $12.7682 | $56,014 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 1/20/2022 | (110) | $12.6418 | $1,391 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 1/24/2022 | (3,158) | $11.2063 | $35,389 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 1/25/2022 | (2,105) | $11.1993 | $23,575 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 2/1/2022 | (11,787) | $10.7701 | $126,947 | |
| **Atudot Pension Fund for Employees & Independent Workers Ltd.** | | **116,790** | | **($3,184,262)** | | **(116,790)** | | **$1,803,617** | **($1,380,645)** |
| | | | | | | | | | |
| Account 2 | | | | | | | | | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | 2/2/2021 | 20,406 | $28.0100 | ($571,572) | 2/16/2021 | (484) | $30.0402 | $14,539 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | 3/5/2021 | 402 | $27.4897 | ($11,051) | 2/18/2021 | (157) | $31.5938 | $4,960 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | 3/26/2021 | 402 | $27.7842 | ($11,169) | 3/11/2021 | (363) | $32.0443 | $11,632 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | 6/28/2021 | 360 | $23.9838 | ($8,634) | 7/28/2021 | (360) | $25.2430 | $9,087 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | 6/29/2021 | 360 | $24.2640 | ($8,735) | 8/5/2021 | (180) | $27.6101 | $4,970 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | 7/1/2021 | 360 | $24.5325 | ($8,832) | 8/6/2021 | (129) | $27.4757 | $3,544 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | 9/29/2021 | 269 | $20.8696 | ($5,614) | 8/11/2021 | (180) | $27.6501 | $4,977 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | 9/30/2021 | 30 | $20.4870 | ($615) | 8/17/2021 | (20) | $27.5655 | $551 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | 10/4/2021 | 359 | $20.4804 | ($7,352) | 11/22/2021 | (14) | $23.1602 | $324 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | 11/1/2021 | 359 | $19.8749 | ($7,135) | 12/17/2021 | (360) | $18.3621 | $6,610 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | 12/1/2021 | 359 | $20.3409 | ($7,302) | 12/20/2021 | (422) | $17.3047 | $7,303 | |

*Shares with purchase date of February 2, 2021 were received from Verint Systems spinoff, using closing price on February 2, 2021.

**Cognyte Software Ltd. (CGNT)**
**Class Period: February 2, 2021 to June 28, 2022**

| Account Name | Purchase Date | Shares* | Price | Amount | Sales Date | Shares | Price | Amount | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 12/21/2021 | (1,797) | $15.4704 | $27,800 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 12/22/2021 | (2,370) | $15.2262 | $36,086 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 12/23/2021 | (1,079) | $14.8308 | $16,002 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 12/27/2021 | (1,078) | $15.3334 | $16,529 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 1/3/2022 | (89) | $15.7639 | $1,403 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 1/4/2022 | (688) | $15.3160 | $10,537 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 1/5/2022 | (531) | $14.7383 | $7,826 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 1/6/2022 | (530) | $14.5420 | $7,707 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 1/10/2022 | (2,872) | $13.8093 | $39,660 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 1/11/2022 | (558) | $14.6180 | $8,157 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 1/12/2022 | (417) | $14.0181 | $5,846 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 1/13/2022 | (718) | $13.7895 | $9,901 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 1/18/2022 | (898) | $12.5742 | $11,292 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 1/19/2022 | (749) | $12.7682 | $9,563 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 1/20/2022 | (19) | $12.6418 | $240 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 1/24/2022 | (539) | $11.2063 | $6,040 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 1/25/2022 | (359) | $11.1993 | $4,021 | |
| Atudot Pension Fund for Employees & Independent Workers Ltd. | | | | | 2/1/2022 | (5,706) | $10.7701 | $61,454 | |
| **Atudot Pension Fund for Employees & Independent Workers Ltd.** | | **23,666** | | **($648,012)** | | **(23,666)** | | **$348,565** | **($299,447)** |

*Shares with purchase date of February 2, 2021 were received from Verint Systems spinoff, using closing price on February 2, 2021.