# EXHIBIT B

Case 1:23-cv-01769-LGS    Document 26-2    Filed 05/01/23    Page 2 of 5

About        Products        Newsroom        Resources



Customer Reviews          Login          Contact Us

 Back to Newsroom

# Scott+Scott Attorneys at Law LLP Files Securities Class Action Against Cognyte Software LTD (NASDAQ:CGNT)

Wednesday, March 1, 2023 3:30 PM

Topic:        Class Action          Share this Article

**NEW YORK, NY / ACCESSWIRE / March 1, 2023 /** Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, has filed a securities class action lawsuit in the Southern District of New York against Cognyte Software LTD (NASDAQ:CGNT) ("Cognyte" or the "Company"), its Chief Executive Officer ("CEO"), Elad Sharon, and its Chief Financial Officer ("CFO"), David Abadi (collectively, "Defendants"). The Class Action asserts claims under §§10(b) and 20(a) of the Securities Exchange Act (15 U.S.C. §§78j(b) and 78t(a)) and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder (17 C.F.R. §240.10b-5) on behalf of all persons or entities that purchased Cognyte common stock between February 2, 2021 and June 28, 2022, inclusive (the "Class Period"), and were damaged thereby (the "Class"). The Class Action filed by Scott+Scott is captioned: *City of Omaha Police and Firefighters Retirement System v. Cognyte Software LTD*, No. 1:23-cv-01769 (S.D.N.Y.).

About          Products          Newsroom          Resources

Case 1:23-cv-01769-LGS  Document 26-2  Filed 05/01/23  Page 3 of 5



distributed, and provided reconnaissance to violations at various of standards and terms of service of communication network sources and techn as Facebook, exposing the Company to significant financial and reputational risk.

According to the complaint, on December 16, 2021, Meta, the parent company of Facebook, issued a "Threat Report" based on results from its months-long investigation into the surveillance-for-hire industry, revealing that Cognyte (along with six private companies) regularly targeted, without their knowledge, journalists, dissidents, critics of authoritarian regimes, families of opposition, and human rights activists around the world, and collected intelligence on these people by manipulating them to reveal information and/or by compromising their devices and accounts, in violation of Facebook's multiple community standards and Terms of Service. As a result, Meta disabled Cognyte's ability to use its platforms, shared its findings with security researchers, other platforms, and policymakers, issued Cease and Desist warnings, and alerted the nearly 50,000 individuals who were believed to be targeted to help them strengthen the security of their accounts.

On this news, the price of Cognyte's common stock declined 5.11%, from a closing price of $18.97 on December 16, 2021, to a closing price of $18.00 per share on December 17, 2021, before declining another 5.5% the next trading day.

**Lead Plaintiff Deadline**

If you purchased Cognyte common stock during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as lead plaintiff.

**If you wish to apply to be lead plaintiff, a motion on your behalf must be filed with the U.S. District Court for the Southern District of New York no later than May 1, 2023.** The lead plaintiff is a court-appointed representative for absent class members of the Class. You do not need to seek appointment as lead plaintiff to share in any Class recovery in the Class Action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member.

4/30/23, 1:34 PM          Scott+Scott Attorneys at Law LLP Files Securities Class Action Against Cognyte Software LTD (NASDAQ:CGNT)

Case 1:23-cv-01769-LGS Document 26-2 Filed 05/01/23 Page 4 of 5



plaintiff or your interest in the Class Action. You may retain counsel of your c

represent you in the Class Action. You may obtain a copy of the Complaint here.

**About Scott+Scott**

Scott+Scott has significant experience in prosecuting major securities, antitrust, and consumer rights actions throughout the United States. The firm represents pension funds, foundations, individuals, and other entities worldwide with offices in New York, London, Amsterdam, Connecticut, California, Virginia, and Ohio.

This may be considered Attorney Advertising.

**CONTACT:**

Jonathan Zimmerman

Scott+Scott Attorneys at Law LLP

230 Park Avenue, 17th Floor, New York, NY 10169

(888) 398-9312

jzimmerman@scott-scott.com

**SOURCE:** Scott+Scott Attorneys at Law LLP

Topic:   Class Action

Related Documents:

- 2023-03-01 - Cognyte PSLRA notice - Final

 Back to Newsroom



Drop us a line:

**866.694.3099**

Email:   Sales   Editorial

Content licensing

  

This content isn't available. Contact the owner of this site for help.

Case 1:23-cv-01769-LGS   Document 26-2   Filed 05/01/23   Page 5 of 5

