# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.     I, _Barak  Benski  and  Dovi K_, on behalf of Clal Insurance

Company Ltd. ("Clal Insurance"), with authority to bind Clal Insurance and enter into litigation on _Caspi_

its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933

("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange

Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.     I have reviewed a Complaint against Cognyte Software Ltd. ("Cognyte" or the

"Company") and authorize the filing of a motion on behalf of Clal Insurance for appointment as lead

plaintiff.

3.     Clal Insurance did not purchase or acquire Cognyte securities at the direction of

plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or

Exchange Act.

4.     Clal Insurance is willing to serve as a representative party on behalf of a Class of

investors who purchased or acquired Cognyte securities during the Class Period as specified in the

Complaint, including providing testimony at deposition and trial, if necessary. I understand that the

Court has the authority to select the most adequate lead plaintiff in this action.

5.     To the best of my current knowledge, the transactions listed in Schedule A reflect all

of Clal Insurance's transactions in Cognyte stock during the Class Period.

6.     During the three-year period preceding the date on which this Certification is signed,

Clal Insurance has served or sought to serve as a representative party on behalf of a class under the

federal securities laws in the following actions:

- *Halman Aldubi Provident and Pension Funds Ltd. v. Teva Pharmaceutical Industries Limited et al.*, 2:20-cv-04660 (E.D. Pa.);

- *Jansen v. International Flavors & Fragrances Inc. et al.*, 1:19-cv-07536 (S.D.N.Y.); and

- *Roofer's Pension Fund v. Papa et al.*, 2:16-cv-02805 (D.N.J.)

7.     Clal Insurance agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**Executed** ___1. S . 23___
             **(Date)**

 

_____
         **(Signature)**

_____
         **(Type or Print Name)**

**Cognyte Software Ltd. (CGNT)**                                          **Clal Insurance Company Ltd.**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit* | Price Per Share/Unit |
|---|---|---|---|
| **Account 1** | | | |
| Purchase | 2/2/2021 | 5,031 | $28.0100 |
| Sale | 2/11/2021 | (2,393) | $30.2398 |
| Sale | 2/16/2021 | (2,129) | $30.3045 |
| Sale | 2/17/2021 | (509) | $30.1178 |
| **Account 2** | | | |
| Purchase | 2/2/2021 | 31,903 | $28.0100 |
| Sale | 2/11/2021 | (13,497) | $30.2398 |
| Sale | 2/16/2021 | (14,289) | $30.3045 |
| Sale | 2/17/2021 | (2,870) | $30.1178 |
| Sale | 3/1/2021 | (1,152) | $30.9455 |
| Sale | 3/11/2021 | (95) | $31.8587 |
| **Account 3** | | | |
| Purchase | 2/2/2021 | 72,816 | $28.0100 |
| Sale | 2/3/2021 | (32,500) | $30.9932 |
| Sale | 2/11/2021 | (8,010) | $30.2398 |
| Sale | 2/16/2021 | (82) | $30.3045 |
| Sale | 2/17/2021 | (5,830) | $30.1178 |
| Sale | 3/1/2021 | (14,848) | $30.9455 |
| Sale | 3/11/2021 | (11,546) | $31.8587 |

*Shares with purchase date of February 2, 2021 were received from Verint Systems spinoff, using closing price on February 2, 2021.

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, _Barak Benski and Davik Caspi_ , on behalf of Clal Pension and Provident Ltd. ("Clal P&P"), with authority to bind Clal P&P and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Cognyte Software Ltd. ("Cognyte" or the "Company") and authorize the filing of a motion on behalf of Clal P&P for appointment as lead plaintiff.

3.      Clal P&P did not purchase or acquire Cognyte securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      Clal P&P is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Cognyte securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      To the best of my current knowledge, the transactions listed in Schedule A reflect all of Clal P&P's transactions in Cognyte stock during the Class Period.

6.      During the three-year period preceding the date on which this Certification is signed, Clal P&P has served or sought to serve as a representative party on behalf of a class under the federal securities laws in the following actions:

- *Halman Aldubi Provident and Pension Funds Ltd. v. Teva Pharmaceutical Industries Limited et al.*, 2:20-cv-04660 (E.D. Pa.);

- *Jansen v. International Flavors & Fragrances Inc. et al.*, 1:19-cv-07536 (S.D.N.Y.); and

- *Roofer's Pension Fund v. Papa et al.*, 2:16-cv-02805 (D.N.J.)

7.      Clal P&P agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed _____
           **(Date)**

_____
      **(Signature)**

_____
      **(Type or Print Name)**

**Cognyte Software Ltd. (CGNT)**                                                    **Clal Pension and Provident Ltd.**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit* | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 2/2/2021 | 4,139,055 | $28.0100 |
| Purchase | 3/5/2021 | 97,295 | $27.4897 |
| Purchase | 3/24/2021 | 97,292 | $27.7842 |
| Purchase | 6/28/2021 | 97,533 | $23.9838 |
| Purchase | 6/29/2021 | 97,533 | $24.2640 |
| Purchase | 7/1/2021 | 97,532 | $24.5325 |
| Purchase | 9/27/2021 | 73,153 | $20.8696 |
| Purchase | 9/28/2021 | 8,041 | $20.4870 |
| Purchase | 10/4/2021 | 97,538 | $20.4804 |
| Purchase | 11/1/2021 | 97,541 | $19.8749 |
| Purchase | 12/1/2021 | 97,540 | $20.3409 |
| Sale | 2/2/2021 | (101,900) | $32.6779 |
| Sale | 2/11/2021 | (116,750) | $30.0402 |
| Sale | 2/18/2021 | (37,963) | $31.5938 |
| Sale | 3/11/2021 | (88,021) | $32.0443 |
| Sale | 7/28/2021 | (97,530) | $25.2278 |
| Sale | 8/3/2021 | (48,766) | $27.5949 |
| Sale | 8/4/2021 | (35,007) | $27.4606 |
| Sale | 8/10/2021 | (48,766) | $27.6349 |
| Sale | 8/17/2021 | (5,511) | $27.5503 |
| Sale | 11/22/2021 | (3,768) | $23.1602 |
| Sale | 12/17/2021 | (97,537) | $18.3621 |
| Sale | 12/20/2021 | (114,489) | $17.3047 |
| Sale | 12/21/2021 | (487,690) | $15.4704 |
| Sale | 12/22/2021 | (642,929) | $15.2262 |
| Sale | 12/23/2021 | (292,614) | $14.8308 |
| Sale | 12/27/2021 | (292,615) | $15.3334 |
| Sale | 1/3/2022 | (24,024) | $15.7639 |
| Sale | 1/4/2022 | (186,057) | $15.3160 |
| Sale | 1/5/2022 | (143,233) | $14.7383 |
| Sale | 1/6/2022 | (143,849) | $14.5420 |
| Sale | 1/10/2022 | (780,292) | $13.8093 |
| Sale | 1/11/2022 | (151,628) | $14.6180 |
| Sale | 1/12/2022 | (113,387) | $14.0181 |
| Sale | 1/13/2022 | (195,073) | $13.7895 |
| Sale | 1/18/2022 | (243,842) | $12.5742 |
| Sale | 1/19/2022 | (201,442) | $12.7682 |
| Sale | 1/20/2022 | (5,093) | $12.6418 |
| Sale | 1/24/2022 | (146,303) | $11.2063 |
| Sale | 1/25/2022 | (97,536) | $11.1993 |
| Sale | 2/1/2022 | (56,438) | $10.7701 |

*Shares with purchase date of February 2, 2021 were received from Verint Systems spinoff, using closing price on February 2, 2021.

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.    I, _Barak Benski and Dovik Caspi_, on behalf of Atudot Pension Fund for Employees & Independent Workers ("Atudot"), with authority to bind Atudot and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.    I have reviewed a Complaint against Cognyte Software Ltd. ("Cognyte" or the "Company") and authorize the filing of a motion on behalf of Atudot for appointment as lead plaintiff.

3.    Atudot did not purchase or acquire Cognyte securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    Atudot is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Cognyte securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.    To the best of my current knowledge, the transactions listed in Schedule A reflect all of Atudot's transactions in Cognyte stock during the Class Period.

6.    During the three-year period preceding the date on which this Certification is signed, Atudot has served or sought to serve as a representative party on behalf of a class under the federal securities laws in the following actions:

- *Halman Aldubi Provident and Pension Funds Ltd. v. Teva Pharmaceutical Industries Limited et al.*, 2:20-cv-04660 (E.D. Pa.);

- *Jansen v. International Flavors & Fragrances Inc. et al.*, 1:19-cv-07536 (S.D.N.Y.); and

- *Roofer's Pension Fund v. Papa et al.*, 2:16-cv-02805 (D.N.J.)

7.      Atudot agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**Executed** _____ 1. 5. 23 _____
                      **(Date)**

_____
 **(Signature)**

Atudot-hired and
independent workers pension fund Ltd
no. 511789190 Company
**(Type or Print Name)**

**Cognyte Software Ltd. (CGNT)**          **Atudot Pension Fund for Employees & Independent Workers Ltd.**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit* | Price Per Share/Unit |
|---|---|---|---|
| **Account 1** | | | |
| Purchase | 2/2/2021 | 97,804 | $28.0100 |
| Purchase | 3/5/2021 | 2,303 | $27.4897 |
| Purchase | 3/26/2021 | 2,306 | $27.7842 |
| Purchase | 6/28/2021 | 2,107 | $23.9838 |
| Purchase | 6/29/2021 | 2,107 | $24.2640 |
| Purchase | 7/1/2021 | 2,108 | $24.5325 |
| Purchase | 9/29/2021 | 1,578 | $20.8696 |
| Purchase | 9/30/2021 | 173 | $20.4870 |
| Purchase | 10/4/2021 | 2,103 | $20.4804 |
| Purchase | 11/1/2021 | 2,100 | $19.8749 |
| Purchase | 12/1/2021 | 2,101 | $20.3409 |
| Sale | 2/16/2021 | (2,766) | $30.0402 |
| Sale | 2/18/2021 | (899) | $31.5938 |
| Sale | 3/11/2021 | (2,085) | $32.0443 |
| Sale | 7/28/2021 | (2,110) | $25.2430 |
| Sale | 8/5/2021 | (1,054) | $27.6101 |
| Sale | 8/6/2021 | (757) | $27.4757 |
| Sale | 8/11/2021 | (1,054) | $27.6501 |
| Sale | 8/17/2021 | (119) | $27.5655 |
| Sale | 11/22/2021 | (81) | $23.1602 |
| Sale | 12/17/2021 | (2,103) | $18.3621 |
| Sale | 12/20/2021 | (2,469) | $17.3047 |
| Sale | 12/21/2021 | (10,513) | $15.4704 |
| Sale | 12/22/2021 | (13,858) | $15.2262 |
| Sale | 12/23/2021 | (6,307) | $14.8308 |
| Sale | 12/27/2021 | (6,307) | $15.3334 |
| Sale | 1/3/2022 | (519) | $15.7639 |
| Sale | 1/4/2022 | (4,026) | $15.3160 |
| Sale | 1/5/2022 | (3,089) | $14.7383 |
| Sale | 1/6/2022 | (3,105) | $14.5420 |
| Sale | 1/10/2022 | (16,836) | $13.8093 |
| Sale | 1/11/2022 | (3,271) | $14.6180 |
| Sale | 1/12/2022 | (2,446) | $14.0181 |
| Sale | 1/13/2022 | (4,209) | $13.7895 |
| Sale | 1/18/2022 | (5,260) | $12.5742 |
| Sale | 1/19/2022 | (4,387) | $12.7682 |
| Sale | 1/20/2022 | (110) | $12.6418 |
| Sale | 1/24/2022 | (3,158) | $11.2063 |
| Sale | 1/25/2022 | (2,105) | $11.1993 |
| Sale | 2/1/2022 | (11,787) | $10.7701 |
| **Account 2** | | | |
| Purchase | 2/2/2021 | 20,406 | $28.0100 |
| Purchase | 3/5/2021 | 402 | $27.4897 |
| Purchase | 3/26/2021 | 402 | $27.7842 |
| Purchase | 6/28/2021 | 360 | $23.9838 |
| Purchase | 6/29/2021 | 360 | $24.2640 |

*Shares with purchase date of February 2, 2021 were received from Verint Systems spinoff, using closing price on February 2, 2021.

**Cognyte Software Ltd. (CGNT)**          **Atudot Pension Fund for Employees & Independent Workers Ltd.**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit* | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 7/1/2021 | 360 | $24.5325 |
| Purchase | 9/29/2021 | 269 | $20.8696 |
| Purchase | 9/30/2021 | 30 | $20.4870 |
| Purchase | 10/4/2021 | 359 | $20.4804 |
| Purchase | 11/1/2021 | 359 | $19.8749 |
| Purchase | 12/1/2021 | 359 | $20.3409 |
| Sale | 2/16/2021 | (484) | $30.0402 |
| Sale | 2/18/2021 | (157) | $31.5938 |
| Sale | 3/11/2021 | (363) | $32.0443 |
| Sale | 7/28/2021 | (360) | $25.2430 |
| Sale | 8/5/2021 | (180) | $27.6101 |
| Sale | 8/6/2021 | (129) | $27.4757 |
| Sale | 8/11/2021 | (180) | $27.6501 |
| Sale | 8/17/2021 | (20) | $27.5655 |
| Sale | 11/22/2021 | (14) | $23.1602 |
| Sale | 12/17/2021 | (360) | $18.3621 |
| Sale | 12/20/2021 | (422) | $17.3047 |
| Sale | 12/21/2021 | (1,797) | $15.4704 |
| Sale | 12/22/2021 | (2,370) | $15.2262 |
| Sale | 12/23/2021 | (1,079) | $14.8308 |
| Sale | 12/27/2021 | (1,078) | $15.3334 |
| Sale | 1/3/2022 | (89) | $15.7639 |
| Sale | 1/4/2022 | (688) | $15.3160 |
| Sale | 1/5/2022 | (531) | $14.7383 |
| Sale | 1/6/2022 | (530) | $14.5420 |
| Sale | 1/10/2022 | (2,872) | $13.8093 |
| Sale | 1/11/2022 | (558) | $14.6180 |
| Sale | 1/12/2022 | (417) | $14.0181 |
| Sale | 1/13/2022 | (718) | $13.7895 |
| Sale | 1/18/2022 | (898) | $12.5742 |
| Sale | 1/19/2022 | (749) | $12.7682 |
| Sale | 1/20/2022 | (19) | $12.6418 |
| Sale | 1/24/2022 | (539) | $11.2063 |
| Sale | 1/25/2022 | (359) | $11.1993 |
| Sale | 2/1/2022 | (5,706) | $10.7701 |

*Shares with purchase date of February 2, 2021 were received from Verint Systems spinoff, using closing price on February 2, 2021.