UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF OMAHA POLICE AND FIREFIGHTERS RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>COGNYTE SOFTWARE LTD, ELAD SHARON, and DAVID ABADI,<br><br>Defendants. | Case No.  1:23-cv-01769-LGS<br><br>RESPONSE DECLARATION OF JEREMY A. LIEBERMAN IN FURTHER SUPPORT OF MOTION OF CLAL INSURANCE COMPANY LTD., CLAL PENSION AND PROVIDENT LTD., AND ATUDOT PENSION FUND FOR EMPLOYEES & INDEPENDENT WORKERS LTD. FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL |

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.      I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Clal Insurance Company Ltd., Clal Pension and Provident Ltd., and Atudot Pension Fund for Employees & Independent Workers Ltd. (collectively "Clal"), and have personal knowledge of the facts set forth herein.  I make this Declaration in further support of Clal's motion for appointment as Lead Plaintiff and approval of its selection of Pomerantz as Lead Counsel for the Class in the above-captioned action (the "Action").

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Press release issued by Verint Systems Inc. announcing the spin-off of Cognyte Software Ltd., dated February 1, 2021.

Exhibit B:    CHSI and Quorum Defendants' Opposition to Plaintiff's Motion for Class Certification filed in *Zwick Partners, LP v. Quorum Health Corporation et al.*, 3:16-cv-02475 (M.D. Tenn.) ("*Quorum*") (Dkt. No. 167), on August 31, 2018.

Exhibit C:    Memorandum in Support of Defendants' Motion for Summary Judgment filed in *Quorum* (Dkt. No. 275) on January 31, 2020.

Exhibit D:    Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment filed in *Quorum* (Dkt. No. 286) on March 13, 2020.

Exhibit E:    Memorandum Opinion entered in *Quorum* (Dkt. No. 209) on March 29, 2019.

Exhibit F:    Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Final Approval Hearing in *Quorum*, dated August 14, 2020.

Exhibit G:    Table comparing respective financial interests of the relief sought by the Class in this Action of Clal and competing movant City of Omaha Police and Firefighters' Retirement System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

1

2

Executed on May 11, 2023, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

2