# EXHIBIT G

| | Quantity | Amount Expended | Retained Shares** | LOSS | |
| --- | --- | --- | --- | --- | --- |
| | | | | FIFO | LIFO |
| Clal: Spin-Off Acquisitions | 4,367,015 | ($122,320,090) | 3,660,471 | ($46,715,351) | ($54,292,441) |
| Clal: Open Market Purchases | 886,941 | ($20,643,744) | 883,244 | ($9,799,595) | ($2,222,505) |
| **Clal: Combined** | 5,253,956 | ($142,963,834) | 4,543,715 | ($56,514,946) | ($56,514,946) |
| | | | | | |
| **Omaha Police and Firefighters** | 104,330* | ($2,375,129) | 93,745 | ($1,650,095) | ($1,650,095) |
| *Notes:* | *All of Omaha P&F's shares were acquired via open market purchases.* **Denotes shares retained through at least one of the three corrective disclosures of (1) December 16, 2021, (2) April 5, 2022, and (3) June 28, 2022.* | | | | |