**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF OMAHA POLICE AND FIREFIGHTERS RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>   vs.<br><br>COGNYTE SOFTWARE LTD, ELAD SHARON, AND DAVID ABADI,<br><br>               Defendants. | Civil Action No. 1:23-cv-01769-LGS |

**DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF CITY OF OMAHA POLICE AND FIREFIGHTERS RETIREMENT SYSTEM'S OPPOSITION TO MOTION BY CLAL INSURANCE COMPANY LTD., CLAL PENSION AND PROVIDENT LTD., AND ATUDOT PENSION FUND FOR EMPLOYEES & INDEPENDENT WORKERS LTD. FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Thomas L. Laughlin, IV, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a partner with the law firm Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for lead plaintiff movant the City of Omaha Police and Firefighters Retirement System ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's opposition to the motion by Clal Insurance Company Ltd., Clal Pension and Provident Ltd., and Atudot Pension Fund for Employees & Independent Workers Ltd. (collectively, "Clal") for appointment as lead plaintiff and approval of its selection of lead counsel.

3.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:      Corrected Clal Loss Chart; and

Exhibit B:      Analysis of All Clal Class Period Transactions.

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed on the 11th day of May, 2023.

 /s/ Thomas L. Laughlin, IV
THOMAS L. LAUGHLIN, IV

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 11, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

 *s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV
