# EXHIBIT A

**LOSS ANALYSIS**

**Class Period: 02/02/2021 to 06/28/2022**

**COGNYTE SOFTWARE LTD**

| Ticker | CUSIP | SEDOL | ISIN |
|---|---|---|---|
| CGNT | M25133105 | BMYDNT8 | IL0011691438 |

**Clal Pension and Provident Ltd.**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 3/5/2021 | 97,295 | $27.4897 | -$2,674,610 |
| Purchase | 3/24/2021 | 97,292 | $27.7842 | -$2,703,180 |
| Purchase | 6/28/2021 | 97,533 | $23.9838 | -$2,339,212 |
| Purchase | 6/29/2021 | 97,533 | $24.2640 | -$2,366,541 |
| Purchase | 7/1/2021 | 97,532 | $24.5325 | -$2,392,704 |
| Purchase | 9/27/2021 | 73,153 | $20.8696 | -$1,526,674 |
| Purchase | 9/28/2021 | 8,041 | $20.4870 | -$164,736 |
| Purchase | 10/4/2021 | 97,538 | $20.4804 | -$1,997,617 |
| Purchase | 11/1/2021 | 97,541 | $19.8749 | -$1,938,618 |
| Purchase | 12/1/2021 | 97,540 | $20.3409 | -$1,984,051 |
| **Class Period purchases:** | | **860,998** | | **-$20,087,943** |
| Sale | 2/2/2021 | 101,900 | $32.6779 | $3,329,878 |
| Sale | 2/11/2021 | 116,750 | $30.0402 | $3,507,193 |
| Sale | 2/18/2021 | 37,963 | $31.5938 | $1,199,395 |
| Sale | 3/11/2021 | 88,021 | $32.0443 | $2,820,571 |
| Sale | 7/28/2021 | 97,530 | $25.2278 | $2,460,467 |
| Sale | 8/3/2021 | 48,766 | $27.5949 | $1,345,693 |
| Sale | 8/4/2021 | 35,007 | $27.4606 | $961,313 |
| Sale | 8/10/2021 | 48,766 | $27.6349 | $1,347,644 |
| Sale | 8/17/2021 | 5,511 | $27.5503 | $151,830 |
| Sale | 11/22/2021 | 3,768 | $23.1602 | $87,268 |
| Sale | 12/17/2021 | 97,537 | $18.3621 | $1,790,984 |
| Sale | 12/20/2021 | 114,489 | $17.3047 | $1,981,198 |
| Sale | 12/21/2021 | 64,990 | $15.4704 | $1,005,421 |
| **Class Period Sales:** | | **860,998** | | **$21,988,856** |

**Gain: $1,900,912**

**LOSS ANALYSIS**

**Class Period: 02/02/2021 to 06/28/2022**

**COGNYTE SOFTWARE LTD**

| Ticker | CUSIP | SEDOL | ISIN |
|---|---|---|---|
| CGNT | M25133105 | BMYDNT8 | IL0011691438 |

**Atudot Pension Fund for Employees & Independent Workers Ltd.  ACCT No 1**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 3/5/2021 | 2,303 | $27.4897 | -$63,309 |
| Purchase | 3/26/2021 | 2,306 | $27.7842 | -$64,070 |
| Purchase | 6/28/2021 | 2,107 | $23.9838 | -$50,534 |
| Purchase | 6/29/2021 | 2,107 | $24.2640 | -$51,124 |
| Purchase | 7/1/2021 | 2,108 | $24.5325 | -$51,715 |
| Purchase | 9/29/2021 | 1,578 | $20.8696 | -$32,932 |
| Purchase | 9/30/2021 | 173 | $20.4870 | -$3,544 |
| Purchase | 10/4/2021 | 2,103 | $20.4804 | -$43,070 |
| Purchase | 11/1/2021 | 2,100 | $19.8749 | -$41,737 |
| Purchase | 12/1/2021 | 2,101 | $20.3409 | -$42,736 |
| **Class Period purchases:** | | **18,986** | | **-$444,772** |
| Sale | 2/16/2021 | 2,766 | $30.0402 | $83,091 |
| Sale | 2/18/2021 | 899 | $31.5938 | $28,403 |
| Sale | 3/11/2021 | 2,085 | $32.0443 | $66,812 |
| Sale | 7/28/2021 | 2,110 | $25.2430 | $53,263 |
| Sale | 8/5/2021 | 1,054 | $27.6101 | $29,101 |
| Sale | 8/6/2021 | 757 | $27.4757 | $20,799 |
| Sale | 8/11/2021 | 1,054 | $27.6501 | $29,143 |
| Sale | 8/17/2021 | 119 | $27.5655 | $3,280 |
| Sale | 11/22/2021 | 81 | $23.1602 | $1,876 |
| Sale | 12/17/2021 | 2,103 | $18.3621 | $38,615 |
| Sale | 12/20/2021 | 2,469 | $17.3047 | $42,725 |
| Sale | 12/21/2021 | 3,489 | $15.4704 | $53,976 |
| **Class Period Sales:** | | **18,986** | | **$451,086** |

**Gain: $6,314**

**LOSS ANALYSIS**

**Class Period: 02/02/2021 to 06/28/2022**

**COGNYTE SOFTWARE LTD**

| Ticker | CUSIP | SEDOL | ISIN |
|---|---|---|---|
| CGNT | M25133105 | BMYDNT8 | IL0011691438 |

**Atudot Pension Fund for Employees & Independent Workers Ltd. Acct No. 2**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 3/5/2021 | 402 | $27.4897 | -$11,051 |
| Purchase | 3/26/2021 | 402 | $27.7842 | -$11,169 |
| Purchase | 6/28/2021 | 360 | $23.9838 | -$8,634 |
| Purchase | 6/29/2021 | 360 | $24.2640 | -$8,735 |
| Purchase | 7/1/2021 | 360 | $24.5325 | -$8,832 |
| Purchase | 9/29/2021 | 269 | $20.8696 | -$5,614 |
| Purchase | 9/30/2021 | 30 | $20.4870 | -$615 |
| Purchase | 10/4/2021 | 359 | $20.4804 | -$7,352 |
| Purchase | 11/1/2021 | 359 | $19.8749 | -$7,135 |
| Purchase | 12/1/2021 | 359 | $20.3409 | -$7,302 |
| **Class Period purchases:** | | **3,260** | | **-$76,439** |
| Sale | 2/16/2021 | 484 | $30.0402 | $14,539 |
| Sale | 3/11/2021 | 363 | $32.0443 | $11,632 |
| Sale | 7/28/2021 | 360 | $25.2430 | $9,087 |
| Sale | 8/5/2021 | 180 | $27.6101 | $4,970 |
| Sale | 8/6/2021 | 129 | $27.4757 | $3,544 |
| Sale | 8/11/2021 | 180 | $27.6501 | $4,977 |
| Sale | 8/17/2021 | 20 | $27.5655 | $551 |
| Sale | 11/22/2021 | 14 | $23.1602 | $324 |
| Sale | 12/17/2021 | 360 | $18.3621 | $6,610 |
| Sale | 12/20/2021 | 422 | $17.3047 | $7,303 |
| Sale | 12/21/2021 | 748 | $15.4704 | $11,572 |
| **Class Period Sales:** | | **3,260** | | **$75,111** |

**Loss: -$1,329**

| Summary | |
|---|---|
| Fund | Totals |
| Clal Pension and Provident Ltd. | *$1,900,912* |
| Atudot Pension Fund for Employees & Independent Workers Ltd. Account 1 | *$6,314* |
| Atudot Pension Fund for Employees & Independent Workers Ltd. Account 2 | *-$1,329* |
| Total Gains: | *$1,905,897* |