# EXHIBIT B

**LOSS ANALYSIS**

**Class Period: 02/02/2021 to 06/28/2022**

**COGNYTE SOFTWARE LTD**

| Ticker | CUSIP | SEDOL | ISIN |
|---|---|---|---|
| CGNT | M25133105 | BMYDNT8 | IL0011691438 |

**Clal Pension and Provident Ltd.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 3/5/2021 | 97,295 | $27.4897 | -$2,674,610.36 |
| Purchase | 3/24/2021 | 97,292 | $27.7842 | -$2,703,180.39 |
| Purchase | 6/28/2021 | 97,533 | $23.9838 | -$2,339,211.97 |
| Purchase | 6/29/2021 | 97,533 | $24.2640 | -$2,366,540.71 |
| Purchase | 7/1/2021 | 97,532 | $24.5325 | -$2,392,703.79 |
| Purchase | 9/27/2021 | 73,153 | $20.8696 | -$1,526,673.85 |
| Purchase | 9/28/2021 | 8,041 | $20.4870 | -$164,735.97 |
| Purchase | 10/4/2021 | 97,538 | $20.4804 | -$1,997,617.26 |
| Purchase | 11/1/2021 | 97,541 | $19.8749 | -$1,938,617.62 |
| Purchase | 12/1/2021 | 97,540 | $20.3409 | -$1,984,051.39 |
| **Class Period Purchases:** | | **860,998** | | **-$20,087,943.29** |
| Sale | 2/2/2021 | 101,900 | $32.6779 | $3,329,878.01 |
| Sale | 2/11/2021 | 116,750 | $30.0402 | $3,507,193.35 |
| Sale | 2/18/2021 | 37,963 | $31.5938 | $1,199,395.43 |
| Sale | 3/11/2021 | 88,021 | $32.0443 | $2,820,571.33 |
| Sale | 7/28/2021 | 97,530 | $25.2278 | $2,460,467.33 |
| Sale | 8/3/2021 | 48,766 | $27.5949 | $1,345,692.89 |
| Sale | 8/4/2021 | 35,007 | $27.4606 | $961,313.22 |
| Sale | 8/10/2021 | 48,766 | $27.6349 | $1,347,643.53 |
| Sale | 8/17/2021 | 5,511 | $27.5503 | $151,829.70 |
| Sale | 11/22/2021 | 3,768 | $23.1602 | $87,267.63 |
| Sale | 12/17/2021 | 97,537 | $18.3621 | $1,790,984.15 |
| Sale | 12/20/2021 | 114,489 | $17.3047 | $1,981,197.80 |
| Sale | 12/21/2021 | 487,690 | $15.4704 | $7,544,759.38 |
| Sale | 12/22/2021 | 642,929 | $15.2262 | $9,789,365.54 |

| | | | | |
|---|---|---|---|---|
| Sale | 12/23/2021 | 292,614 | $14.8308 | $4,339,699.71 |
| Sale | 12/27/2021 | 292,615 | $15.3334 | $4,486,782.84 |
| Sale | 1/3/2022 | 24,024 | $15.7639 | $378,711.93 |
| Sale | 1/4/2022 | 186,057 | $15.3160 | $2,849,649.01 |
| Sale | 1/5/2022 | 143,233 | $14.7383 | $2,111,010.92 |
| Sale | 1/6/2022 | 143,849 | $14.5420 | $2,091,852.16 |
| Sale | 1/10/2022 | 780,292 | $13.8093 | $10,775,286.32 |
| Sale | 1/11/2022 | 151,628 | $14.6180 | $2,216,498.10 |
| Sale | 1/12/2022 | 113,387 | $14.0181 | $1,589,470.30 |
| Sale | 1/13/2022 | 195,073 | $13.7895 | $2,689,959.13 |
| Sale | 1/18/2022 | 243,842 | $12.5742 | $3,066,118.08 |
| Sale | 1/19/2022 | 201,442 | $12.7682 | $2,572,051.74 |
| Sale | 1/20/2022 | 5,093 | $12.6418 | $64,384.69 |
| Sale | 1/24/2022 | 146,303 | $11.2063 | $1,639,515.31 |
| Sale | 1/25/2022 | 97,536 | $11.1993 | $1,092,334.92 |
| Sale | 2/1/2022 | 56,438 | $10.7701 | $607,842.90 |
| **Class Period Sales:** | | **5,000,053** | | **$80,888,727.39** |

**Gain: $60,800,784.09**

**LOSS ANALYSIS**

**Class Period: 02/02/2021 to 06/28/2022**

**COGNYTE SOFTWARE LTD**

| Ticker | CUSIP | SEDOL | ISIN | |
|---|---|---|---|---|
| CGNT | M25133105 | BMYDNT8 | IL0011691438 | |

**Clal Insurance Company Ltd.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | | | | $0.00 |
| **Class Period Purchases:** | | **0** | | **$0.00** |
| Sale | 2/3/2021 | 32,500 | $30.9932 | $1,007,279.00 |
| Sale | 2/11/2021 | 2,393 | $30.2398 | $72,363.84 |
| Sale | 2/11/2021 | 13,497 | $30.2398 | $408,146.58 |
| Sale | 2/11/2021 | 8,010 | $30.2398 | $242,220.80 |
| Sale | 2/16/2021 | 2,129 | $30.3045 | $64,518.28 |
| Sale | 2/16/2021 | 14,289 | $30.3045 | $433,021.00 |
| Sale | 2/16/2021 | 82 | $30.3045 | $2,484.97 |
| Sale | 2/17/2021 | 509 | $30.1178 | $15,329.96 |
| Sale | 2/17/2021 | 2,870 | $30.1178 | $86,438.09 |
| Sale | 2/17/2021 | 5,830 | $30.1178 | $175,586.77 |
| Sale | 3/1/2021 | 1,152 | $30.9455 | $35,649.22 |
| Sale | 3/1/2021 | 14,848 | $30.9455 | $459,478.78 |
| Sale | 3/11/2021 | 95 | $31.8587 | $3,026.58 |
| Sale | 3/11/2021 | 11,546 | $31.8587 | $367,840.55 |
| **Class Period Sales:** | | **109,750** | | **$3,373,384.42** |

**Gain: $3,373,384.42**

**LOSS ANALYSIS**

**Class Period: 02/02/2021 to 06/28/2022**

**COGNYTE SOFTWARE LTD**

| Ticker | CUSIP | SEDOL | ISIN | |
|---|---|---|---|---|
| CGNT | M25133105 | BMYDNT8 | IL0011691438 | |

**Atudot Pension Fund for Employees & Independent Workers Ltd.  ACCT No 1**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 3/5/2021 | 2,303 | $27.4897 | -$63,308.78 |
| Purchase | 3/26/2021 | 2,306 | $27.7842 | -$64,070.37 |
| Purchase | 6/28/2021 | 2,107 | $23.9838 | -$50,533.87 |
| Purchase | 6/29/2021 | 2,107 | $24.2640 | -$51,124.25 |
| Purchase | 7/1/2021 | 2,108 | $24.5325 | -$51,714.51 |
| Purchase | 9/29/2021 | 1,578 | $20.8696 | -$32,932.23 |
| Purchase | 9/30/2021 | 173 | $20.4870 | -$3,544.25 |
| Purchase | 10/4/2021 | 2,103 | $20.4804 | -$43,070.28 |
| Purchase | 11/1/2021 | 2,100 | $19.8749 | -$41,737.29 |
| Purchase | 12/1/2021 | 2,101 | $20.3409 | -$42,736.23 |
| **Class Period Purchases:** | | **18,986** | | **-$444,772.05** |
| Sale | 2/16/2021 | 2,766 | $30.0402 | $83,091.19 |
| Sale | 2/18/2021 | 899 | $31.5938 | $28,402.83 |
| Sale | 3/11/2021 | 2,085 | $32.0443 | $66,812.37 |
| Sale | 7/28/2021 | 2,110 | $25.2430 | $53,262.73 |
| Sale | 8/5/2021 | 1,054 | $27.6101 | $29,101.05 |
| Sale | 8/6/2021 | 757 | $27.4757 | $20,799.10 |
| Sale | 8/11/2021 | 1,054 | $27.6501 | $29,143.21 |
| Sale | 8/17/2021 | 119 | $27.5655 | $3,280.29 |
| Sale | 11/22/2021 | 81 | $23.1602 | $1,875.98 |
| Sale | 12/17/2021 | 2,103 | $18.3621 | $38,615.50 |
| Sale | 12/20/2021 | 2,469 | $17.3047 | $42,725.30 |
| Sale | 12/21/2021 | 10,513 | $15.4704 | $162,640.32 |
| Sale | 12/22/2021 | 13,858 | $15.2262 | $211,004.68 |
| Sale | 12/23/2021 | 6,307 | $14.8308 | $93,537.86 |

| | | | | |
|---|---|---|---|---|
| Sale | 12/27/2021 | 6,307 | $15.3334 | $96,707.75 |
| Sale | 1/3/2022 | 519 | $15.7639 | $8,181.46 |
| Sale | 1/4/2022 | 4,026 | $15.3160 | $61,662.22 |
| Sale | 1/5/2022 | 3,089 | $14.7383 | $45,526.61 |
| Sale | 1/6/2022 | 3,105 | $14.5420 | $45,152.91 |
| Sale | 1/10/2022 | 16,836 | $13.8093 | $232,493.37 |
| Sale | 1/11/2022 | 3,271 | $14.6180 | $47,815.48 |
| Sale | 1/12/2022 | 2,446 | $14.0181 | $34,288.27 |
| Sale | 1/13/2022 | 4,209 | $13.7895 | $58,040.01 |
| Sale | 1/18/2022 | 5,260 | $12.5742 | $66,140.29 |
| Sale | 1/19/2022 | 4,387 | $12.7682 | $56,014.09 |
| Sale | 1/20/2022 | 110 | $12.6418 | $1,390.60 |
| Sale | 1/24/2022 | 3,158 | $11.2063 | $35,389.50 |
| Sale | 1/25/2022 | 2,105 | $11.1993 | $23,574.53 |
| Sale | 2/1/2022 | 11,787 | $10.7701 | $126,947.17 |
| **Class Period Sales:** | | **116,790** | | **$1,803,616.65** |

**Gain: $1,358,844.60**

**LOSS ANALYSIS**

**Class Period: 02/02/2021 to 06/28/2022**

**COGNYTE SOFTWARE LTD**

| Ticker | | CUSIP | SEDOL | ISIN |
|---|---|---|---|---|
| CGNT | | M25133105 | BMYDNT8 | IL0011691438 |

**Atudot Pension Fund for Employees & Independent Workers Ltd. Acct No. 2**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 3/5/2021 | 402 | $27.4897 | -$11,050.86 |
| Purchase | 3/26/2021 | 402 | $27.7842 | -$11,169.25 |
| Purchase | 6/28/2021 | 360 | $23.9838 | -$8,634.17 |
| Purchase | 6/29/2021 | 360 | $24.2640 | -$8,735.04 |
| Purchase | 7/1/2021 | 360 | $24.5325 | -$8,831.70 |
| Purchase | 9/29/2021 | 269 | $20.8696 | -$5,613.92 |
| Purchase | 9/30/2021 | 30 | $20.4870 | -$614.61 |
| Purchase | 10/4/2021 | 359 | $20.4804 | -$7,352.46 |
| Purchase | 11/1/2021 | 359 | $19.8749 | -$7,135.09 |
| Purchase | 12/1/2021 | 359 | $20.3409 | -$7,302.38 |
| **Class Period purchases:** | | **3,260** | | **-$76,439.48** |
| Sale | 2/16/2021 | 484 | $30.0402 | $14,539.46 |
| Sale | 2/18/2021 | 157 | $31.5938 | $4,960.23 |
| Sale | 3/11/2021 | 363 | $32.0443 | $11,632.08 |
| Sale | 7/28/2021 | 360 | $25.2430 | $9,087.48 |
| Sale | 8/5/2021 | 180 | $27.6101 | $4,969.82 |
| Sale | 8/6/2021 | 129 | $27.4757 | $3,544.37 |
| Sale | 8/11/2021 | 180 | $27.6501 | $4,977.02 |
| Sale | 8/17/2021 | 20 | $27.5655 | $551.31 |
| Sale | 11/22/2021 | 14 | $23.1602 | $324.24 |
| Sale | 12/17/2021 | 360 | $18.3621 | $6,610.36 |
| Sale | 12/20/2021 | 422 | $17.3047 | $7,302.58 |
| Sale | 12/21/2021 | 1,797 | $15.4704 | $27,800.31 |
| Sale | 12/22/2021 | 2,370 | $15.2262 | $36,086.09 |
| Sale | 12/23/2021 | 1,079 | $14.8308 | $16,002.43 |

| | | | | |
|---|---|---|---|---|
| Sale | 12/27/2021 | 1,078 | $15.3334 | $16,529.41 |
| Sale | 1/3/2022 | 89 | $15.7639 | $1,402.99 |
| Sale | 1/4/2022 | 688 | $15.3160 | $10,537.41 |
| Sale | 1/5/2022 | 531 | $14.7383 | $7,826.04 |
| Sale | 1/6/2022 | 530 | $14.5420 | $7,707.26 |
| Sale | 1/10/2022 | 2,872 | $13.8093 | $39,660.31 |
| Sale | 1/11/2022 | 558 | $14.6180 | $8,156.84 |
| Sale | 1/12/2022 | 417 | $14.0181 | $5,845.55 |
| Sale | 1/13/2022 | 718 | $13.7895 | $9,900.86 |
| Sale | 1/18/2022 | 898 | $12.5742 | $11,291.63 |
| Sale | 1/19/2022 | 749 | $12.7682 | $9,563.38 |
| Sale | 1/20/2022 | 19 | $12.6418 | $240.19 |
| Sale | 1/24/2022 | 539 | $11.2063 | $6,040.20 |
| Sale | 1/25/2022 | 359 | $11.1993 | $4,020.55 |
| Sale | 2/1/2022 | 5,706 | $10.7701 | $61,454.19 |
| **Class Period Sales:** | | 23,666 | | $348,564.58 |

**Gain: $272,125.09**

| Summary | |
|---|---|
| Clal Pension and Provident Ltd. | **$60,800,784.09** |
| Clal Insurance Company Ltd. | **$3,373,384.42** |
| Atudot Pension Fund for Employees & Independent Workers Ltd. Account 1 | **$1,358,844.60** |
| Atudot Pension Fund for Employees & Independent Workers Ltd. Account 2 | **$272,125.09** |
| Totals: | **$65,805,138.20** |