

**Jeremy A. Lieberman**
Managing Partner

May 18, 2023

**VIA ECF**

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> RE: *City of Omaha Police and Firefighters Retirement System v. Cognyte Software Ltd.*
> *et al.*, 1:23-cv-01769-LGS

Dear Judge Schofield:

Pomerantz LLP is counsel to Clal Insurance Company Ltd., Clal Pension and Provident Ltd., and Atudot Pension Fund for Employees & Independent Workers Ltd. (collectively "Clal"), movants for appointment as Lead Plaintiff, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), in the above-referenced action. On behalf of Clal, we write to request leave to file reply papers to address points raised for the first time in the City of Omaha Police and Firefighters Retirement System's ("Omaha P&F") opposition to Clal's motion (Dkt. No. 29). Specifically, Omaha P&F's opposition brief contests the appropriate measure of Clal's financial interest in this litigation within the meaning of the PSLRA and alleges that Clal is inadequate and/or atypical as a class representative within the meaning of Rule 23 of the Federal Rules of Civil Procedure. Clal respectfully submits that, in the interest of fairness, a reply is warranted to address these arguments, to which Clal has not previously had an opportunity to respond.

Copies of: (1) Clal's [Proposed] Reply Memorandum of Law; and (2) a [Proposed] Reply Declaration (with accompanying exhibits) are submitted herewith respectively as Exhibits 1 and 2. On behalf of Clal, we respectfully request that these proposed reply papers be deemed filed as of the date of this submission.

Respectfully submitted,

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

cc:   All counsel of record (via ECF)

600 Third Avenue, New York, NY 10016  Main: 212.661.1100  Direct: 646.581.9971  jalieberman@pomlaw.com

NEW YORK • CHICAGO • LOS ANGELES • LONDON • PARIS • TEL AVIV
www.pomlaw.com