UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF OMAHA POLICE AND FIREFIGHTERS RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>COGNYTE SOFTWARE LTD, ELAD SHARON, and DAVID ABADI,<br><br>        Defendants. | Case No.  1:23-cv-01769-LGS<br><br>REPLY DECLARATION OF JEREMY A. LIEBERMAN IN FURTHER SUPPORT OF MOTION OF CLAL INSURANCE COMPANY LTD., CLAL PENSION AND PROVIDENT LTD., AND ATUDOT PENSION FUND FOR EMPLOYEES & INDEPENDENT WORKERS LTD. FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL |

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.      I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Clal Insurance Company Ltd., Clal Pension and Provident Ltd., and Atudot Pension Fund for Employees & Independent Workers Ltd. (collectively "Clal"), and have personal knowledge of the facts set forth herein.  I make this Declaration in further support of Clal's motion for appointment as Lead Plaintiff and approval of its selection of Pomerantz as Lead Counsel for the Class in the above-captioned action.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart comparing Clal's losses in this litigation as set forth in its motion papers to calculations, prepared by competing movant City of Omaha Police and Firefighters' Retirement System, purporting to represent Clal's losses. |
| Exhibit B: | Analysis of ownership by institutional investors of Cognyte Software Ltd. ("Cognyte") shares issued pursuant to its spin-off from Verint Systems Inc. as of December 31, 2021 and June 28, 2022. |
| Exhibit C: | Excerpt of the Draft Registration Statement filed with the U.S. Securities and Exchange ("SEC") Commission by Cognyte on September 25, 2020. |
| Exhibit D: | Excerpt of the Draft Registration Statement filed with the SEC by Cognyte on November 18, 2020. |
| Exhibit E: | Excerpt of the Registration Statement filed with the SEC by Cognyte on December 22, 2020. |
| Exhibit F: | Threat Report on the Surveillance-for-Hire Industry, prepared by employees of Meta Platforms, Inc., dated December 16, 2021. |
| Exhibit G: | Order entered in *Bajjuri v. Raytheon Technologies Corporation et al.*, 4:20-cv-00648 (D. Ariz.) (Dkt. No. 30), on July 27, 2021. |

1

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 24, 2023, at New York, New York.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

2