# EXHIBIT A

## ACCURATE FIFO CALCULATION

| Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| **Account 1** | | | | | | | | |
| 3/5/2021 | 97,295 | $27.4897 | ($2,674,610) | 1/13/2022 | (110,344) | $13.7895 | $1,521,589 | |
| 3/24/2021 | 13,049 | $27.7842 | ($362,556) | | | | | |
| 3/24/2021 | 84,243 | $27.7842 | ($2,340,624) | 1/18/2022 | (243,842) | $12.5742 | $3,066,118 | |
| 6/28/2021 | 97,533 | $23.9838 | ($2,339,212) | | | | | |
| 6/29/2021 | 62,066 | $24.2640 | ($1,505,969) | | | | | |
| 6/29/2021 | 35,467 | $24.2640 | ($860,571) | 1/19/2022 | (201,442) | $12.7682 | $2,572,052 | |
| 7/1/2021 | 97,532 | $24.5325 | ($2,392,704) | | | | | |
| 9/27/2021 | 68,443 | $20.8696 | ($1,428,378) | | | | | |
| 9/27/2021 | 4,710 | $20.8696 | ($98,296) | 1/20/2022 | (5,093) | $12.6418 | $64,385 | |
| 9/28/2021 | 383 | $20.4870 | ($7,847) | | | | | |
| 9/28/2021 | 7,658 | $20.4870 | ($156,889) | 1/24/2022 | (146,303) | $11.2063 | $1,639,515 | |
| 10/4/2021 | 97,538 | $20.4804 | ($1,997,617) | | | | | |
| 11/1/2021 | 41,107 | $19.8749 | ($816,998) | | | | | |
| 11/1/2021 | 56,434 | $19.8749 | ($1,121,620) | 1/25/2022 | (97,536) | $11.1993 | $1,092,335 | |
| 12/1/2021 | 41,102 | $20.3409 | ($836,052) | | | | | |
| 12/1/2021 | 56,438 | $20.3409 | ($1,148,000) | 2/1/2022 | (56,438) | $10.7701 | $607,843 | |
| | **860,998** | | **($20,087,943)** | | **(860,998)** | | **$10,563,836** | **($9,524,107)** |
| | | | | | | | | |
| **Account 2** | | | | | | | | |
| 3/5/2021 | 1,826 | $27.4897 | ($50,196) | 1/19/2022 | (1,826) | $12.7682 | $23,315 | |
| 3/5/2021 | 110 | $27.4897 | ($3,024) | 1/20/2022 | (110) | $12.6418 | $1,391 | |
| 3/5/2021 | 367 | $27.4897 | ($10,089) | 1/24/2022 | (3,158) | $11.2063 | $35,389 | |
| 3/26/2021 | 2,306 | $27.7842 | ($64,070) | | | | | |
| 6/28/2021 | 485 | $23.9838 | ($11,632) | | | | | |
| 6/28/2021 | 1,622 | $23.9838 | ($38,902) | 1/25/2022 | (2,105) | $11.1993 | $23,575 | |
| 6/29/2021 | 483 | $24.2640 | ($11,720) | | | | | |
| 6/29/2021 | 1,624 | $24.2640 | ($39,405) | 2/1/2022 | (11,787) | $10.7701 | $126,947 | |
| 7/1/2021 | 2,108 | $24.5325 | ($51,715) | | | | | |
| 9/29/2021 | 1,578 | $20.8696 | ($32,932) | | | | | |
| 9/30/2021 | 173 | $20.4870 | ($3,544) | | | | | |
| 10/4/2021 | 2,103 | $20.4804 | ($43,070) | | | | | |

Yellow denotes instances where sales are matched to purchases after the sales date.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/1/2021 | 2,100 | $19.8749 | ($41,737) | | | | | |
| 12/1/2021 | 2,101 | $20.3409 | ($42,736) | | | | | |
| | **18,986** | | **($444,772)** | | **(18,986)** | | **$210,617** | **($234,156)** |

**Account 3**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/5/2021 | 363 | $27.4897 | ($9,979) | 3/11/2021 | (363) | $32.0443 | $11,632 |
| 3/5/2021 | 39 | $27.4897 | ($1,072) | 7/28/2021 | (360) | $25.2430 | $9,087 |
| 3/26/2021 | 321 | $27.7842 | ($8,919) | | | | |
| 3/26/2021 | 81 | $27.7842 | ($2,251) | 8/5/2021 | (180) | $27.6101 | $4,970 |
| 6/28/2021 | 99 | $23.9838 | ($2,374) | | | | |
| 6/28/2021 | 129 | $23.9838 | ($3,094) | 8/6/2021 | (129) | $27.4757 | $3,544 |
| 6/28/2021 | 132 | $23.9838 | ($3,166) | 8/11/2021 | (180) | $27.6501 | $4,977 |
| 6/29/2021 | 48 | $24.2640 | ($1,165) | | | | |
| 6/29/2021 | 20 | $24.2640 | ($485) | 8/17/2021 | (20) | $27.5655 | $551 |
| 6/29/2021 | 14 | $24.2640 | ($340) | 11/22/2021 | (14) | $23.1602 | $324 |
| 6/29/2021 | 278 | $24.2640 | ($6,745) | 12/17/2021 | (360) | $18.3621 | $6,610 |
| 7/1/2021 | 82 | $24.5325 | ($2,012) | | | | |
| 7/1/2021 | 278 | $24.5325 | ($6,820) | 12/20/2021 | (422) | $17.3047 | $7,303 |
| 9/29/2021 | 144 | $20.8696 | ($3,005) | | | | |
| 9/29/2021 | 125 | $20.8696 | ($2,609) | 12/21/2021 | (1,232) | $15.4704 | $19,060 |
| 9/30/2021 | 30 | $20.4870 | ($615) | | | | |
| 10/4/2021 | 359 | $20.4804 | ($7,352) | | | | |
| 11/1/2021 | 359 | $19.8749 | ($7,135) | | | | |
| 12/1/2021 | 359 | $20.3409 | ($7,302) | | | | |
| | **3,260** | | **($76,439)** | | **(3,260)** | | **$68,059** | **($8,381)** |

Yellow denotes instances where sales are matched to purchases after the sales date.

## ACCURATE LIFO CALCULATION

| Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| **Account 1** | | | | | | | | |
| 3/5/2021 | 88,021 | $27.4897 | ($2,419,671) | 3/11/2021 | (88,021) | $32.0443 | $2,820,571 | |
| 7/1/2021 | 97,530 | $24.5325 | ($2,392,655) | 7/28/2021 | (97,530) | $25.2278 | $2,460,472 | |
| 7/1/2021 | 2 | $24.5325 | ($49) | 8/3/2021 | (48,766) | $27.5949 | $1,345,695 | |
| 6/29/2021 | 48,764 | $24.2640 | ($1,183,210) | | | | | |
| 6/29/2021 | 35,007 | $24.2640 | ($849,410) | 8/4/2021 | (35,007) | $27.4606 | $961,312 | |
| 6/29/2021 | 13,762 | $24.2640 | ($333,921) | 8/10/2021 | (48,766) | $27.6349 | $1,347,644 | |
| 6/28/2021 | 35,004 | $23.9838 | ($839,529) | | | | | |
| 6/28/2021 | 5,511 | $23.9838 | ($132,175) | 8/17/2021 | (5,511) | $27.5503 | $151,830 | |
| 11/1/2021 | 3,768 | $19.8749 | ($74,889) | 11/22/2021 | (3,768) | $23.1602 | $87,268 | |
| 12/1/2021 | 97,537 | $20.3409 | ($1,983,990) | 12/17/2021 | (97,537) | $18.3621 | $1,790,984 | |
| 12/1/2021 | 3 | $20.3409 | ($61) | 12/20/2021 | (114,489) | $17.3047 | $1,981,198 | |
| 11/1/2021 | 93,773 | $19.8749 | ($1,863,729) | | | | | |
| 10/4/2021 | 20,713 | $20.4804 | ($424,211) | | | | | |
| 10/4/2021 | 76,825 | $20.4804 | ($1,573,407) | 12/21/2021 | (321,603) | $15.4704 | $4,975,327 | |
| 9/28/2021 | 8,041 | $20.4870 | ($164,736) | | | | | |
| 9/27/2021 | 73,153 | $20.8696 | ($1,526,674) | | | | | |
| 6/28/2021 | 57,018 | $23.9838 | ($1,367,508) | | | | | |
| 3/24/2021 | 97,292 | $27.7842 | ($2,703,180) | | | | | |
| 3/5/2021 | 9,274 | $27.4897 | ($254,939) | | | | | |
| | **860,998** | | **($20,087,943)** | | **(860,998)** | | **$17,922,300** | **($2,165,643)** |
| | | | | | | | | |
| **Account 2** | | | | | | | | |
| 3/5/2021 | 2,085 | $27.4897 | ($57,316) | 3/11/2021 | (2,085) | $32.0443 | $66,812 | |
| 7/1/2021 | 2,108 | $24.5325 | ($51,715) | 7/28/2021 | (2,110) | $25.2430 | $53,263 | |
| 6/29/2021 | 2 | $24.2640 | ($49) | | | | | |
| 6/29/2021 | 1,054 | $24.2640 | ($25,574) | 8/5/2021 | (1,054) | $27.6101 | $29,101 | |
| 6/29/2021 | 757 | $24.2640 | ($18,368) | 8/6/2021 | (757) | $27.4757 | $20,799 | |
| 6/29/2021 | 294 | $24.2640 | ($7,134) | 8/11/2021 | (1,054) | $27.6501 | $29,143 | |
| 6/28/2021 | 760 | $23.9838 | ($18,228) | | | | | |
| 6/28/2021 | 119 | $23.9838 | ($2,854) | 8/17/2021 | (119) | $27.5655 | $3,280 | |
| 11/1/2021 | 81 | $19.8749 | ($1,610) | 11/22/2021 | (81) | $23.1602 | $1,876 | |

Yellow denotes instances where sales are matched to purchases after the sales date.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/1/2021 | 2,101 | $20.3409 | ($42,736) | 12/17/2021 | (2,103) | $18.3621 | $38,615 | |
| 11/1/2021 | 2 | $19.8749 | ($40) | | | | | |
| 11/1/2021 | 2,017 | $19.8749 | ($40,088) | 12/20/2021 | (2,469) | $17.3047 | $42,725 | |
| 10/4/2021 | 452 | $20.4804 | ($9,257) | | | | | |
| 10/4/2021 | 1,651 | $20.4804 | ($33,813) | 12/21/2021 | (7,154) | $15.4704 | $110,675 | |
| 9/30/2021 | 173 | $20.4870 | ($3,544) | | | | | |
| 9/29/2021 | 1,578 | $20.8696 | ($32,932) | | | | | |
| 6/28/2021 | 1,228 | $23.9838 | ($29,452) | | | | | |
| 3/26/2021 | 2,306 | $27.7842 | ($64,070) | | | | | |
| 3/5/2021 | 218 | $27.4897 | ($5,993) | | | | | |
| | **18,986** | | **($444,772)** | | **(18,986)** | | **$396,291** | **($48,481)** |

**Account 3**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3/5/2021 | 363 | $27.4897 | ($9,979) | 3/11/2021 | (363) | $32.0443 | $11,632 | |
| 7/1/2021 | 360 | $24.5325 | ($8,832) | 7/28/2021 | (360) | $25.2430 | $9,087 | |
| 6/29/2021 | 180 | $24.2640 | ($4,368) | 8/5/2021 | (180) | $27.6101 | $4,970 | |
| 6/29/2021 | 129 | $24.2640 | ($3,130) | 8/6/2021 | (129) | $27.4757 | $3,544 | |
| 6/29/2021 | 51 | $24.2640 | ($1,237) | 8/11/2021 | (180) | $27.6501 | $4,977 | |
| 6/28/2021 | 129 | $23.9838 | ($3,094) | | | | | |
| 6/28/2021 | 20 | $23.9838 | ($480) | 8/17/2021 | (20) | $27.5655 | $551 | |
| 11/1/2021 | 14 | $19.8749 | ($278) | 11/22/2021 | (14) | $23.1602 | $324 | |
| 12/1/2021 | 359 | $20.3409 | ($7,302) | 12/17/2021 | (360) | $18.3621 | $6,610 | |
| 11/1/2021 | 1 | $19.8749 | ($20) | | | | | |
| 11/1/2021 | 344 | $19.8749 | ($6,837) | 12/20/2021 | (422) | $17.3047 | $7,303 | |
| 10/4/2021 | 78 | $20.4804 | ($1,597) | | | | | |
| 10/4/2021 | 281 | $20.4804 | ($5,755) | 12/21/2021 | (1,232) | $15.4704 | $19,060 | |
| 9/30/2021 | 30 | $20.4870 | ($615) | | | | | |
| 9/29/2021 | 269 | $20.8696 | ($5,614) | | | | | |
| 6/28/2021 | 211 | $23.9838 | ($5,061) | | | | | |
| 3/26/2021 | 402 | $27.7842 | ($11,169) | | | | | |
| 3/5/2021 | 39 | $27.4897 | ($1,072) | | | | | |
| | **3,260** | | **($76,439)** | | **(3,260)** | | **$68,059** | **($8,381)** |

Yellow denotes instances where sales are matched to purchases after the sales date.

IMPROPER  OMAHA  P&F  LIFO  CALCULATION

| Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| **Account 1** | | | | | | | | |
| 3/5/2021 | 97,295 | $27.4897 | ($2,674,610) | 2/2/2021 | (101,900) | $32.6779 | $3,329,878 | |
| 3/24/2021 | 4,605 | $27.7842 | ($127,946) | | | | | |
| 3/24/2021 | 92,687 | $27.7842 | ($2,575,234) | 2/11/2021 | (116,750) | $30.0402 | $3,507,193 | |
| 6/28/2021 | 24,063 | $23.9838 | ($577,122) | | | | | |
| 6/28/2021 | 37,963 | $23.9838 | ($910,497) | 2/18/2021 | (37,963) | $31.5938 | $1,199,395 | |
| 6/28/2021 | 35,507 | $23.9838 | ($851,593) | 3/11/2021 | (88,021) | $32.0443 | $2,820,571 | |
| 6/29/2021 | 52,514 | $24.2640 | ($1,274,200) | | | | | |
| 6/29/2021 | 45,019 | $24.2640 | ($1,092,341) | 7/28/2021 | (97,530) | $25.2278 | $2,460,472 | |
| 7/1/2021 | 52,511 | $24.5325 | ($1,288,226) | | | | | |
| 7/1/2021 | 45,021 | $24.5325 | ($1,104,478) | 8/3/2021 | (48,766) | $27.5949 | $1,345,695 | |
| 9/27/2021 | 3,745 | $20.8696 | ($78,157) | | | | | |
| 9/27/2021 | 35,007 | $20.8696 | ($730,582) | 8/4/2021 | (35,007) | $27.4606 | $961,312 | |
| 9/27/2021 | 34,401 | $20.8696 | ($717,935) | 8/10/2021 | (48,766) | $27.6349 | $1,347,644 | |
| 9/28/2021 | 8,041 | $20.4870 | ($164,736) | | | | | |
| 10/4/2021 | 6,324 | $20.4804 | ($129,518) | | | | | |
| 10/4/2021 | 5,511 | $20.4804 | ($112,867) | 8/17/2021 | (5,511) | $27.5503 | $151,830 | |
| 10/4/2021 | 3,768 | $20.4804 | ($77,170) | 11/22/2021 | (3,768) | $23.1602 | $87,268 | |
| 10/4/2021 | 81,935 | $20.4804 | ($1,678,062) | 12/17/2021 | (97,537) | $18.3621 | $1,790,984 | |
| 11/1/2021 | 15,602 | $19.8749 | ($310,088) | | | | | |
| 11/1/2021 | 81,939 | $19.8749 | ($1,628,529) | 12/20/2021 | (114,489) | $17.3047 | $1,981,198 | |
| 11/1/2021 | 32,550 | $20.3409 | ($662,096) | | | | | |
| 12/1/2021 | 64,990 | $20.3409 | ($1,321,955) | 12/21/2021 | (64,990) | $15.4704 | $1,005,421 | |
| | **860,998** | | **($20,087,943)** | | **(860,998)** | | **$21,988,861** | **$1,900,918** |
| | | | | | | | | |
| **Account 2** | | | | | | | | |
| 3/5/2021 | 2,303 | $27.4897 | ($63,309) | 2/16/2021 | (2,766) | $30.0402 | $83,091 | |
| 3/26/2021 | 463 | $27.7842 | ($12,864) | | | | | |
| 3/26/2021 | 899 | $27.7842 | ($24,978) | 2/18/2021 | (899) | $31.5938 | $28,403 | |
| 3/26/2021 | 944 | $27.7842 | ($26,228) | 3/11/2021 | (2,085) | $32.0443 | $66,812 | |
| 6/28/2021 | 1,141 | $23.9838 | ($27,366) | | | | | |
| 6/28/2021 | 966 | $23.9838 | ($23,168) | 7/28/2021 | (2,110) | $25.2430 | $53,263 | |

Yellow denotes instances where sales are matched to purchases after the sales date.

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | Total |
|---|---|---|---|---|---|---|---|---|
| 6/29/2021 | 1,144 | $24.2640 | ($27,758) | | | | | |
| 6/29/2021 | 963 | $24.2640 | ($23,366) | 8/5/2021 | (1,054) | $27.6101 | $29,101 | |
| 7/1/2021 | 91 | $24.5325 | ($2,232) | | | | | |
| 7/1/2021 | 757 | $24.5325 | ($18,571) | 8/6/2021 | (757) | $27.4757 | $20,799 | |
| 7/1/2021 | 1,054 | $24.5325 | ($25,857) | 8/11/2021 | (1,054) | $27.6501 | $29,143 | |
| 7/1/2021 | 119 | $24.5325 | ($2,919) | 8/17/2021 | (119) | $27.5655 | $3,280 | |
| 7/1/2021 | 81 | $24.5325 | ($1,987) | 11/22/2021 | (81) | $23.1602 | $1,876 | |
| 7/1/2021 | 6 | $24.5325 | ($147) | 12/17/2021 | (2,103) | $18.3621 | $38,615 | |
| 9/29/2021 | 1,578 | $20.8696 | ($32,932) | | | | | |
| 9/30/2021 | 173 | $20.4870 | ($3,544) | | | | | |
| 10/4/2021 | 346 | $20.4804 | ($7,086) | | | | | |
| 10/4/2021 | 1,757 | $20.4804 | ($35,984) | 12/20/2021 | (2,469) | $17.3047 | $42,725 | |
| 11/1/2021 | 712 | $19.8749 | ($14,151) | | | | | |
| 11/1/2021 | 1,388 | $19.8749 | ($27,586) | 12/21/2021 | (3,489) | $15.4704 | $53,976 | |
| 12/1/2021 | 2,101 | $20.3409 | ($42,736) | | | | | |
| | **18,986** | | **($444,772)** | | **(18,986)** | | **$451,086** | **$6,314** |

**Account 3**

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 3/5/2021 | 402 | $27.4897 | ($11,051) | 2/16/2021 | (484) | $30.0402 | $14,539 |
| 3/26/2021 | 82 | $27.7842 | ($2,278) | | | | |
| 3/26/2021 | 157 | $27.7842 | ($4,362) | 2/18/2021 | (157) | $31.5938 | $4,960 |
| 3/26/2021 | 163 | $27.7842 | ($4,529) | 3/11/2021 | (363) | $32.0443 | $11,632 |
| 6/28/2021 | 200 | $23.9838 | ($4,797) | | | | |
| 6/28/2021 | 160 | $23.9838 | ($3,837) | 7/28/2021 | (360) | $25.2430 | $9,087 |
| 6/29/2021 | 200 | $24.2640 | ($4,853) | | | | |
| 6/29/2021 | 160 | $24.2640 | ($3,882) | 8/5/2021 | (180) | $27.6101 | $4,970 |
| 7/1/2021 | 20 | $24.5325 | ($491) | | | | |
| 7/1/2021 | 129 | $24.5325 | ($3,165) | 8/6/2021 | (129) | $27.4757 | $3,544 |
| 7/1/2021 | 180 | $24.5325 | ($4,416) | 8/11/2021 | (180) | $27.6501 | $4,977 |
| 7/1/2021 | 20 | $24.5325 | ($491) | 8/17/2021 | (20) | $27.5655 | $551 |
| 7/1/2021 | 11 | $24.5325 | ($270) | 11/22/2021 | (14) | $23.1602 | $324 |
| 9/29/2021 | 3 | $20.8696 | ($63) | | | | |
| 9/29/2021 | 266 | $20.8696 | ($5,551) | 12/17/2021 | (360) | $18.3621 | $6,610 |
| 9/30/2021 | 30 | $20.4870 | ($615) | | | | |
| 10/4/2021 | 64 | $20.4804 | ($1,311) | | | | |
| 10/4/2021 | 295 | $20.4804 | ($6,042) | 12/20/2021 | (422) | $17.3047 | $7,303 |

Yellow denotes instances where sales are matched to purchases after the sales date.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/1/2021 | 127 | $19.8749 | ($2,524) | | | | | |
| 11/1/2021 | 232 | $19.8749 | ($4,611) | 12/21/2021 | (591) | $15.4704 | $9,143 | |
| 12/1/2021 | 359 | $20.3409 | ($7,302) | | | | | |
| | **3,260** | | **($76,439)** | | **(3,260)** | | **$77,642** | **$1,202** |

Yellow denotes instances where sales are matched to purchases after the sales date.