# EXHIBIT B

## INSTITUTIONAL HOLDINGS OF COGNYTE SPIN-OFF SHARES
## AS OF DECEMBER 31, 2021 AND JUNE 28, 2022

| Percentage of Institutions that Retained Shares of Cognyte Received Via Spin-Off | | |
|---|---|---|
| | **12/31/2021** | **6/28/2022** |
| **FIFO** | 50.99% | 34.78% |
| **LIFO** | 56.52% | 49.80% |

| Percentage of Shares Held by Institutions at Spin-Off and Retained | | |
|---|---|---|
| | **12/31/2021** | **6/28/2022** |
| **FIFO** | 52.83% | 22.14% |
| **LIFO** | 57.92% | 30.39% |