UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CITY OF OMAHA POLICE AND
FIREFIGHTERS RETIREMENT SYSTEM,
                       Plaintiff,

                   -against-

COGNYTE SOFTWARE LTD, et al.,
                      Defendants.
------------------------------------------------------------X

23 Civ. 1769 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference was scheduled for September 20, 2023, at 4:00 P.M. It is hereby

**ORDERED** that the initial pretrial conference scheduled for September 20, 2023, is adjourned *sine die*, pending the appointment of lead counsel and the filing of any amended complaint and any motion to dismiss.

Dated: September 12, 2023
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE