UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
　
CITY OF OMAHA POLICE AND
FIREFIGHTERS RETIREMENT SYSTEM,
　　　　　　　　　　　　　Plaintiff,　　:　　23 Civ. 1769 (LGS)

　　　　-against-　　　　　　　　　　:　　ORDER

COGNYTE SOFTWARE LTD, et al.,
　　　　　　　　　　　　　Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

　　WHEREAS, on October 4, 2023, this Court issued an opinion and order granting Plaintiff City of Omaha Police and Firefighters Retirement System ("Omaha")'s application for appointment as lead plaintiff and approval of lead plaintiff's counsel.

　　WHEREAS, the Court received and considered the parties' proposed stipulation concerning the appointment of lead Plaintiff, but for the reasons explained in the opinion, determined that "Clal" (i.e., Clal Insurance Company Ltd., Clal Pension and Provident Ltd. and Atudot Pension Fund for Employees & Independent Works Ltd.) may be subject to unique defenses that prevent Clal from adequately representing the class. It is hereby

　　**ORDERED** that, by **October 11, 2023**, the parties shall file a joint letter stating whether (1) Omaha seeks to file an amended complaint and (2) Defendants seek to file a motion to dismiss. If so, the parties shall file a joint proposed briefing schedule, with any briefing not to exceed sixty days from the filing of the motion to dismiss.

Dated: October 4, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　LORNA G. SCHOFIELD
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE