UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CITY OF OMAHA POLICE AND                              :
FIREFIGHTERS RETIREMENT SYSTEM,                       :
Individually and on Behalf of All Others             :
Similarly Situated,                                  :
                                                     :
                              Plaintiff,             :        23-cv-01769 (LGS)
                                                     :
          v.                                         :
                                                     :
COGNYTE SOFTWARE LTD, ELAD                            :
SHARON and DAVID ABADI,                               :
                                                     :
                              Defendants.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF SCOTT D. MUSOFF IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE AMENDED COMPLAINT FOR VIOLATIONS OF
THE FEDERAL SECURITIES LAWS**

I, Scott D. Musoff, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a member of the Bar of this Court and of the firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Cognyte Software Ltd., Elad Sharon and David Abadi (collectively "Defendants") in the above-captioned case.

2.      I respectfully submit this Declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint (the "Motion") and to transmit to the Court true and correct copies of the following documents to which reference is made in the papers submitted in support of the Motion, which have been excerpted in accordance with Rule III. B.3 of the Individual Rules and Procedures for Civil Cases of Judge Schofield.

| Exhibit | Description |
|---|---|
| A | Securities and Exchange Commission ("SEC") Form 20-F Registration Statement filed by Cognyte December 22, 2020 |
| B | SEC Form 20-F Annual Report for the fiscal year ended January 31, 2022 filed by Cognyte April 5, 2022 |
| C | Securities and Exchange Commission ("SEC") Form 20-F Amended Registration Statement filed by Cognyte January 13, 2021 |
| D | SEC Form 20-F Annual Report for the fiscal year ended January 31, 2021 filed by Cognyte April 29, 2021 |
| E | Meta Threat Report on the Surveillance-for-Hire Industry, dated December 16, 2021 |
| F | Analysis of Cognyte Software Ltd. by Needham & Company LLC, dated January 14, 2022 |
| G | 2021 Haaretz Article by Sagi Cohen, 'Cyber mercenaries': How Israel's spyware industry is getting slammed around the world, dated December 21, 2021 |
| H | Chart of Cognyte stock prices for the Class Period |
| I | Transcript of Cognyte earnings call dated April 5, 2022 |
| J | Analysis of Cognyte Software by Wedbush, dated April 6, 2022 |
| K | Cognyte Press Release, dated June 28, 2022 |
| L | Analysis of Cognyte Software by William Blair, dated June 28, 2022 |
| M | Justice for Myanmar report titled Israeli Surveillance Firm Cognyte's Business in Myanmar Exposed, dated January 15, 2023 |
| N | 2023 Haaretz Article by Oded Yaron, Myanmar Acquired Spyware From Israeli Cyber-Intelligence Firm Cognyte, New Docs Reveal, dated January 15, 2023 |
| O | Reuters Article by Fanny Potkin and Poppy Mcpherson, Israel's Cognyte won tender to sell intercept spyware to Myanmar before coup-documents, dated January 15, 2023 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 6, 2023, in New York, New York.

 /s/ Scott D. Musoff
Scott D. Musoff

2