# Exhibit E

December 2021

# Threat Report on the Surveillance-for-Hire Industry

*December 16, 2021*
*By Mike Dvilyanski, Head of Cyber Espionage Investigations,*
*David Agranovich, Director, Threat Disruption, and*
*Nathaniel Gleicher, Head of Security Policy*



# Summary

- The global surveillance-for-hire industry targets people to collect intelligence, manipulate and compromise their devices and accounts across the internet.

- While these "cyber mercenaries" often claim that their services only target criminals and terrorists, our months-long investigation concluded that targeting is in fact indiscriminate and includes journalists, dissidents, critics of authoritarian regimes, families of opposition members and human rights activists.

- We disabled seven entities who targeted people across the internet in over 100 countries; shared our findings with security researchers, other platforms and policymakers; issued Cease and Desist warnings; and also alerted people who we believe were targeted to help them strengthen the security of their accounts.

information about their targets, the accounts used by Cobwebs customers also engaged in social engineering to join closed communities and forums and trick people into revealing personal information.

Our investigation identified customers in Bangladesh, Hong Kong, the United States, New Zealand, Mexico, Saudi Arabia, Poland, and other countries. In addition to targeting related to law enforcement activities, we also observed frequent targeting of activists, opposition politicians and government officials in Hong Kong and Mexico.

## 2. Cognyte
### Surveillance chain phases: Reconnaissance, Engagement

We removed about 100 accounts on Facebook and Instagram which were linked to Cognyte (formerly known as WebintPro) and its customers. This firm is based in Israel and sells access to its platform which enables managing fake accounts across social media platforms including Facebook, Instagram, Twitter, YouTube, and VKontakte (VK), and other websites to social-engineer people and collect data.

Our investigation identified customers in Israel, Serbia, Colombia, Kenya, Morocco, Mexico, Jordan, Thailand, and Indonesia. Their targets included journalists and politicians around the world.

## 3. Black Cube
### Surveillance chain phases: Reconnaissance, Engagement, Exploitation

We removed about 300 Facebook and Instagram accounts linked to Black Cube, an Israeli-based firm with offices in the UK, Israel and Spain. It provides surveillance services that include social engineering and intelligence gathering. Black Cube operated fictitious personas tailored for its targets: some of them posed as graduate students, NGO and human rights workers, and film and TV producers. They would then attempt to set up calls and obtain the target's personal email address, likely for later phishing attacks. Black Cube relied on different tactics to obfuscate its activity, including by performing unrelated activities, likely to drown out malicious targeting in the "noise" of the seemingly innocuous social media behavior.

### 7.  An unknown entity in China
#### Surveillance chain phases: primarily Reconnaissance, Exploitation

We removed about 100 Facebook and Instagram accounts linked to an unidentified entity in China responsible for developing surveillanceware for Android, iOS, Windows, and also Linux, Mac OS X, and Solaris operating systems. It also engaged in reconnaissance and social engineering activity before delivering malicious payload to its targets. While we haven't been able to attribute this activity to a particular actor, our investigation and analysis of the command-and-control servers behind this surveillance tooling indicate its usage by domestic law enforcement in China.

In some instances, we found this group's malware framework deployed along with facial recognition software developed by a Beijing-based company. At the time of our investigation, access to this framework required not only a username and password but also a SafeNet SuperDog physical hardware key, likely to make sure that only authorized customers who were given that key could use it. Analysis of the malware samples distributed by this entity provided additional insights, indicating that the people behind it were operating on a standard Monday to Friday work schedule with most software builds occurring on Mondays Beijing time.

Our investigation found that malware tools were used to support surveillance against minority groups throughout the Asia-Pacific region, including in the Xinjiang region of China, Myanmar, and Hong Kong.

## Our response to abuse by surveillance-for-hire groups

The "surveillance-for-hire" entities we removed and described in this report violated multiple Community Standards and Terms of Service. Given the severity of their violations, we have banned them from our services. We also alerted around 50,000 people who we believe were targeted by these malicious activities worldwide, using the alert system we launched in 2015. We recently updated it to provide people with more granular details about the types of targeting and the actor behind it so they can take steps to protect their accounts, depending on the phase of the surveillance attack chain we detect in each case.



## A security notice from Facebook

We believe that a sophisticated attacker may be targeting your Facebook account. Be cautious when accepting friend requests and interacting with people you don't know.

We recommend you take the Privacy Checkup and we'll guide you through the steps for how to keep your Facebook account secure.

OK

The existence and proliferation of these services worldwide raises a number of important questions. While these cyber mercenaries often claim that their services and surveillanceware are meant to focus only on criminals and terrorists, our own investigation, independent researchers, our industry peers and governments have demonstrated that targeting is indeed indiscriminate and includes journalists, dissidents, critics of authoritarian regimes, families of opposition and human rights activists. In fact, for platforms like ours, there is no scalable way to discern the purpose or legitimacy of such targeting. What's more, the use of these third-party services obfuscates who each end customer might be, what's collected and how the information is being used against vulnerable groups. This is why we focus on enforcing against this behavior, regardless of who's behind it or who the target might be.

To support the work of law enforcement, we already have authorized channels where government agencies can submit lawful requests for information, rather than resorting to the surveillance-for-hire industry which indiscriminately sells these services to anyone willing to pay, including known bad actors. These channels are designed to safeguard due process and we report the number and the origin of these requests publicly so that people worldwide have the full picture.