# Exhibit F



January 14, 2022
**COMPANY UPDATE**

**Security Technology**

# Cognyte Software Ltd. (CGNT)

| RATING | PRICE TARGET | PRICE | 52-WEEK RANGE |
|---|---|---|---|
| **BUY** | **$19.00** | **$13.71** | **$13.56 - $38.00** |

**MIKE CIKOS, CFA**
(212) 705-0382
mcikos@needhamco.com

**ALEX HENDERSON**
(212) 705-0432
ahenderson@needhamco.com

**MATT DEZORT, CFA**
212-705-0430
mdezort@needhamco.com

## CGNT: Near-Term Headwinds Understood; FY23 & 3-Year Targets Remain the Unknown

At our Needham Growth Conference, we hosted a fireside with Cognyte's management walking through critical investor questions like near-term Revenue headwinds, the ban by Meta Platforms (FB, rated Hold by Laura Martin), and guided FY22 Revenue versus broader market growth. The company recently reduced its FY22 Revenue guide by $10 Million at the midpoint based on travel restrictions and component shortages which are delaying shipments. We believe COVID and component shortages have potential to spill over into FY23, especially as we think about the varied government responses to the pandemic. We believe top priority items for investors are the FY23 Revenue outlook and management's 3-Year Financial Targets. Given the stock's valuation, we believe the market has discounted consensus estimates and written off longer-term targets.

## KEY POINTS

- **Nearer-Term Growth Considerations:** Cognyte's near-term growth is likely impacted by customer-readiness, component shortages and travel restrictions / COVID – all of which have been highlighted on recent earnings calls. We believe component shortages and travel restrictions are multi-quarter headwinds. The company wants to increase inventory for specific components by ~$1 Million, and is working alongside partners to find bottlenecks in the supply chain. Meanwhile, the effect from the pandemic remains fluid with uncertainty partially attributed to governments' varied response efforts. Of note, 42% of Cognyte's Revenue was derived from end-users in the EMEA region during FY21, which we believe is a more challenged geography.

- **Meta's Ban Touches on the Web Intelligence Use-Case Which is Less Than 5% of Revenue:** In mid-December, Meta banned several companies it identified as "surveillance for hire" firms including Cognyte. Management discussed its use of many data sources from social networks and the dark web in its Web Intelligence use-case, which generates less than 5% of sales. The company does not anticipate a significant impact to sales in reaction to the news, although we believe without Meta's data, the use-case has potential for reduced effectiveness and customer appeal.

- **FY22 Revenue Growth Guidance Versus Market Growth:** Clients have pushed back on the approximate 7.5% Revenue growth implied by Cognyte's FY22 guidance compared to the estimated 10% CAGR of the Security Analytics TAM. In response, management believes the impact from COVID likely depressed both Cognyte and the overall market's growth in FY22 (CY21) as government organizations reprioritized spending initiatives. With this backdrop, Cognyte believes (1) market fundamentals have not changed and (2) the company has not lost share.

### KEY DATA

| Market Cap (MM) | **$918.7** |
|---|---|
| Price [01/13/2022] | $13.71 |
| 52-Week Range | $13.56 - $38.00 |
| Shares Outstanding | 67.01 |
| Avg. Daily Volume | 862,363.9 |
| Total Debt/Cap. | 6.23% |

### ESTIMATES

| FY (Jan) | 2021A | 2022E | 2023E |
|---|---|---|---|
| **EPS** | | | |
| Q1 | - | 0.20A | 0.16E |
| Q2 | - | 0.17A | 0.19E |
| Q3 | - | 0.21A | 0.21E |
| Q4 | 0.36A | 0.21E | 0.28E |
| Year | 1.03A | 0.79E | 0.85E |
| Growth | | [24.0]% | 7.5% |
| P/E | 13.3x | 17.4x | 16.2x |
| | | | |
| **Rev. (MM)($)** | | | |
| Year | 447.0A | 479.8E | 525.7E |
| Growth Rev | [3.4]% | 7.3% | 9.6% |
| | | | |
| **EBITDA** | | | |
| Year | 73.9A | 84.8E | 94.2E |

**RELEVANT DISCLOSURES BEGIN ON PAGE 22 OF THIS REPORT.**

January 14, 2022

- □ **Omicron Variant:** Travel restrictions related to COVID were cited as a factor weighing on FY22 Revenue guide. Given the surge in cases and varied government responses, particularly in Europe, we believe effects from the pandemic could impact FY23. We note that 42% of Cognyte's Revenue was derived from end-users in the EMEA region during FY21.

- ■ **Meta's Ban Touches on the Web Intelligence Use-Case Which is Less Than 5% of Revenue:** In mid-December, Meta banned several companies it identified as "surveillance for hire" firms including Cognyte. Management discussed its use of many data sources from social networks and the dark web in its Web Intelligence use-case, including the use of data collected from Meta's digital properties. The Web Intelligence use-case generate less than 5% of Cognyte's Total Revenue, and the company does not anticipate a significant impact to sales in reaction to the news. However, given the popularity of these digital assets, we believe there is potential for reduced effectiveness and customer appeal for the Web Intelligence use-case without data collected from Meta.

- ■ **FY22 Revenue Growth Guidance Versus Market Growth:** Clients have pushed back on the approximate 7.5% Revenue growth implied by Cognyte's FY22 guidance compared to the estimated 10% CAGR of the Security Analytics TAM. Clients have rightfully asked if Cognyte is ceding share. In response to our question on the topic, management discussed secular tailwinds to the market. Key trends like the explosion of data sources and growing difficulty in managing and fusing these data types to ultimately garner insights is expected to continue, driving a healthy market with strong demand over the long-term. However, the impact from COVID likely depressed both Cognyte and the overall market's growth in FY22 (CY21) as government organizations reprioritized spending initiatives. With this backdrop, Cognyte believes (1) market fundamentals have not changed and (2) the company has not lost share.

- ■ **Subscription Transition is Expected to Take Time:** Cognyte is engaged in ongoing conversations with customers regarding a shift to Subscriptions, but this is a multi-year effort at the infancy phase. We note that Government customers tend to be more conservative with their approach to Subscriptions and likely lag the Commercial markets by several years. In our view, Cognyte's ability to transition toward a more Subscription-based business depends on customer-readiness, since Cognyte is unlikely to force its customers to shift to Subscriptions at the expense of jeopardizing relationships. From a product-readiness perspective, Cognyte's solutions are "subscription ready." We note that the company's Cryptocurrency module is only sold as a Subscription today, and we see this sales mechanism as a nudge to help Government customers begin transitioning to more Subscription-oriented offerings over time.
  - □ **Recall:** Currently 50% of Cognyte's Revenues are Recurring in nature, of which 25% are Subscription-based (i.e. ~12%-13% of Total Revenues are Subscription-based).

- ■ **Commercial Market Traction Has Been Less of a Focus with COVID:** During the pandemic, Enterprises have suffered to a greater extent than their Government counterparts when thinking about the Commercial market's sensitivity to budgets. As we emerge from the pandemic, Cognyte expects to push harder on growing Enterprise adoption.

- ■ **Top Priorities in FY23:** Management discussed its top priorities in the upcoming year as (1) continuing to invest in its product roadmap and R&D for enhanced analytics capabilities and (2) increased spending on sales and marketing efforts to expand coverage in certain territories and add new partners to the platform.

## RECAP FROM OUR YEAR-END NOTE

**Recapping '21 & Key Items in '22**

The company recently reported better-than-expected 3QFY22 results, but reduced FY22 Revenue, EBITDA and EPS guidance. The guidance cuts left investors wondering about the company's growth prospects in an environment with increasing travel restrictions related to the Omicron variant. Additional concerns from the earnings call were fueled by management's unwillingness to comment on its outlook. While we didn't expect management to discuss FY23 guidance, we did expect the company to reiterate its 3-year targets, which were laid out earlier this year. At some point, valuation matters in our view. While the 3QFY22 earnings call didn't offer investors a reason to purchase the stock, we believe the name should be added to investors' shopping list as they sharpen their pencils during the holiday. If FY23 guidance is above expectations or management reiterates its 3-year targets, we believe the stock could meaningfully rise in relatively short order.

**Recapping 2021:**

**Needham**

- **Balance Sheet – Contract Liabilities:** Investors have asked what is causing the declines in Contract Liabilities on the Balance Sheet. Historically, Cognyte has received advanced customer payments for large orders which included hardware. As Cognyte has reduced its hardware exposure through the Software model transition, Contract Liabilities on the Balance Sheet has declined. We note that Contract Liabilities has potential to decline longer-term and is a bit of a mixed bag (similar to RPO) based on the Software model transition and anticipated Subscription transition -- likely making both Contract Liabilities and RPO less meaningful indicators, or at the very least, more noisy.

- **Commentary on Remaining Performance Obligations:** Commentary on the 2QFY22 earnings call indicated Cognyte's RPO balance remains in excess of $500 Million. We note management has previously discussed approximately two-thirds of the RPO balance is due in the next 12 months, with the remainder to be recognized thereafter. Interestingly, the shift to a Software model has benefited Cognyte in the sense that the company is capable of fulfilling customer orders at a faster pace. We believe this implies that the RPO balance may see future declines (like it did exiting FY21), although potential reductions to RPO don't imply the company is losing business. Alternatively, one could argue that despite potential reductions to the RPO balance, the *health* of Cognyte's RPO is improving from greater Software mix.
  - **Note:** Cognyte's RPO balance declined 5% yr-yr to $551 Million exiting FY21 from $582 Million in the prior year. The decline in RPO accounts for the reduced hardware component to customer orders.

- **Not Seeing an Impact from the Lengthening Hardware Supply Chain:** In our conversation with management, the company noted that the strained hardware supply chain has not impacted its business. First, we believe this reflects the strong purchasing power enjoyed by Cognyte's public sector customers, and second, we expect Cognyte's slightly larger inventory balance reflects the company's forethought to avoid future issues.

- **Deal Sizes & Quarterly Fluctuations:** Revenues can fluctuate from quarter to quarter based on the size of the deal, and contracts can range from $0.5 Million to $1.0 Million at the low end, up to $10 Million-plus at the high end. Additional factors to consider include customer scheduling for deployment of Cognyte's solution, which may include multiple phases.

- **Revenue Seasonality:** Even after considering potential fluctuations from customer contracts, we note that Cognyte's Revenues in 2Q and 3Q tend to be relatively close to one another before experiencing notable strength in 4Q. We believe FY22 Revenue to follow typical seasonal patterns with a larger ramp implied for 4QFY22 based on the delayed fulfillment for the fewer than 5 customers for sub-$10 Million we previously cited. Seasonal strength in 4Q is related to typical budget availability in the private and public sectors.

## RECAP FROM OUR 2QFY22 EARNINGS NOTE

Cognyte reported solid 2Q results, with Revenue and EPS above internal expectations and ahead of consensus on stronger Gross Margins. The company maintained FY22 revenue outlook, and raised its EPS and Adjusted EBITDA guide, reflecting the Gross Margin expansion. FY22 Diluted EPS guidance would have climbed an additional $0.02 if not for a $1 Million incremental FX headwind below the line versus original expectations. We think the stock is down on the 3Q sales guide which is a result of a few deals moving to 4Q based on customer readiness. To achieve FY22 guidance implies 26% qtr-qtr growth in 4Q, where 4Q is expected to represent 29% of Total Revenue -- exactly what Cognyte delivered in FY20. (Note FY21 is less comparable due to COVID-19.) We have raised our estimates and maintain our Buy rating and $36 price target.

**Key Points:**

- **We Believe Today's Reaction in the Market is Overdone.** Cognyte's Revenue guide for 3Q was below expectations as a result of a few deals moving to 4Q based on customer readiness. We believe the company has line of sight to its guided sales of $490 Million +/-2% based on its strong visibility with 50% of revenue from recurring sources, over $500 Million in RPO and more than 90% of revenue each year coming from repeat customers.