# Exhibit H



### Cognyte Software Ltd. (CGNT) Stock Price Chart
Class Period: February 2, 2021 − January 19, 2023