# Exhibit I

# REFINITIV STREETEVENTS

# EDITED TRANSCRIPT

## CGNT.OQ - Q4 2022 Cognyte Software Ltd Earnings Call

### EVENT DATE/TIME: APRIL 05, 2022 / 12:30PM GMT

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



investors for informational and comparative purposes. The non-GAAP financial measures the company uses have limitations and may differ from those used by other companies.

Now I'd like to turn the call over to Elad.

---

**Elad Sharon** - *Cognyte Software Ltd. - CEO & Director*

Thank you, Dean. Welcome, everyone, to our fourth quarter conference call. In Q4, revenue was $125 million, about a $7 million sequential increase from Q3 and approximately $3.5 million below the midpoint of our guidance. Non-GAAP EPS was $0.16. Our results reflect the continued supply chain issues that we discussed during our last earnings call as well as a lower conversion of our pipeline than we expected at the time of our last conference call. I will discuss both issues in more detail in a minute.

During the quarter, we won many large deals, reflecting the strength of our portfolio and the market needs for cutting-edge investigative analytics to address evolving security threats. Also, we continue to execute well on our software strategy. And in Q4, our non-GAAP gross margins increased by 180 basis points year-over-year to 73%.

I would like to start today with a review of our Q4 booking activity. In Q4, we continue to win large deals from existing customers that demonstrate the strength of our customers' relationships and how they look to us to help them address evolving security threats. The first is an approximately $10 million deal from [Los Foset] agency that is replacing the homegrown solution due to our technology's ability to keep pace with evolving threats. This is a good example of how our customers are facing security challenges that are constantly evolving and come to us to modernize their investigative analytics technology with an open analytics platform.

The second deal is for approximately $8 million in connection with the platform capacity expansion. This is a good example of how our customers look to us for the latest in investigative analytics capabilities to keep pace with the increasing variety and volume of data. The third deal was also for $8 million, and we present an existing customer adding another solution for our portfolio and displacing incumbent vendor. This is a good example of how our customers are replacing solutions from other vendors due to the confidence in our ability to deliver value and our track record in previous deployments. These large orders from existing customers highlight our long-term relationships, the evolving needs of our customer base and the confidence our customers have in our technology.

We continue to win large deals in Q4 as in prior quarters. However, overall Q4 bookings came in lower than we expected at the time of our last earnings call. While we still ended the year with significant RPO of $512 million, this RPO level is $40 million lower than the prior year. We identified 2 main issues contributing to lower-than-expected Q4 booking, and I would like to discuss these issues and how we are addressing them. First is the supply chain issues we discussed during Q3 and that continued into Q4. As a reminder, on average, approximately 20% of our revenue comes from appliances solutions that consist mostly of software but include some hardware components. We are currently having difficulty sourcing some components which affect our ability to timely deliver backlog orders and impact our revenue.

In addition to revenue impact, we have started to see some customers delaying placing new orders for other solutions until we deliver their prior orders. We are executing on a couple of initiatives that will address these supply chain issues. We are working with suppliers to build up inventory to minimize the impact of the component shortages. The cost of such inventory is minimal, but it is hard to find suppliers with available stock.

In addition, we have started the hardware redesign and expect to finish the redesign in the Q3 of this year. The new designs will, among other improvements, include components that are more readily available. The second issue is lower pipeline conversion. We concluded that we need to strengthen our leadership team to drive better conversion of our pipeline. Looking back at Q4, we entered the quarter with a large pipeline and based on analyzing the convention performance, we do not believe we have lost any key deals to competition and do not see significant changes in the competitive environment. It's also important to note that most of Q4 pipeline deals that we expected to close were from existing customers.

Our relationship with our customers remains strong, and we hope to close these deals in the future. Based on this analysis, we initiated a search, and I'm happy to report that in Q1, we already hired a new Chief Revenue Officer. The new CRO brings to Cognyte extensive experience in driving

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



So overall, if you look at the visibility, taking all of them together and combined, this creates actually uncertainty. And because of that, we are not able to provide meaningful guidance. The range actually is too large and giving guidance at this point of time is not -- it's impossible.

Having said that, all those disruptions, we believe, are temporary in nature. I discussed the solutions with each one of them. And we believe that the long-term opportunity remains intact. I hope this answers.

**Michael Joseph Cikos** - *Needham & Company, LLC, Research Division - Senior Analyst*

Yes. And if I just step in to 2 of those real quickly. I know we spoke about the inventory last quarter and the supply chain constraints being -- continuing to be a headwind. But if I look at the balance sheet, your inventory balances are still lower even sequentially. Can you just give us an update, I guess, are we really waiting for the redesign to be completed in Q3 for that supply chain to normalize at this point?

**Elad Sharon** - *Cognyte Software Ltd. - CEO & Director*

Yes. So actually, the inventory is similar than what it was before, and the price of those components is quite marginal. The revenue impact is mainly for the software portion of this solution. So it's unrelated really to the inventory. Inventory is quite a marginal cost. So we don't expect the inventory to go up dramatically. It's small numbers.

**Michael Joseph Cikos** - *Needham & Company, LLC, Research Division - Senior Analyst*

Okay. Okay. And I guess the question becomes, you can't recognize that software revenue until you have the inventory, and then can you shift the appliance to your customer? And then I guess the knock-on effect from that is that your customers are not putting in new orders until they can get their prior orders delivered. So it's like one follows the other. Is that the way to be thinking about this and what customer behavior is right now?

**Elad Sharon** - *Cognyte Software Ltd. - CEO & Director*

Yes, that's correct. Some of the customers are waiting for the previous orders to be fulfilled in order for them to generate value from the solution. And for us to recognize revenue, we need to install our software on the appliance. Once the appliance is not available, we cannot do it, we cannot deliver and deploy and the customers cannot generate value. And for that reason, some of the customers are holding new orders until they get the previous ones.

But we have a very good relationship with customers. So it's under control. We're managing it. We discuss it with the customers, and we maintain a good relationship with them. We believe it's a timing issue. And once it resolves, the business will be back on track.

**Operator**

Our next question from Kirk Materne with Evercore ISI.

**Peter John Burkly** - *Evercore ISI Institutional Equities, Research Division - Research Analyst*

This is actually Peter Burkly on for Kirk. So I guess I kind of want to double-click on the conversion issues a little bit further. And I appreciate you calling out the longer sales cycles you're seeing and maybe some leadership changes you've made. But I'm just curious, are those deals that are sort of getting pushed out a quarter and you'd expect to close next quarter or are these more projects that are sort of getting delayed indefinitely?

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**Elad Sharon** - *Cognyte Software Ltd. - CEO & Director*

Kirk, we had the communication issue. I'd appreciate if you could repeat the question.

**Peter John Burkly** - *Evercore ISI Institutional Equities, Research Division - Research Analyst*

Sure. No problem. This is actually Peter Burkly on for Kirk. So I just -- I kind of wanted to dive a little bit further into the conversion issue to be called out. And I appreciate you calling out the longer sales cycle and leadership changes you're making. But I'm just curious, are these deals that are getting pushed out a quarter and you'd expect to close next quarter? Or is this more projects that are getting delayed more indefinitely?

**Elad Sharon** - *Cognyte Software Ltd. - CEO & Director*

Yes. So we don't think we lost any deal. The pipeline is solid. It's about timing of the execution and closing deals. I do believe that over time, we able to close the deals and get the deals with us. We are taking -- actually, we didn't execute good enough. We'll have to improve the execution of the -- sales execution, and that's what we do, including refreshing processes, including refreshing the executive leadership and other actions we take in order to accelerate sales.

**Peter John Burkly** - *Evercore ISI Institutional Equities, Research Division - Research Analyst*

Got it. That's helpful color. And then maybe just one other quick one, if I could sneak in. Just as it relates to the geopolitical comps in Ukraine, I just kind of want to make sure I'm understanding this correctly. So it sounds like it's more -- at this stage for you guys, it's more uncertainty is creating and not really -- whether it could potentially be a tailwind or it could be a headwind moving forward? Obviously, as security becomes kind of more front and center versus the trade-off of potentially less spending or what have you? So am I kind of thinking about that correctly?

**Elad Sharon** - *Cognyte Software Ltd. - CEO & Director*

Yes. So actually, first of all, I do hope that the situation with Ukraine resolves soon. Yes, actually, you come to it quite well. It could be a potential impact on our business, obviously, mainly EMEA. It's a volatile situation. Customers -- government customers, some of them are yet confused with recent development. They may reconsider budgets and priorities. And it can -- for us, it can be a headwind or a tailwind. It's too early to say what the impact will be. Having said that, historically, after conflict, it's driving more demand for security, but for the short term, we expect disruptions.

**Operator**

Our next question comes from Brian Ruttenbur with Imperial Capital.

**Brian William Ruttenbur** - *Imperial Capital, LLC, Research Division - Research Analyst*

So one of the comments that you guys made was on the market growing and you expect to kind of grow with the market. So I'm just trying to get from maybe a long-term perspective beyond '23, looking at '24, '25, the market's growing, what, in the mid-single digits? Is that the right number?

**Elad Sharon** - *Cognyte Software Ltd. - CEO & Director*

So we believe that in regular days, the market is growing double digit. Maybe I'll give some color about the long-term opportunity. We're looking at the market. We see that market fundamentals have not changed. We discussed it before, the security threats are increasing. Data is growing in volume and diversity. And for that reason, the demand for investigative analytics solutions is healthy and expected to grow over time.

7

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



APRIL 05, 2022 / 12:30PM, CGNT.OQ - Q4 2022 Cognyte Software Ltd Earnings Call

**Operator**

Our next question is a follow-up from Mike Cikos with Needham & Company.

**Michael Joseph Cikos** - *Needham & Company, LLC, Research Division - Senior Analyst*

I just did want to tickle up. I know that we're talking about the longer sales cycles today. Can you give us a sense how much longer or sales cycles today? Are we talking about another month to that sales cycle or is it still elongating in the current environment?

**Elad Sharon** - *Cognyte Software Ltd. - CEO & Director*

No, it's not a dramatic increase, it's slight increase, but we want to address it now and make sure that the pipeline conversion. We have a healthy pipeline. We want to make sure that the pipeline conversion is faster and that we can get the deals with us. And for that reason, we took the action items I've mentioned before related to our execution of sales.

**Michael Joseph Cikos** - *Needham & Company, LLC, Research Division - Senior Analyst*

Okay. And can you remind us of that one more time? I know that you have the new Chief Revenue Officer who you hired, but what other processes have you put in place to ensure that pipeline is converting at a more normalized level?

**Elad Sharon** - *Cognyte Software Ltd. - CEO & Director*

Yes. So we have the new CRO, which I mentioned before. We had a global sales kickoff back in February. This is an annual event that we have. This year, it was finally physical after 2 years of COVID. The focus of this event was specifically on how we convert pipeline faster. We also adjusted the commission plan of the sales team to incentivize faster closure. We are going through the pipeline and criticizing the pipeline in a way that we want to reprioritize our resources where the opportunities are, so actually to work more efficiently and effectively on the pipeline.

And another thing we do is we push for more and more travel to see the customers face to face. It was actually impossible previously in certain territories and countries. And now when the COVID restrictions have been lifted, we are able to be closer to customers, and that's very important.

In our industry, in the security industry, face-to-face meetings are vital. So altogether, I think we took a few action items related to executive leadership, processes, focus as well as being closer to customers. I hope this answers.

**Operator**

This concludes and answer session. I'd now like to turn the call back over to Dean Ridlon for closing remarks.

**Dean Ridlon**

Thank you, operator, and thank you, everyone, for joining us on today's call. Should you have any additional questions, please feel free to reach out to me. And we look forward to speaking with you again next quarter. Thank you.

**Operator**

This concludes today's conference call. Thank you for participating. You may now disconnect.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2022 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

