# Exhibit J



**Company Report**

**April 6, 2022**

Rating:

**NEUTRAL**

Price:

**$8.03**

12-Month Price Target:

**$9.00** (from $17.00)

---

Analysts

**Daniel Ives**
212-344-2073
Dan.Ives@wedbush.com

**John Katsingris**
212-931-7097
John.Katsingris@wedbush.com

---

**Company Information**

| | |
|---|---|
| Market Cap (M) | $536,369 |
| Enterprise Value (M) | $480,206 |
| Shares Outst (M) | 67,372.0 |
| 52-Week Range | $9.30 - $28.59 |

| REV (M) | | | in $ |
|---|---|---|---|
| **FYE Jan** | **2022A** | **2023E** | **2024E** |
| Q1  Apr | 115.2A | 121.7E | 135.1E |
| *Previous* | | *130.1E* | *145.3E* |
| Q2  Jul | 116.4A | 126.5E | 139.4E |
| *Previous* | | *131.8E* | *147.3E* |
| Q3  Oct | 118.7A | 128.9E | 140.6E |
| *Previous* | | *134.2E* | *150.0E* |
| Q4  Jan | 125.3A | 137.7E | 153.9E |
| *Previous* | *130.2E* | *147.6E* | *165.2E* |
| **Year*** | **475.6A** | **514.7E** | **569.0E** |
| *Previous* | *480.4E* | *543.7E* | *607.8E* |

| EPS | | | in $ |
|---|---|---|---|
| **FYE Jan** | **2022A** | **2023E** | **2024E** |
| Q1  Apr | 0.20A | 0.20E | 0.24E |
| *Previous* | | *0.22E* | *0.27E* |
| Q2  Jul | 0.17A | 0.21E | 0.24E |
| *Previous* | | *0.22E* | *0.26E* |
| Q3  Oct | 0.21A | 0.21E | 0.21E |
| *Previous* | | *0.23E* | *0.24E* |
| Q4  Jan | 0.16A | 0.25E | 0.29E |
| *Previous* | *0.22E* | *0.28E* | *0.31E* |
| **Year*** | **0.74A** | **0.87E** | **0.99E** |
| *Previous* | *0.80E* | *0.97E* | *1.08E* |
| P/E | 10.9x | 9.2x | 8.1x |

*Pricing data provided by Thomson Reuters.*
*\*Numbers may not add up due to rounding.*

# Cognyte Software Ltd.  (CGNT)

*Another Debacle Quarter; Tough Sledding Ahead-PT to $9*

---

### The Wedbush View

Cognyte reported its January quarter which missed top and bottom-line metrics as the company continues to struggle with the timing of deals and the execution of the model transition to subscription. While we believe the underlying cyber security business represents a strong inherent value proposition with a core competitive moat in many complex sales cycles globally, clearly as a standalone entity the Cognyte business model is turning into a debacle of an epic proportions for investors that once believed in the story. Since the spin-off from Verint over the past year, the Cognyte story have been a nightmare for investors as the execution shortfalls, longer sales cycles, and myriad of challenges has created a perfect storm for the Street. Most troubling to us is that CGNT was unable to guide for 1Q23 and 2023, which means to us that management may not have their arms around the sales execution and headwinds in our opinion. We maintain our NEUTRAL rating while lowering our price target from $17 to $9.

*Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see pages 7–9 of this report for analyst certification and important disclosure information.*