# Exhibit K

Case 1:23-cv-01769-LGS    Document 56-11    Filed 12/06/23    Page 2 of 2

Exhibit 99.1



*Press Release*

**Investor Relations Contact**
Dean Ridlon
Cognyte Software Ltd.
IR@cognyte.com

## Cognyte Announces First Quarter Results

**Herzliya, Israel, June 28, 2022 -** Cognyte Software Ltd. (NASDAQ: CGNT) (the "Company," "Cognyte," "we," "us" and "our"), a global leader in investigative analytics software, today announced results for the three months ended April 30, 2022 ("Q1 FYE23").

"Cognyte has more than two decades of delivering innovative solutions, strong customer relationships, profitable growth and managing through periods of volatility. We are disappointed with our first quarter results, which were impacted by slow pipeline conversion and supply chain. We have taken actions to improve our execution and cost structure in the current environment. At this time, we are unable to give guidance but continue to believe in the long-term opportunity," said Elad Sharon, Cognyte's Chief Executive Officer.

### Q1 Highlights

- **Revenue:** $86.4 million (GAAP) and $86.7 million (non-GAAP)
- **Gross Margin:** 59.7% (GAAP) and 60.8% (non-GAAP)
- **Diluted EPS:** $(0.45) (GAAP) and $(0.79) (non-GAAP)

### Conference Call Information

We will conduct a conference call today at 8:30 a.m. ET to discuss our results for the three months ended April 30, 2022. An online, real-time webcast of the conference call and webcast slides will be available on our website at **www.Cognyte.com**. The conference call can also be accessed live via telephone at +1 (866) 374-5140 (United States) and +1 (404) 400-0571 (International). The Conference ID is 62536546. Please dial in 5-10 minutes prior to the scheduled start time. An archived webcast of the conference call will also be available in the "Investors" section of the company's website.