# Exhibit L

Equity Research
**Technology, Media, and Communications | Software**



June 28, 2022

**Louie DiPalma, CFA**  +1 312 364 5437
ldipalma@williamblair.com

# Cognyte Software Ltd.

## Downgrading to Market Perform on Lack of Revenue Visibility

We are lowering our rating on shares of Israel-based cyber intelligence software provider Cognyte to Market Perform following first-quarter results that reflected industry headwinds. Revenue declined by 25% compared to our estimate for a 10% decline and consensus for a 2% decline. Cognyte is an outlier in our coverage of U.S. government technology providers in that the majority of its revenue is derived from foreign government federal-level intelligence agencies. Its revenue is not correlated with the U.S. government IT service providers or government data analytics providers. Cognyte management attributed its sales decline to supply chain constraints, a low pipeline conversion, and customer budget uncertainty related to the Russian war. In our view, the low pipeline conversion is a symptom of a broader issue. Cognyte's brand has been negatively impacted by increased scrutiny of the cyber intelligence industry and fellow Israel cyber surveillance firm NSO Group. Last fall, the U.S. government blacklisted the NSO Group after a multitude of reports surfaced that its software was being used inappropriately by governments to spy on citizens with dissenting views. While we believe there is value to cyber intelligence, we believe that it is important for investors and customers that there are rigid safeguards in place and high transparency to ensure that the software is used in an ethical manner. In June, the *Washington Post*, *The Guardian*, and *Haaretz* jointly reported that L3Harris (LHX $236.82), one of the largest defense contractors, is in discussions to acquire NSO Group and restrict selling of NSO's Pegasus software to governments of the Five Eyes alliance and potentially other select NATO customers. While L3Harris's interest in NSO suggests there is also value for Cognyte's software, it is unclear when Cognyte's profitability will stabilize. Because Cognyte generates approximately half of its revenue from perpetual software licenses, its quarterly revenue is lumpy. Due to the uncertainty surrounding Cognyte's revenue trajectory, we believe there is equal downside risk as there is upside potential over the next 12 months. Accordingly, we are lowering our rating to Market Perform.

- **First-quarter financials well below our estimate and consensus.** Revenue in the first quarter of $87 million was down 25% compared with our estimate for a 10% decline and the consensus estimate for a 2% decrease. Adjusted normalized EBITDA were negative $18 million compared with our estimate of $17 million and the consensus estimate of $16 million. Cognyte generated $82 million in EBITDA last year.

- **The company reduced its headcount by 5% in the second quarter.** Operating expenses are expected to decrease from $82 million in the first quarter to $70 million in the third quarter.

- **Management again did not provide fiscal 2023 guidance.** Due to headwinds associated with supply chain shortages and the conflict in Ukraine, management still conveyed that it does not have adequate visibility to provide guidance at this time. The company paid back $50 million of its revolver. In December, Cognyte withdrew its entire $100 million revolver.

Israel-based Cognyte is one of the leading global providers of digital intelligence software used by federal-level security organizations to find the proverbial needles in haystacks.

| | Stock Rating: | **Market Perform** |
|---|---|---|

| | | |
|---|---|---|
| Symbol: | | CGNT (NASDAQ) |
| Price: | | $4.75 (52-Wk.: $6-$29) |
| Market Value (M): | | $433 |
| Dividend/Yield: | | $0.00/0.00% |
| Fiscal Year End: | | January |

| | 2022A | 2023E | 2024E |
|---|---|---|---|
| **Estimates** | | | |
| Sales (M) FY | $474.0 | $338.0 | $341.3 |
| EBITDA (M) FY | $82.1 | $(42.7) | $4.3 |
| **Valuation** | | | |
| EV/Sales | 0.8x | 1.1x | 1.1x |
| EV/EBITDA | 4.6x | NM | 88.0x |

**Trading Data (FactSet)**

| | |
|---|---|
| Shares Outstanding (M): | 67.5 |
| Float (M): | 66.2 |
| Avg. Daily Volume (90-day): | 784,231 |

**Financial Data (FactSet)**

| | |
|---|---|
| Book Value Per Share (MRQ): | $4.24 |
| Return on Equity (TTM): | (5.5)% |
| Enterprise Value (M): | $381 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

**Please refer to important disclosures on pages 4 – 6. Analyst certification is on page 4.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

William Blair

- **Bookings pressured by supply chain and Ukraine.** The company conveyed that it continued to win large deals. The company announced that it won a $10 million law-enforcement contract and two $8 million National Security Agency contracts. Revenue performance obligations increased during the quarter.

- **Risks to downgrade:** The main upside risk to the downgrade is that Cognyte's financials could improve if customers gain greater confidence that Cognyte's software is being used appropriately. The main downside risk is that Cognyte's 25% revenue decline could significantly worsen if customers churn. This could lead to funding issues if Cognyte does not appropriately decrease expenses. Cognyte may not be able to turn around its financials and become a consistent free cash flow generator.

**William Blair Estimates**
For fiscal 2023, we estimate revenue of $338 million (previously $427 million), and adjusted EBITDA of $(42.7) million (previously $68 million). For fiscal 2024, we estimate revenue of $341 million (previously $431 million) and adjusted EBITDA of $4.3 million (previously $69 million).

**Valuation and Risks**
Cognyte trades at 0.9 times our fiscal 2023 revenue estimate. Due to the uncertainty surrounding Cognyte's revenue trajectory, we believe there is equal downside risk as there is upside potential over the next 12 months. The main risks for Cognyte shares include the risk of contract terminations related to reputational risk and the risk that the company is unable to stop its revenue decline.

**ESG Considerations**
There are several ESG considerations to take into account when investing in Cognyte. Defense contractors' products are often vulnerable to ethical scrutiny. As part of this consideration, a portion of Cognyte's data is used for surveillance analytics. Cognyte and its government customers must balance between data privacy and surveillance. Cognyte has a code of conduct and ethics hotline that employees can access to report concerns. Employees for government technology providers such as Cognyte work with highly sensitive data that is often classified. Inherent in that position, service providers such as Cognyte are at a high risk for a cyberattack that may originate from foreign state actors or internal employees. Cognyte has specific policies in place in the event of a data breach to best protect confidential information.

Cognyte hosts a next-generation cyber professionals education program for students with exceptional abilities in cyber and analytics. The company established a "House of Wheels" program to teach computer skills to students with disabilities and a "Crack the Glass Ceiling" program to teach STEM skills to teenage girls.