# Exhibit M

‹ **FEATURES**

# ISRAELI SURVEILLANCE FIRM COGNYTE'S BUSINESS IN MYANMAR EXPOSED

## JANUARY 15, 2023

NASDAQ-listed Israeli surveillance-for-hire corporation Cognyte Software Limited won a tender for the provision of lawful interception equipment to Myanmar in 2020 for the state-owned mobile operator, Myanma Posts and Telecommunications (MPT), in possible breach of international and Israeli law.

Documents leaked to Justice For Myanmar, which form the basis of a legal complaint filed in Israel on January 2, 2023, show that MPT issued

Cognyte with a purchase order for a fixed data lawful interception gateway in December 2020, with work scheduled for completion by early June 2021. The system would allow the Myanmar military to tap calls in real time, aiding and abetting its atrocity crimes.

The legal complaint and an associated letter demanding Israel revoke Cognyte's marketing and export licence for lawful interception systems to Myanmar were submitted by the attorney Eitay Mack on behalf of more than sixty individuals, including former speaker of the Knesset Avrum Burg.

At the time Cognyte won MPT's lawful interception tender, the transfer of defence equipment to Myanmar was illegal in Israel, and there were no safeguards in place to protect the people of Myanmar from the military's electronic surveillance.

Since the military's illegal coup attempt, the junta has scaled up electronic surveillance to monitor communications and track the location of activists and journalists, who have been arbitrarily arrested, tortured and murdered, which amount to crimes against humanity.

In its 2021 country report on human rights in Myanmar, the US State Department found that "the regime regularly monitored private electronic communications through online surveillance; there were numerous reports that the regime monitored prodemocracy supporters" and that the military bought surveillance technology before its coup attempt.