# Exhibit N

SUBSCRIBE NOW FOR FULL ACCESS TO HAARETZ.COM    SUBSCRIBE

Q Search     **HAARETZ**    LOG IN    SUBSCRIBE NOW

**Israel News** | **National Security & Cyber**

# Myanmar Acquired Spyware From Israeli Cyber-intelligence Firm Cognyte, New Docs Reveal

## Israel halted defense exports to Myanmar in 2018 following the junta's brutal crackdown on the Rohingya minority. In 2020 Cognyte won a tender for an advanced system to spy on civilians

**Oded Yaron** Jan 15, 2023  🔔 **Follow**

          **Zen Read**



**Myanmar's junta chief Senior General Min Aung Hlaing presiding over the 75th annual Union Day, last week** Credit: STR - AFP

 **Listen to this article now**
**06:32**    🌐 **Powered by Trinity Audio**

Israeli company Cognyte, which is traded on the Nasdaq, won a tender by a Myanmar state-owned company to provide an

advanced cyber-intelligence system to be installed at the heart of the country's telecommunications network – in order to monitor and eavesdrop on users, documents obtained by the NGO Justice For Myanmar reveal.

Although the U.S. and the EU have imposed an arms embargo on Myanmar, Israel initially refused to stop selling weapons to the military junta that now openly controls the country. Exports and contacts with the regime continued even as Myanmar pursued genocidal policies towards its Rohingya minority in the years 2016-2017. Only following extensive media coverage and public pressure did Israel halt exports at the start of 2018.

- Advertisment -

The documents reveal plans by Myanmar's regime to install "lawful interception" tools on the networks of all the country's telecommunications providers. Such systems are used in many countries to provide police and enforcement agencies with tools to track citizens. They monitor network activity, doing everything from locating mobile devices to eavesdropping on conversation, hacking into devices, and extracting text and encrypted messages.

The documents show that Cognyte won a tender in December 2020 to supply a system to Myanmar Posts and Telecommunications, a state-owned company controlled by the country's Communications Ministry. The contract was awarded about a month before the junta seized power in a coup.

**National Security & Cyber exclusives straight to your inbox**

Email *    Sign Up

Please enter a valid email address

By signing up, I agree to Haaretz terms and conditions

**Fixed Data LIG.**

We already finished Tender and Approval process.

Selected Winner Vendor is Cognyte Technologies Israel [ Former Verint System Ltd - Israel].

PO has been issued to Vendor by 30ᵗʰ Dec 2020.

Total schedule target by end of May / Early Jun 2021.

**GLMC / SMLC (Real Time GPS positioning tracking for Target user).**

We need to understand MC side required interface standard and specification and expected capacity.

We will need to study technical feasibility on existing network equipment.

Dedicated additional equipment (may be third party equipment)

Process will require same as Fixed LIG.

PTD Target is end of Jun 2021.

**The MPT document stating Cognyte had won the tender**

Reporting on the status of Lawful Interception (LI) operation to Voice/Data/SMS and ISP of mobile communication operators

| Schedule for LI Project of Information Technology and Cyber Security Department | Operation status for the LI project by Myanma Posts and Telecommunications (MPT) | Operation status for LI project by Telenor Myanmar Limited (TML) | Operation status for LI project by Ooredoo Myanmar Limited (OML) | Operation status for the LI project by Telecom International Myanmar Company Limited (Mytel) |
|---|---|---|---|---|
| As operators in implementing the Lawful Interception System (LIS), the following steps are to be taken; | MPT could transfer HI-1, HI-2, HI-3 and GIS Integration & Testing to MC Team on (30-12-2020). | Telenor Myanmar Limited is cooperating with ITCSD for the LI project, but since the LI process is important for criminal investigation, it will be able to be carried out in accordance with license terms No. (9.3), and only after the legal provisions related to LI are enacted. | As Ooredoo Myanmar Limited, | As Telecom International Myanmar Company Limited (Mytel), |
| (a) Installation of transmission equipment of telecom operators and internet service providers (ISPs) in the LIS transmission room | Regarding Fixed Data LIG, Cognyte Technologies Israel [Former Verint System Ltd-Israel] was purchased on (30-12-2020) and is scheduled to be carried out in the first week of June. | | (A) Though Physical Fiber Connectivity, IP Connectivity from LI Gateway, 3 SIM testing, HI-1, HI-2, HI-3 interfacing and MTP2 (MGW) connectivity via E1 regarding Mobile Voice / Data / SMS have been completed in October, there is a need of vendors and technical experts for integration and final testing (data & voice) and which negotiations are still ongoing. | (A) Mobile Voice / Data / SMS required technical deployment and connection stages have been tested and LI for Mobile SMS and LI for Mobile Data will be completed by Dec 15, 2020 and Apr 2021 respectively. |
| (B) Connection of transmission line between telecom operators, internet service providers (ISPs) and LIS Transmission GE, FE, E1 equipment. | And, regarding GLMC /SMLC (Reak Time GPS positioning tracking for Target user), it is necessary to know standard specification expected capacity and connection. | | | (b) Regarding LI for ISP, the level of industrial deployment needed to make LI is still being prepared, and it is expected to test connection by the end of September 2021. |
| (C) Testing whether GE, FE, E1 connections between telecom operators, internet service providers (ISPs) and | All will be completed by the end of June 2021. | | (B) Regarding ISP (FTTH and DIA), it is necessary to upgrade their Broadband Remote Access Server (BRAS) system, and RFP Process Solution high level | (c) Regarding the Real Time Location Service, it is necessary for the Ministry to |

**An MPT document stating the Cognyte system had already been purchased**

While installation of the system was scheduled to be completed in June 2021, it is not clear whether it was delivered or if it is operational. Sources in Myanmar told Reuters that the government telecommunications company had tested the system.

– Advertisment –

A U.S. State Department report said the junta "regularly monitored private electronic communications through online surveillance; there were numerous reports that the regime monitored pro-democracy supporters … Before the coup, the military built an 'electronic warfare capability' and bought surveillance technology, including cell phone-hacking tools to monitor pro-democracy activists."

Cognyte did not respond to repeated requests for comment. Israel's Defense Ministry didn't respond to queries by Haaretz whether Cognyte had requested approval to enter the tender and sell equipment to Myanmar and whether the ministry had approved the sale.

Following disclosure of the documents testifying to the sale of the Israeli system, human rights lawyer Eitay Mack sent a letter to Israeli Attorney General Gali Baharav-Miara, in which he and dozens of other human rights activists called for a criminal investigation into Cognyte as well as the defense and foreign ministries for allegedly aiding and abetting crimes against humanity in Myanmar.

At the same time, the activists have also sent a letter to the Defense Ministry export-supervision arm, calling on it to cancel Cognyte's permit export and marketing licenses to Myanmar.

— Advertisement —