**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF OMAHA POLICE AND FIREFIGHTERS RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v s . <br><br> COGNYTE SOFTWARE LTD, ELAD SHARON and DAVID ABADI Defendants. | Civil Action No. 1:23-cv-01769 <br><br><br> CLASS ACTION |

**DECLARATION OF DEBORAH CLARK-WEINTRAUB IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

I, Deborah Clark-Weintraub, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am an attorney duly licensed to practice before this Court. I am a partner of the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for Lead Plaintiff City of Omaha Police and Firefighters Retirement System ("Lead Plaintiff") in the above-captioned action. I make this declaration in support of Lead Plaintiff's Opposition to Defendants' Motion to Dismiss. I have personal knowledge of the matters stated herein, and if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

Exhibit 1: June 17, 2022, Counsel on Ethics Recommendation to exclude Cognyte Software Ltd from investment by the Norwegian Government Pension Fund Global;

Exhibit 2: February 2021, Cognyte Code of Conduct;

Exhibit 3: January 15, 2023 Justice for Mynamar report on Israeli Surveillance Firm Cognyte's Business in Myanmar Exposed;

Exhibit 4:     July 1, 2021, Request for information by the Council on Ethics for the Norwegian government.

I declare under penalty of perjury that the foregoing is true and corrected.  Executed on this 16th day of January 2024.

s/ Deborah Clark-Weintraub
DEBORAH CLARK-WEINTRAUB