# EXHIBIT 2



**Cognyte**
Formerly a Verint company

# Cognyte
# Code of Conduct

## Ethics Promote Excellence

Revision 1.1, February 2021

Cognyte Formerly a Verint company

# Table of Contents

FROM THE DESK OF ELAD SHARON, COGNYTE'S CEO ...................................................... 1

INTRODUCTION ............................................................................................................ 2

WHAT DO WE BELIEVE? ................................................................................................ 3

HOW DO I MAKE LEGAL AND ETHICAL DECISIONS? ...................................................... 4

WHO MUST FOLLOW THE CODE? .................................................................................. 5

WHAT ARE YOUR RESPONSIBILITIES? ............................................................................ 6

WHOM SHOULD I CONTACT IF I HAVE A QUESTION OR CONCERN? ................................. 7

WE MAINTAIN AN INCLUSIVE, FAIR, AND HEALTHY WORK ENVIRONMENT. ................... 8

We treat each other with respect and act with integrity. ................................................. 8

We are committed to diversity and equal opportunity. ................................................... 8

We adhere to a policy prohibiting harassment and discrimination. .................................. 9

We prohibit workplace violence. ................................................................................... 9

We promote environmental health and workplace safety. ............................................... 9

We make accommodations for individuals with disabilities. ............................................ 9

We are committed to a drug-free workplace. ................................................................. 10

We limit non work-related activities during company time. ............................................. 10

We do not tolerate misconduct off the job that affects employee performance or Cognyte's legitimate business interests. ................................................................................................. 11

We protect Cognyte's assets and resources from misuse, abuse, destruction, or inappropriate disclosure ... 11

We use technology for legitimate business purposes. ..................................................... 12

We monitor the use of Cognyte's technology and electronic assets. ................................. 13

We protect Personal Information about our employees. ................................................... 14

We adhere to the Cognyte policies on email management. ............................................... 14

We protect Cognyte's intellectual property, and other assets. .......................................... 14

Password Use Policy ..................................................................................................... 15

Installation of Approved Software Only .......................................................................... 15

Back Up Data to Cognyte ............................................................................................... 15

Protect Your Laptop ...................................................................................................... 15

We protect Cognyte's operations from security breaches. ............................................... 15

If we leave Cognyte, we return Cognyte's property and do not retain Cognyte proprietary information. ...... 16

WE AVOID SITUATIONS THAT CREATE OR APPEAR TO CREATE A CONFLICT BETWEEN PERSONAL INTERESTS AND THE INTERESTS OF COGNYTE. .......................................................... 17

We avoid activities or relationships that might affect our objectivity. ............................... 17

Personal Conflicts of Interest ........................................................................................ 17

Employment Outside of Cognyte .................................................................................... 18

Investments and Interests in Other Businesses ............................................................... 18

Serving on Outside Boards, Committees, or Associations ................................................. 18

Political Conflicts of Interest .......................................................................................... 19

We obtain appropriate written permission to address conflicts of interests in some instances. ................... 19

We do not, directly, or indirectly, pay bribes, kickbacks, and other improper payments. ............... 19

We are careful in our relationships with departing and former employees. ................................. 20

**Cognyte** Formerly a Verint company

**WE DO NOT ALLOW GIFTS OR ENTERTAINMENT TO INFLUENCE DECISION MAKING.** ..................... 21

We understand that "favors, gifts, and entertainment" is defined broadly. ..................................... 21

We understand that there are differences between what may be appropriate with commercial companies and with governmental entities. ...................................................................................... 23

We follow Company guidelines when rewarding our employees. .................................................. 24

We maintain appropriate financial records regarding gifts and entertainment. ............................ 24

We only conduct raffles and giveaways in compliance with applicable laws. ................................ 24

We obey all laws and requirements when interacting with government officials. .......................... 25

We follow all rules for dealing with foreign officials. ................................................................... 25

We understand that it may be appropriate to return gifts in certain circumstances. ..................... 25

We are careful when giving gifts outside of the workplace. .......................................................... 25

We make sure that we understand the laws and customs of foreign countries. ............................ 25

**WE ARE ACCURATE AND ETHICAL WITH OUR FINANCES.** ........................................................... 27

We create accurate records. ........................................................................................................ 27

We promote transparent and complete financial disclosure. ....................................................... 28

We cooperate with our auditors. .................................................................................................. 28

We accurately report our expenses. ............................................................................................. 28

We retain documents in accordance with Company policies and applicable law. ......................... 29

We do not falsify or alter records. ................................................................................................ 29

We adhere to a *Financial Code of Conduct* specifically for our CEO, CFO, and Finance Department. ............. 30

We report audit and accounting concerns. ................................................................................... 31

**WE DISCLOSE OR SHARE COGNYTE INTELLECTUAL PROPERTY, PROPRIETARY INFORMATION, AND ASSETS *ONLY* WHEN AUTHORIZED AND *ONLY* IN COMPLIANCE WITH COGNYTE POLICY.** .............. 32

We safeguard Cognyte proprietary information and intellectual property. ................................... 32

Our obligation to protect Cognyte intellectual property, proprietary information, and assets continues, even if we leave our employment with Cognyte. ......................................................... 34

**WE PROTECT CUSTOMER AND PERSONAL INFORMATION.** ......................................................... 35

We protect Customer Information and communications. .............................................................. 35

We protect Personal Information. ................................................................................................. 35

Cognyte Privacy Principles ........................................................................................................ 36

We abide by applicable law and maintain Cognyte standards while on customer premises. .......... 36

We keep our facilities, IT systems, and products secure. ............................................................. 36

**WE DO NOT SPEAK ON BEHALF OF COGNYTE UNLESS AUTHORIZED.** ......................................... 37

We follow guidelines regarding communications with the press, media, analysts, or other third parties. ...... 37

Guidelines for Communications Outside of Cognyte ................................................................... 38

**WE MAINTAIN ETHICAL SALES PRACTICES.** ............................................................................... 39

We ensure that all charges are accurate and properly billed with respect to our customer contracts. .......... 39

We adhere to laws that apply when a government is our customer. .............................................. 39

We hold our partners, resellers, and agents to high standards. ................................................... 39

We do not engage in anti-competitive practices, and we generally do not share confidential information with competitors. ......................................................................................................................... 40

Agreements with Competitors .................................................................................................... 40

Dealing with Customers .............................................................................................................. 40

We do not obtain competitive information through improper means. ........................................... 41

**Cognyte** Formerly a Verint company

We follow the Cognyte contracting approval process. ......................................................................... 41

We adhere to applicable laws when making any payments in foreign countries or to foreign officials. ......... 41

    Facilitating Payments ...................................................................................................... 42

    Payments to Contractors ................................................................................................. 42

    Record Keeping ............................................................................................................... 42

**AS A GLOBAL COMPANY AND GOOD CORPORATE CITIZEN, COGNYTE COMPLIES WITH THE LAW IN THE JURISDICTIONS IN WHICH WE OPERATE. .............................................................................. 44**

We understand that the Code is not exhaustive, and we must be mindful of the laws where we do business. ................................................................................................................................................ 44

We understand that economic sanctions and embargoes may restrict us from doing business with certain countries and groups throughout the world. ..................................................................................... 45

We understand that our products are subject to certain US and non-US export laws and regulations. ......... 45

We understand that we may only trade in Cognyte securities in compliance with insider trading laws and Cognyte's insider trading policy. ...................................................................................................... 46

We use Cognyte's approved, automated shipping systems to comply with Customs laws, regulations, and policies for international shipments. ..................................................................................................... 46

We protect our legal rights. .............................................................................................................. 46



# From the Desk of Elad Sharon, Cognyte's CEO

**Dear Fellow Cognyte Employees,**

I am pleased to announce the introduction of our new Code of Conduct. This is another important step in our effort to educate employees on Cognyte's culture and provide answers to many questions naturally arising from the daily operating of our business. No matter where in the world we work, we are all united by a culture built upon the values of Integrity, Transparency, Humility, Innovation and Passion. Part of being an ethical employee includes informing yourself regarding what is expected of you in a given situation, including knowing how to ask questions when in doubt. Part of being an ethical company is making sure that each employee is informed about what is expected of him or her and providing resources to support ethical decision making and business practices.

In that regard, each of us is responsible to understand and be familiar with the Cognyte Code of Conduct. This is a powerful tool, informing you about: our policies and procedures; how to make good decisions; and what is expected of each of us in the performance of our jobs. You should refer to the Code frequently, particularly when you are unsure about what to do in a particular situation or when you have a concern that the Code (or another Cognyte policy or procedure) is being violated. The Code provides you guidance about how to do this, but simply said: You can always speak to your supervisor, the Legal Department, the HR Department, or our Hotline.

At Cognyte, our people are our most valuable asset. Central to our culture and values is that we all do our jobs and pursue our business objectives in an ethical manner. Specifically, as a customer-centric business focused on creating value for our stakeholders by delivering superior products, services, and support to our customers, we understand that behaving ethically is inextricably linked to our success. Living by the Code and demonstrating our core values and beliefs to all stakeholders is a tremendous competitive tool that will help us maintain the respect and long-term partnerships on which we thrive.

Thank you for your continued commitment to creating value for our customers in a manner consistent with our values.

Sincerely,

**Elad Sharon, CEO**

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.



# Introduction

Cognyte® is firmly committed to conducting its business in an ethical manner. Cognyte believes that ethical behavior is a key element in promoting the best interests of our stakeholders, including shareholders, employees, customers, and partners.

This *Cognyte Code of Conduct* (the "Code") is a key tool for you to fulfill your role in helping Cognyte behave ethically and legally and is intended to be easy to understand, provide guidance on many important matters, offer practical examples of common ethics issues and guidance, and tell you how to report issues or get answers to your Code-related questions.

The Code is not exhaustive. That means there are important Cognyte policies, as well as ethics and compliance matters, not discussed here. The Code is an important resource and a good starting point for your ethics and compliance questions, but it is not your only source of information regarding Cognyte policies or ethics and compliance information. The Code cannot address every situation that you may face, so you need to exercise good judgment, which includes asking for help when you are not sure. The absence of specific guidance in the Code or otherwise should not be considered permission to engage in activity that may be questionable either ethically or legally; Cognyte expects all employees to embrace the spirit of this Code, which is to behave ethically and legally first and foremost.

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.

# What do we believe?

Cognyte believes that behaving ethically is an important expectation and objective in and of itself and that ethical behavior also improves our business performance. Ethical behavior by our employees enhances confidence in Cognyte as a vendor, employer, partner, and corporate citizen and is essential to increasing shareholder value. As a result, you are expected to act in a way that enhances our reputation and standing with our customers and vendors and in the communities in which we do business.

At Cognyte, we expect all of  our employees and board of director members to act ethically and honestly in good faith and to comply with the law, while avoiding the appearance of impropriety or conflicts of interest.

In this regard, it is essential that we treat each other and everyone with whom we do business fairly and respectfully.

We believe that lasting business relationships are built on trust, and that trust is built on business practices reflecting transparency and integrity and conducted in good faith. This Code is both reflective of that belief and a tool for advancing that belief.

The Code promotes:

+ Full, fair, accurate, timely, and understandable disclosure in reports and documents that we file with, or submit to, government agencies and in other public communications.

+ The protection of our intellectual property and confidential and proprietary information, as well as that of our customers, employees, partners, vendors, and contractors

+ Adherence to governmental laws, rules, and regulations.

+ Ethical conduct, including the proper handling of conflicts of interest.

+ Prompt internal reporting and resolution of violations and potential violations of the Code.

+ Holding all of our employees accountable for complying with the Code

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.

**Cognyte** Formerly a Verint company

# How do I make legal and ethical decisions?



**Is this illegal?**

**Does this violate any Cognyte policies?**

**Is this consistent with Cognyte's values?**

**Would I be embarrassed if others knew about this?**

## A Decision Tree

A key function of the Code is to provide a framework for making ethical decisions. Before making a decision, ask yourself the questions in the decision tree to the left.

### If you answer YES

If your answer to any of the decision tree questions is **Yes**, you must not take the action in question or, at a minimum, seek additional guidance.

If someone has asked you to take an action for which you have answered **Yes** to any of these questions, see  later in this document.

### If you answer I'M NOT SURE

If your answer to any of the decision tree questions is **I'm not sure**, see *Error! Reference source not found.* later in this document.

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.

**Cognyte** Formerly a Verint company

# Who must follow the code?

The Code applies to all Cognyte employees and board members. For purposes of the Code, the term *Cognyte employees* includes any employee of Cognyte technologies Ltd. or any subsidiary of Cognyte Technologies Ltd.  no matter where in the world they are located. We also ask that consultants who represent the Company be familiar with the Code and conduct themselves in accordance with our principles, as outlined in the Code.

We also seek to do business with others who share similar values and act on them.

Our employees must certify each year that they have complied with the Code and that they are not aware of Code violations by others. In addition, employees may be expected to provide additional certifications on matters related to their specific job responsibilities, including (but not limited to):

+ Global Anti-Corruption laws, including the Foreign Corrupt Practices Act ("FCPA")

+ Information Security

+ Sarbanes Oxley and internal controls

+ Insider trading

+ Confidential and proprietary information

+ Compliance with Cognyte policies



**You should become thoroughly familiar with this Code of Conduct to ensure that it underlies all your interactions related to Cognyte**.

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.



# What are your responsibilities?

You are obligated to help fulfill Cognyte's commitment to lawful and ethical business conduct.

That means you should:

+ Have a thorough understanding of the Code, as well as any legal requirements and Cognyte policies referred to in the Code.

+ Be receptive to any questions and concerns brought to your attention regarding proper and ethical behavior, and work to ensure that questions are answered, and concerns are addressed.

+ Be an example to your direct reports in the way you conduct yourself, and regularly emphasize to them your expectation that they must be committed to legal and ethical behavior.

+ Seek advice from your supervisor or a member of the Legal or Human Resources Department when you are in doubt about the best course of action in a particular situation or have questions about the Code.

+ Report as quickly as possible any situation that you believe may be a possible violation of law, the Code, or Cognyte policy.

+ Escalate any concern you raise that you do not think has been addressed satisfactorily. Escalation avenues are discussed in the next section, *whom should I contact if I have a question or concern?*

+ Cooperate fully in any company investigation related to possible violations of the law, the Code, or any Cognyte policy, and maintain the confidentiality of that investigation.

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.



# Whom should I contact if I have a question or concern?

Consistent with the Cognyte values of transparency and integrity, you have a responsibility to promptly report any situation that you reasonably believe may violate the Code or any other Cognyte policy or law applicable to Cognyte. Also, employees must use their common sense. If a situation does not feel "right," they should seek guidance on that, as well.

We want our employees to feel comfortable raising any concerns — confident that what they report will be taken seriously and addressed promptly and will not result in any retaliatory or detrimental action.

To this end, there are a number of people to whom employees can report concerns, including:

+ Your Supervisor

+ Your Local or Global Human Resources Contact

+ Your Local or Global Legal/Compliance Department Contact

+ Another Member of Senior Management

**Reaching Cognyte's Ethics Hotline:**

**https://secure.ethicspoint.eu/domain/media/en/gui/107748/index.html**

Employees who are uncomfortable reporting any violation using the above resources may report violations of the Code using the Cognyte Ethics Hotline. This hotline provides an alternative channel for employees to communicate concerns confidentially and, where permitted by local law, anonymously. The Employee's concern will be forwarded to selected members of the Corporate Responsibility team or directly to the Audit Committee of Cognyte's Board of Directors.

**Please familiarize yourself with the Code in its entirety to ensure that it underlies all your daily interactions related to Cognyte.**

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.

**Cognyte** Formerly a Verint company

# We maintain an inclusive, fair, and healthy work environment.

## We treat each other with respect and act with integrity.

Two key components of our success are a diverse, productive work environment that is free from unlawful discrimination and harassment and our commitment to fair and honest dealings in all of our transactions. We are committed to creating such an environment because it brings out the full potential in each of us, which in turn contributes directly to our success.

Maintaining an inclusive, fair, and healthy work environment reflects our belief that we do not take success or each other for granted.

Cognyte is committed to providing a workplace that is free from known safety and health hazards and a work environment free from discrimination and unlawful harassment.



**We are committed to maintaining an inclusive, fair, and healthy work environment that brings out the full potential in each of us.**

## We are committed to diversity and equal opportunity.

As an international company, we are committed to attracting and retaining a highly qualified, diverse, and dedicated work force. We strive to embrace differences and cultivate an inclusive organization that reflects our marketplace and leverages the diversity of employees, customers, suppliers, and community partners. We are proud of our diversity, and we respect each other's cultural differences.

In all employment processes, including recruiting, hiring, developing, and promoting employees, decisions are made without regard to any characteristic protected by applicable law, such as sex, race, color, national origin, ancestry, citizenship, religion, age, physical or mental disability, medical condition, sexual orientation, gender identity, veteran status, or marital status. We are passionate about preserving our positive culture and ensuring that each individual is treated with respect and dignity as a valued member of the Cognyte team.

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.



# We adhere to a policy prohibiting harassment and discrimination.

Harassment can take many forms, including offensive remarks, unwelcome advances, requests for sexual favors, jokes, and ethnic, racist, or sexual slurs.

Cognyte has a policy of "zero tolerance" for unlawful discrimination, sexual harassment, or other unlawful harassment based on any characteristic protected by applicable law, such as age, race, color, national origin, religion, gender, sexual orientation, or disability. Harassment may include, but is not limited to, racist, sexist, or ethnic comments, jokes, gestures, or any action or statement that creates an intimidating, hostile, or offensive work environment based on a legally protected characteristic.

# We prohibit workplace violence.

We want to foster the kind of environment in which people feel safe and are treated with courtesy and professionalism at all times. We all deserve to work in an environment that is free from violence or hostility. Cognyte will not tolerate any threatening, hostile, or abusive behavior by employees in the workplace or on Company business or by any persons on Company property. We will take immediate and appropriate action against offenders, up to and including termination and referral for criminal prosecution.

You must immediately report any acts or threats of violence towards another person or Company property. If you are the victim of workplace violence, please contact the Human Resources Department immediately.

# We promote environmental health and workplace safety.

Cognyte is committed to providing a safe work environment for all employees and complying with applicable environmental laws and regulations that govern workplace health and safety. You must immediately report to your supervisor or local facilities manager all unsafe conditions or work-related injuries, work-related illnesses, and work-related accidents.

# We make accommodations for individuals with disabilities.

We are committed to working with, and providing reasonable accommodations for, employees and applicants with physical or mental disabilities, consistent with applicable law.

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.

Cognyte Formerly a Verint company

# We are committed to a drug-free workplace.

Cognyte is committed to maintaining a safe and drug-free environment for all of its employees. While on Company time, Company premises (or a customer's premises), or Company business, you may never use, transfer, sell, manufacture, or possess illegal drugs (which include any controlled substances that have not been prescribed for you by your doctor) or drug paraphernalia. You may not report to work under the influence of any illegal drug; this prohibition includes showing signs of having taken an illegal drug and drug testing results that demonstrate you have used an illegal drug.

Except where you have obtained prior approval from your local Human Resources Department or Legal Department, you may not serve, drink, be under the influence of or possess alcohol on Cognyte premises or a customer's or partner's premises, including in Company vehicles. While otherwise offsite and on Company business, you must exercise good judgment if consuming alcohol and always obey the law. If properly authorized, alcohol may be served at certain Cognyte functions or at external events at which you are representing Cognyte. However, alcohol consumption at any such event is completely voluntary, should always be in moderation, and should never be in a manner that embarrasses or harms you or Cognyte or violates applicable law.



**We work to foster the kind of environment in which people feel safe and are always treated with courtesy and professionalism**.

Cognyte reserves the right, consistent with applicable law, to require employees in certain customer-facing positions and/or site assignments, or other positions that may bear on Cognyte's reputation, to be tested for drugs or alcohol periodically to meet our customers' requirements or other business needs. Contact your local Human Resources Department and the Cognyte Alcohol and Drug Free Workplace Policy for further information.

# We limit non work-related activities during company time.

Employees must limit any activities of a personal nature while on Cognyte premises or during Company time to avoid impacting job performance and, when required, obtain the approval of their supervisor. Such activities as solicitation and fundraising, unless authorized or promoted by the Company, are prohibited during Company time. Contact the Human Resources Department for guidance as to whether a particular action is permitted. In addition, you may never use Company assets to support a personal business, consulting effort, outside fundraising activity, or political activity (such as lobbying).

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.



Non-employees may not engage in solicitation or distribution of literature on Company premises. The only exception to this policy is if the Company has authorized communications related to benefits/services made available to employees by the Company, Company-sponsored charitable organizations, or other Company-sponsored events or activities, or except as otherwise expressly permitted. To determine whether a particular activity is authorized by the Company, contact the Human Resources Department.

**When in doubt about the best course of action or when we have questions about the Code, we seek advice from our supervisor, Legal, or the Human Resources Department.**

# We do not tolerate misconduct off the job that affects employee performance or Cognyte's legitimate business interests.

Generally, except as otherwise required by law, what you do during off-duty hours is not of concern to Cognyte. However, we do not tolerate misconduct off the job that affects your performance, that of other employees, or Cognyte's legitimate business interests. If your off-the-job conduct or behavior during off-duty hours adversely affects Cognyte's reputation or business interests or your job performance, then disciplinary action, including termination, may be considered.

You must advise the Human Resources Department if you are arrested for or convicted of any criminal offense during your employment with Cognyte.

# We protect Cognyte's assets and resources from misuse, abuse, destruction, or inappropriate disclosure.

We each have a personal responsibility to protect Cognyte assets from misuse, abuse, destruction, inappropriate disclosure, and misappropriation. Cognyte assets include:

+   Tangible assets, such as facilities, money, equipment, and information technology systems

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.

+ Intangible assets, such as Cognyte intellectual property, patents, trade secrets, invention disclosures, trademarks, copyrights, business, technical and Customer Information, computer programs, and business and manufacturing know-how and processes

Cognyte's assets may be used only for Cognyte business purposes and such other purposes that are specifically approved by Cognyte management. Without express prior written permission, you must not transfer title, remove, dispose of, or destroy anything of value belonging to Cognyte, including physical items, electronic information, and intellectual property. We expect that all employees and those acting on behalf of Cognyte act responsibly and use good judgment to conserve and safeguard Cognyte's resources and assets.

Cognyte has various policies regarding the use of Cognyte's technology resources, Cognyte's intellectual property, third-party intellectual property, and the like. These include, but are not limited to, the:

+ Global Information Security End User Policy

+ Proprietary Information and Intellectual Property Policy

+ Free or Open Source and Third Party Software Policy

+ Global Information Security Policy

+ Global Signature Authority Policy and Guidelines

+ Global Information Security Policy

+ Global Signature Authority Policy and Guidelines



Please refer to these policies, in addition to the important information in the Code, including the section, We disclose or share Cognyte intellectual property, proprietary information, and assets only when authorized and only in compliance with Cognyte policy.

We use email, phone, fax, and the Internet responsibly. We protect Cognyte assets from misuse and inappropriate disclosure.

# We use technology for legitimate business purposes.

Cognyte provides various technology resources to assist you in performing your job duties for Cognyte. The GISP 2000 – Global Information Security End User Policy sets forth the appropriate uses for Cognyte's technology resources. Remember, Cognyte's technology resources are to be used by employees only for the purpose of conducting Cognyte business. Incidental personal use is permissible as long as such use does not interfere with your duties, is not for financial/monetary gain, does not conflict with Cognyte's business, and does not violate any Cognyte policy or applicable law. Consult the Cognyte Technology Use Policy for specific rules regarding use of Cognyte technology resources.

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.



We use email, phone, fax, and the Internet responsibly. Occasional use of Cognyte assets for personal reasons is permitted, as long as it does not compromise Cognyte's interests or adversely affect job performance, including your performance or that of your co-workers. Be conscientious and responsible. Do not access, distribute, download, or upload material that is prohibited by law, negatively reflects on Cognyte, or potentially compromises the security of Cognyte's network or intellectual property.

Examples of inappropriate use of Internet and email include, but are not limited to:

+ Pornographic, obscene, offensive, harassing, or discriminatory content

+ Chain letters, pyramid schemes, or commercial ventures

+ Distribution of religious materials or unauthorized mass distributions

+ Gambling

+ Large or excessive numbers of personal files

+ Violation of others' intellectual property and/or copyrights, including downloading or sharing software, music, videos, or movies subject to copyright

+ Malicious software or instructions for compromising Cognyte's security and intellectual property, including unauthorized third-party software (e.g., as free or open-source software)

+ Use of social networks, such as YouTube, MySpace or Facebook, in a manner that reflects poorly on Cognyte or compromises, posts, or distributes Cognyte proprietary or confidential information. Cognyte-related material should not be disclosed, uploaded, or shared on any of these sites or similar Internet sites, including blogs and message boards.

+ Forwarding Company-related emails to personal email boxes for purposes other than those consistent with your job duties

# We monitor the use of Cognyte's technology and electronic assets.

In order to protect Company assets, provide excellent service, and ensure a safe workplace, it may be necessary for the Company to monitor employees' use of our systems. As permitted by applicable law, Cognyte reserves the right to inspect, monitor, and record the use of all Cognyte property, vehicles, systems and facilities — with or without notice — and to search any and all Cognyte property at any time and any personal property (including vehicles) on Company premises.

If you store personal data on Cognyte's IT assets, Cognyte has the right to access that data as applicable law may permit, and you should not assume that such data will remain private. It is your responsibility not to place onto Cognyte's IT assets any data that you wish to remain private and fully under your control, in accordance with applicable data privacy requirements and laws. Remember, Cognyte assets are maintained and provided for Cognyte business use. As a Cognyte employee, you

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.



are allowed limited personal use of telephones and computers. Excessive personal use of Cognyte assets is not allowed, and you may be required to remit payment for excessive personal use of Cognyte assets. In addition, you must use Company assets in accordance with any guidelines, policies, or procedures implemented by Cognyte regarding their use. Applicable guidelines, policies, and procedures are posted on the Corporate Portal.

Unless you receive prior approval from the Legal Department, you may never record or videotape any customer, business provider, competitor, supplier, vendor, or employee without that person's knowledge and approval.

## We protect Personal Information about our employees.

Cognyte acquires and retains Personal Information (as defined in the section, *We protect Customer and Personal Information*) about its employees in the normal course of operations, such as for employee identification purposes, management of our systems and business, and provision of employee benefits. Individuals and the Cognyte IT Department take appropriate steps to protect employees' Personal Information.

You must never access, obtain, or disclose another employee's Personal Information to persons inside or outside of Cognyte unless you have proper approval and are acting for legitimate business purposes and in accordance with applicable laws and Company policies.

## We adhere to the Cognyte policies on email management.

We have policies in place to help us effectively and efficiently manage our email system, so that we are compliant with legal and business requirements.

The Legal Department may request that certain records, including email, be placed on a Legal Hold, consistent with applicable law. In such cases, the record must be retained and made available to the Corporate, Legal and Audit, or Tax Department whose members may be located wherever Cognyte does business, as requested.

## We protect Cognyte's intellectual property, and other assets.

Cognyte sells products and services, licenses software, and takes a variety of other steps to protect its intellectual property, as discussed in the Code section. We disclose or share Cognyte intellectual property, proprietary information, and assets only when authorized and only in compliance with Cognyte policy.

You must have all contracts reviewed and approved by the Sales, Finance, and Legal teams in accordance with applicable approval policies, and such contracts may only be executed in accordance with the Global Signature Authority Policy and Guidelines. Cognyte has developed the **GISP 1000 –**

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.



Global Information Security Policy, the **GISP 2000 –** Global Information Security End User Policy, and other policies to protect our electronic information systems and minimize risk of information loss. We expect every employee to know and comply with these policies as they relate to the use of computing resources, password protection, remote access, and network and wireless use.

## Password Use Policy

Cognyte has a password policy that identifies when and how passwords are to be established and how they are to be maintained and changed. Passwords must meet certain defined parameters. You must report immediately to the IT Department if your password has been compromised. Refer to the **GISP 2000 –** Global Information Security End User Policy for more information.

## Installation of Approved Software Only

Only IT-approved software may be installed on Cognyte computer equipment.

We respect the intellectual property rights of third parties. Only approved and properly licensed software is to be used on Company systems, and its use is subject to the applicable software owner's license agreements. Conversely, you should not uninstall software that has been installed by IT without IT approval.

## Back Up Data to Cognyte

You must ensure that your computer and hard drive are properly backed up to Cognyte's network.

## Protect Your Laptop

Your laptop is a valuable Company asset, as is the data contained on that laptop. You should ensure that the laptop is secured or under your control at all times and that data on the laptop is backed up regularly, and you must report immediately if your laptop has been compromised.

## We protect Cognyte's operations from security breaches.

In order to protect our customers and ourselves and maintain the quality and superiority of our products, we protect Cognyte's operations from security breaches. We believe that the quality of our products and services is key to our success. Maintaining the quality of our products includes taking all appropriate precautions to protect Cognyte's systems and premises from security breaches. You must adhere to the local security protocols and procedures for each Cognyte facility. Do not leave visitors unescorted or sensitive areas unattended or unlocked. When on Cognyte property (or, if appropriate, while on Cognyte business), wear your identification badge and request identification from others whom you do not recognize. Immediately report any lost or stolen building access badges to the Facilities Department. Most importantly, you must report all suspicious activity immediately, whether

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.



a suspected breach of Cognyte's network security systems or unauthorized activity on a Cognyte premises, to the appropriate Cognyte supervisor.  See the Cognyte Data Breach Reporting Policy (for End User).

# If we leave Cognyte, we return Cognyte's property and do not retain Cognyte proprietary information.

If you leave your employment with Cognyte for any reason, you must return all Cognyte property, including laptop computers, Blackberry devices, cell phones, and documents or other media that contain Cognyte proprietary information and intellectual property. Following your departure, you may not retain, copy, share, disclose, or use Cognyte proprietary information and intellectual property, including Cognyte confidential and trade secret information, for any reason.

You must ensure that Cognyte legally owns any intellectual property created by you in connection with your employment. Therefore, you are obligated to execute assignments and other documents, as necessary, to perfect Cognyte's title in all intellectual property created or reduced to practice (e.g., the embodiment of a concept) while under the employment of Cognyte or using Cognyte information, materials, and property.

Cognyte will take every step necessary, including legal measures, to protect its rights and assets.

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.

Cognyte Formerly a Verint company

# We avoid situations that create or appear to create a conflict between personal interests and the interests of Cognyte.

In accordance with the Cognyte value of integrity, you are expected to make business decisions based on the best interests of Cognyte. You must exercise good judgment, due care, and the highest ethical standards in all of your activities on behalf of Cognyte and in any personal activities that may affect Cognyte. At all times you must ensure that Cognyte's interests are not harmed (or appear to be harmed) from a conflict between Cognyte's interests and any or your personal or business interests.

Avoiding conflicts of interest means avoiding situations that create or appear to create a conflict between personal and Company interests. When faced with business situations that you are not sure how to appropriately handle, ask yourself what is right for Cognyte.

## We avoid activities or relationships that might affect our objectivity.

A conflict of interest may exist when you or a member of your family is involved in an activity that could affect your objectivity in making decisions as a Cognyte employee. Conflicts of interest arise when you or a member of your family uses your position for personal gain. It is important to remember that, although you may have the best of intentions, even the appearance of a conflict of interest must be avoided. Common conflicts of interest include but are not necessarily limited to the following.



**If we are unsure how to handle a business situation, we think about what is right for Cognyte.**

## Personal Conflicts of Interest

If you are a full- or part-time employee, you must first obtain the written permission of the Chief Compliance Officer before (with or without compensation) being employed (or self-employed), consulting with, owning, performing services or aiding in any way an organization that is related to Cognyte in the following ways:

+ Vendor

+ Supplier

+ Contractor

+ Subcontractor

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.



- Competitor
- Business is in the same lines of business as Cognyte.
- Business is in a line of business that Cognyte is actively seeking to enter.

You may not supervise someone with whom you share a close personal relationship, such as anyone in your family or household, someone with whom you currently have or previously have had a romantic relationship, or someone with whom you have a similarly close personal relationship.

You may not participate in the selection process for a company that does business with Cognyte if that company employs someone with whom you have such a close personal relationship or if you are otherwise affiliated with that company. Under those circumstances, you may also not supervise Cognyte's relationship with that company.

If you supervise someone, even indirectly, with whom you have one of the relationships described above, or if you have such a relationship with a company or an employee of a company that does business with Cognyte, you must disclose the relationship as soon as you become aware of that company's relationship with Cognyte. Contact the Chief Compliance Officer to report a conflict of interest or potential conflict of interest.

## Employment Outside of Cognyte

You are expected to devote your full time and attention to Cognyte's work during regular business hours and for whatever additional time may be required. Cognyte employees may not accept outside employment that may create an actual conflict of interest or the appearance of a conflict of interest (see the prior section on personal conflicts of interest) or that otherwise interferes with an employee's work for Cognyte.

## Investments and Interests in Other Businesses

You must avoid any investment, interest, or association that interferes, might interfere, or might be thought to interfere with the independent exercise of judgment in Cognyte's best interest. Any potential conflicts of interests must be reported immediately to the Legal Department.

## Serving on Outside Boards, Committees, or Associations

Many employees participate in outside non-profit organizations, such as local school boards or homeowners' associations. Membership in these associations can cause conflicts if and when you make decisions regarding Cognyte or its products. If you are a member of an outside organization, unless you are serving in accordance with applicable law, you must remove yourself from discussing or voting on any matter that involves the interests of the Company or its competitors. You must obtain approval from the Chief Compliance Officer prior to serving on a board or committee of a public company or any company that is a competitor, supplier, or vendor or that may otherwise adversely

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.

Cognyte Formerly a Verint company

affect a legitimate interest of Cognyte. You must obtain approval from the Chief Compliance Officer prior to acting as a representative of Cognyte on any board or committee of any outside organization.

## Political Conflicts of Interest

Cognyte neither encourages nor discourages its employees' participation in the political process. It is your responsibility to comply fully with all laws and regulations related to political contributions and interaction with government officials, including lobbying.

Your personal political contributions and activities must be kept separate from the Company. If you make political contributions, you may not refer in any way to your employment or use the Company's assets, including its name, in connection with your contributions, unless required to do so by law.



In all instances where an actual conflict of interest or an appearance of a conflict of interest exists, you must disclose the nature of the conflict to the Legal Department for interpretation and resolution.

**Avoiding conflicts of interest means avoiding situations that *create or appear to create* a conflict between personal and Company interests.**

## We obtain appropriate written permission to address conflicts of interests in some instances.

You must immediately notify the Chief Compliance Officer if a member of your immediate family enters into any kind of employment, business, ownership, or consulting relationship with a Cognyte vendor, supplier, or customer where such relationship may cause a conflict of interest. This is simply a precaution to help ensure that Cognyte employees avoid conducting Cognyte business with members of their families or others with whom they have a significant personal relationship unless they have disclosed such relationship to the Company.

## We do not, directly, or indirectly, pay bribes, kickbacks, and other improper payments.

Bribes, kickbacks, payoffs, and similar payments are unethical and illegal and in direct conflict with the values of the Company.

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.

**Cognyte** Formerly a Verint company

You are not permitted to make or authorize any offer, payment, promise, or gift that is intended or appears to influence any person or entity to award business opportunities to the Company or to make a business decision in Cognyte's favor.

You are not permitted to accept any offer, payment, promise, or gift from a third party that is intended or appears to influence the Company to award business opportunities to that third party or to make business decisions in that party's favor.

# We are careful in our relationships with departing and former employees.

You may not provide Cognyte non-public, proprietary, or confidential information to former employees unless the appropriate confidentiality obligations are in place and approved by the Legal Department. If a former employee solicits this information from you, you must notify the Legal Department immediately.

You may not rehire a former employee or engage that employee as an independent contractor or agent for Cognyte unless you have obtained approval from the Human Resources Department.

You may not purchase products or services on Cognyte's behalf from a former employee unless you have disclosed it to the Legal Department, and it is in compliance with Cognyte's policies regarding requisitions and incurrence of expenses.

Certain former employees may have information from which they or their new employer can unfairly benefit. If you suspect this is the case, you should consult with the Legal Department.

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.

Cognyte Formerly a Verint company

# We do not allow gifts or entertainment to influence decision making.

Cognyte competes on the merit of its products and services and not through gifts, entertainment, or other business courtesies. In appropriate circumstances, business gifts and entertainment can build goodwill, but they can also create the perception of a conflict of interest that can undermine the integrity of these relationships. Therefore, you must follow all applicable laws and Company rules and procedures in this regard. Failure to follow these provisions can harm Cognyte's reputation or result in fines or criminal penalties. In all cases, use good judgment and, when in doubt, ask your supervisor or consult with the Legal Department.

As a general rule, giving and receiving gifts and entertainment should only be done as part of extending a business courtesy and not for influencing a business decision.

## We understand that "favors, gifts, and entertainment" is defined broadly.

"Favors, gifts, and entertainment" means anything of value, including promotional trinkets, food, beverages, and tickets to cultural or sporting events that you or someone in your family or household or a person with whom you have a close personal relationship either gives or receives.



It can include meals, lodging, discounts, loans, cash, services, equipment, prizes, products, transportation, use of vehicles or vacation facilities, home improvements, tickets, gift cards, certificates, and favorable terms on a product or service. It can also include stocks or other securities, including an opportunity to buy "direct shares" (also called "friends and family shares") in any company with a connection to Cognyte. These are just examples; the list of potential favors, gifts, and entertainments of value is impossible to specify in advance.

**We give or receive gifts and entertainment only as a business courtesy and not to influence business decisions.**

Entertainment includes meals and cultural or sporting events that you attend with a customer or business provider. If you do not attend the event with the customer or business provider, the tickets to such an event are not entertainment, but rather gifts, which are subject to the gift restrictions in this Code.

Whether a gift or entertainment is appropriate can depend on a variety of facts and circumstances, as

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.



described below. When in doubt or if you are unsure as to whether something is appropriate, contact your supervisor or the Human Resources Department.

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.



# We understand that there are differences between what may be appropriate with commercial companies and with governmental entities.

The occasional exchange of favors, gifts, or entertainment of nominal value with employees of a nongovernmental entity is acceptable, unless the recipient's employer forbids the practice. If you are unsure whether an entity is government owned, contact your regional Legal Department. Remember, any courtesy you extend must always comply with Cognyte policies and the policies of the recipient's organization; those with whom we do business should understand our policy, as well.



**We check with our supervisor or Human Resources Department when unsure whether a gift is appropriate or too costly to give or accept.**

Favors, gifts, and entertainment offered to or accepted by you or your family members fall into three categories:

**Acceptable.** The following describes what is considered generally acceptable and requires no approval:

+ Favors or gifts with a nominal market value and, if multiple gifts from a single source, a nominal aggregate value.

+ Occasional meals with a business associate that follow the Cognyte Global Travel and Entertainment Policy **.**

+ Occasional entertainment (for example, attendance at sports, theatre, or other cultural events) valued at a modest value and with a related business purpose. It is not permissible to accept entertainment gifts that you are not attending with a member of the giver's organization unless the entertainment is of a modest value and the gift was made in furtherance of the mutual general business relationship.

**Inappropriate.** Some types of favors, gifts, or entertainment are simply wrong, either in fact or appearance, and are never permissible. You and members of your immediate family may never:

+ Offer or accept favors, gifts, or entertainment that would be illegal.

+ Offer or accept cash or cash equivalent, including loans, stock, stock options, bank checks, travelers' checks, money orders, investments securities, or negotiable instruments. Gift cards may be appropriate if they are for a nominal amount.

+ Offer or accept gifts or entertainment that is unrelated to business discussions during a tender or competitive bidding process.

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.

**Cognyte** Formerly a Verint company

+ Incur an expense on behalf of a customer, vendor, or supplier that is not recorded properly within Cognyte's accounting records.

+ Offer, accept, or request anything, regardless of value, as part of an agreement to do anything in return for favors, gifts, or entertainment.

+ Use your own money or resources to pay for favors, gifts, or entertainment for a customer, vendor, or supplier.

+ Offer, accept, or participate in favors, gifts, or entertainment that would otherwise violate our commitment to diversity and mutual respect.

**Questionable.** Ask your supervisor, the Legal Department, or the Human Resources Department for guidance on anything that does not fall into the Acceptable or Inappropriate categories or if you are unsure that the dollar value is appropriate.

# We follow Company guidelines when rewarding our employees.

Recognition and Company awards for employees (other than bonuses or other bona fide compensatory payments) may be awarded only via HR-approved reward and recognition programs.

# We maintain appropriate financial records regarding gifts and entertainment.

The appearance of influence must always be considered when accepting any business courtesy, such as a gift or entertainment, regardless of value. For any type of business courtesy, you may never use your own money or resources to do something that is prohibited with Cognyte's resources. In addition, when you offer gifts or provide entertainment to others consistent with this Code, you must also ensure that these courtesies are properly reflected on Cognyte's books and records.

Because of tax and other legal reporting rules, it is essential that you accurately report expenditures for favors, gifts, or entertainment that you give to customers as part of your Cognyte employment, and that you follow the **Cognyte Global Travel and Entertainment Policy**, as well. Reports should accurately state the purpose of the expenditures, the identities of the individuals receiving the favors, gifts, or entertainment, and whether such individuals are public sector officials or employees.

# We only conduct raffles and giveaways in compliance with applicable laws.

Raffles and giveaways that are fair, nondiscriminatory, and conducted in a public forum for all to see and understand are typically permitted but must be reviewed and approved by the Legal Department in advance.

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.

# We obey all laws and requirements when interacting with government officials.

It is important to remember that special rules apply to government officials. Laws, rules and regulations concerning appropriate gifts and entertainment for government employees are complex and can vary depending on government branch or jurisdiction. All Cognyte employees who interact with government officials on Cognyte's behalf are responsible for complying with applicable laws and regulations.

# We follow all rules for dealing with foreign officials.

The FCPA and other countries' laws restrict the exchange of gifts and entertainment with foreign officials. Before offering meals, gifts, gratuities, entertainment, or anything of value to any foreign government personnel, official, political party, party official, or candidate, you must consult in advance with the Legal Department to make sure that you are in compliance with applicable US and local laws and Cognyte standards.

# We understand that it may be appropriate to return gifts in certain circumstances.

If a gift is not within the requirements of this Code, you must return the gift with an explanation that Company standards do not permit you to accept such gifts. In the event that returning such gift would be considered discourteous and not in accordance with local custom, accept the gift on behalf of the Company and treat such gift as an asset of the Company. If returning a perishable item is not feasible, it shall be anonymously donated to charity or accepted on behalf of Cognyte and put in a common area to be shared among employees in the office.

# We are careful when giving gifts outside of the workplace.

Employees who are personal friends of customers or business providers might wish to exchange gifts outside of the workplace for appropriate events (such as a wedding or baby shower). These exchanges are acceptable so long as they are infrequent (limited to special occasions), disconnected from any work activities, and disclosed to a supervisor beforehand to ensure that they do not improperly influence or appear to influence business decisions.

# We make sure that we understand the laws and customs of foreign countries.

We must abide by the laws, rules, and regulations of countries in which we do business. We are committed to following not only US laws that deal with foreign business transactions (such as the

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.



FCPA), but also with the laws of the host countries in which we operate.

Cultural differences and local customs or laws may raise issues. If you are unfamiliar with the requirements of the local country, you should review this section and discuss these issues with your supervisor and the Legal Department prior to engaging in any international business.

In some countries, local customs may call for the exchange of expensive gifts — often, items of some cultural importance — as part of the business relationship. In these situations, gifts may be accepted only on behalf of Cognyte and not as an individual. Additionally, these gifts must be maintained for the benefit of the Company in a manner approved by your local Human Resources Department or the Legal Department. The foreign company's gift policy regulations must be observed. In all cases, the exchange of gifts must be conducted so that there is no appearance of impropriety. Gifts may only be given in accordance with all applicable laws, including the FCPA.

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.

**Cognyte** Formerly a Verint company

# We are accurate and ethical with our finances.

As Cognyte employees, we have an obligation to promote integrity and transparency throughout the organization, with responsibilities to stakeholders inside and outside the Company. While there are special ethical obligations that apply to employees with financial reporting responsibilities, we all have the obligation to be accurate and ethical with Cognyte's finances.



**We all have the obligation to be accurate and ethical with Cognyte's finances and financial records.**

It is Cognyte's policy to accurately and Fairly disclose the financial condition of the Company in compliance with the applicable accounting principles, laws, rules, and regulations, as well as Cognyte's applicable policies and procedures, and to make full, fair, accurate, timely, and understandable disclosure in our periodic reports filed with the Securities and Exchange Commission and in other communications to securities analysts, rating agencies, lenders, tax authorities, and investors. Honest and accurate recording and reporting of information are critical to our ability to make responsible business decisions. Cognyte's accounting records are relied upon to produce reports for the Company's management, rating agencies, investors, creditors, governmental agencies, and others. Our financial statements and the books and records on which they are based must accurately reflect all corporate transactions and conform to all legal and accounting requirements and our system of internal controls.

## We create accurate records.

All assets, liabilities, revenues, expenses, and business transactions must be completely and accurately documented and recorded on Cognyte's accounting books and records, in accordance with applicable laws, generally accepted accounting principles, and established Cognyte accounting and financial policies and procedures.

Budget proposals and economic evaluations must fairly represent all information relevant to the decision being requested or recommended. No secret or unrecorded cash or other assets will be established or maintained for any purpose.

Cognyte shall advise customers and suppliers of errors and promptly correct the error through credits, refunds, or other mutually acceptable means.

The retention and proper disposal of records and data shall be in accordance with Cognyte's policies

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.

and procedures, as well as applicable legal requirements.

# We promote transparent and complete financial disclosure.

Cognyte is committed to transparency in financial reporting to enhance investors' understanding of our business and facilitate informed investment decisions. All disclosures made in financial reports and public documents filed with the Securities and Exchange Commission and other public communications must be complete, accurate, timely, and understandable.

# We cooperate with our auditors.

To ensure accurate reporting, Cognyte employs both internal and outside auditors. You must cooperate with and not attempt to improperly influence any external or internal auditor during his or her review of any aspect of the Company under their review. Failure to cooperate with any audit or related investigation will result in discipline, up to and including termination.



# We accurately report our expenses.

When incurring expenses in the course of your duties as a Cognyte employee, you are expected to act responsibly and in the best interests of the Company. You must use your own good judgment to ensure that Cognyte receives good value for expenditures. You must comply at all times with Cognyte's policies

**We use our own good judgment to ensure that Cognyte receives good value for expenditures, and we incur expenses in accordance with Cognyte policies.**

regarding the incurrence of expenses, including the **Cognyte Global Travel and Entertainment Policy**, as well as applicable Purchasing and Accounts Payable requirements.

Expenses must be incurred, and expense reports completed in accordance with the **Cognyte Global Travel and Entertainment Policy**. All charges on Company credit cards must be paid on time, and Company credit cards must not be used to incur personal expenses under any circumstances. Any penalties for failure to pay or late payment of Company credit cards shall be the personal responsibility of the employee.

Management must review and authorize all purchasing and expense related items in accordance with the Global Signature Authority Policy and Guidelines and other applicable approval policies and

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.



procedures.

No request for expenditure shall be approved with the understanding that the funds will be, or have been, used for a purpose other than what is described. No supervisor shall engage in practices intended to circumvent Cognyte's management authorization process, such as requesting a subordinate to incur and submit expenses on their behalf.

# We retain documents in accordance with Company policies and applicable law.

Company records must be retained according to applicable laws and Cognyte policy. You may never destroy, alter, mutilate, or conceal any record if you have been directed to retain it or if you know, contemplate, or reasonably believe that there is a possibility of any litigation or internal or external investigation concerning that record. If any person directs you to violate this policy, you must immediately contact the Legal Department and use all reasonable measures to protect the record.

# We do not falsify or alter records.

You may not, under any circumstances, falsify or alter records or reports, prepare records or reports that do not accurately or adequately reflect the underlying transactions or activities, or knowingly approve such conduct.

Examples of prohibited practices include, but are not limited to:

+ Making false or inaccurate entries or statements in any of Cognyte's books, records, or reports that intentionally hide or misrepresent the true nature of a transaction or activity.

+ Manipulating books, records, or reports to intentionally hide or misrepresent the true nature of a transaction or activity.

+ Failing to maintain books and records that completely, accurately, and timely reflect all business transactions.

+ Maintaining any undisclosed or unrecorded Company funds or assets.

+ Using funds for a purpose other than the described purpose.

+ Making a payment or approving a receipt with the understanding that the funds will be, or have been, used for a purpose other than what is described in the record of the transaction.

Every Cognyte employee, officer, and director must be prepared to certify that their behavior supports accurate public disclosure/financial reporting and that they have not engaged in any practices or activities that would compromise the accuracy and integrity of our financial reporting.

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.



# We adhere to a *Financial Code of Conduct* specifically for our CEO, CFO, and Finance Department.

Because of their position, special ethical obligations exist for employees with financial reporting responsibilities. Our Chief Executive Officer, Chief Financial Officer, and Accounting and Finance Department employees have a special responsibility.

In addition to adhering to the other requirements of this Code, they must also adhere to the following principles and foster a culture throughout the Company that helps to ensure the fair and timely reporting of Cognyte's financial results and condition. To that end, the CEO and all members of Cognyte's Finance Departments are bound by the following *Financial Code of Ethics*, and each agrees that he or she will in his or her capacity as a Cognyte employee:

+ Act with honesty and integrity, avoiding actual or apparent conflicts of interest in personal and professional relationships.

+ Provide information that is accurate, complete, objective, relevant, timely, and understandable to help ensure full, fair, accurate, timely, and understandable disclosure in reports and documents that the Company files with, or submits to, government agencies and provides in other public communications.

+ Comply with the rules and regulations of federal, state, provincial, and local governments, and other appropriate private and public regulatory agencies.

+ Act in good faith, responsibly, with due care, competence, and diligence, and without misrepresenting material facts or allowing their independent judgment to be subordinated.

+ Respect the confidentiality of information acquired in the course of doing their work, except when authorized or otherwise legally obligated to disclose. Confidential information acquired in the course of their work will not be used for personal advantage.

+ Share knowledge and maintain skills important and relevant to stakeholders' needs.

+ Proactively promote and be an example of ethical behavior as a responsible partner among peers, in the work environment, and in the community.

+ Achieve responsible use of and control over all assets and resources employed or entrusted to them.

+ Promptly report to the Vice President Internal Audit, Chief Financial Officer, Chief Legal Administrative Officer, or chairman of the Audit Committee any conduct that they believe to be a violation of law, business ethics, or any provision of the Company Code of Conduct, including transactions or relationships that could reasonably be expected to give rise to such a conflict.

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.



# We report audit and accounting concerns.

Cognyte's Audit Committee has adopted procedures to receive, retain, and treat complaints regarding accounting, internal accounting controls, or auditing matters. If you are uncomfortable reporting any concern about questionable accounting or auditing matters to your supervisor or the Human Resources or Legal Department, you may contact the Cognyte Ethics email at contact@cognyte.com Report your concern.

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.

**Cognyte** Formerly a Verint company

# We disclose or share Cognyte intellectual property, proprietary information, and assets *only* when authorized and *only* in compliance with Cognyte policy.

Cognyte's proprietary information reflects our innovation and passion regarding the products and services we offer, and is one of our most important assets.

Our creativity and innovative ideas make significant contributions to Cognyte's continued success in the marketplace. We are encouraged to use our skills and knowledge to develop new and improved products and services and to discover new and improved ways to do our work.

Our success depends on protecting our intellectual property, which includes inventions, discoveries, improvements, ideas, computer programs, source codes, patents, trademarks, copyrights, and proprietary information.

# We safeguard Cognyte proprietary information and intellectual property.

We adhere to the Proprietary Information and Intellectual Property Notice and the **GISP 1000 –** Global Information Security Policy for identifying, using, protecting, and disclosing Cognyte proprietary information and intellectual property.

+ Proprietary or confidential information may be shared only under appropriate non-disclosure provisions and only when authorized. Before exchanging any confidential or proprietary information with a customer, vendor, partner, reseller or consultant, you should contact the Legal Department for the Cognyte approved Non Disclosure Agreement ("NDA") and seek authorization from management to enter into the same with a third party. Even if there is an active NDA of sufficient scope to protect the subject matter being disclosed, disclosure should be as necessary to further the relationship or on a need-to-know basis. As appropriate, consult with the Legal Department to review proposed disclosures.

+ We do not discuss Cognyte business in public or non-secure places.

+ We do not leave computers or laptops "unlocked" or screens open for viewing by unauthorized individuals or third parties or disclose passwords to such persons.

+ We disclose nonpublic Company information only to employees who have demonstrated a legitimate, business-related need for the information.

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.



+ We never disclose non-public Company information in Internet forums (including blogs, chat rooms or electronic bulletin boards) or to selected shareholders or financial analysts, nor do we participate in such forums with respect to Cognyte. For further information, see the section, *We protect Cognyte's assets and resources from misuse, abuse, destruction, or inappropriate disclosure*.

+ We do not release nonpublic Company information to the public or third parties unless specifically authorized. For more information, see the section, *We do not speak on behalf of Cognyte unless authorized*.

+ When making authorized disclosures, presentations, etc., we follow Cognyte guidelines and policies for marking and protecting Cognyte's proprietary information and intellectual property. See the **Cognyte Proprietary Information and Intellectual Property Policy** for further guidance.

We protect and safeguard Cognyte's intellectual property by adhering to applicable Cognyte policies governing the development and sharing of Cognyte intellectual property, including the Free or Open Source and Third Party Software Policy .

+ **Royalty arrangements:** Extending the right to use Cognyte intellectual property within a third party's products must be reviewed and approved by the Sales, Engineering, Finance, and Legal Departments. Requests to use a third party's intellectual property within Cognyte products require approval from the Engineering, Finance, and Legal Departments. In the event that a vendor requests to use a project or implementation at Cognyte as part of a case study of official, non-confidential material, you should contact your supervisor for approval.

+ **Free or Open Source Software:** We permit use of open source code in accordance with Cognyte's applicable policies regarding use of open source. These policies generally permit such usage, particularly so long as it does not affect Cognyte's intellectual property rights or unduly increase our liability. Therefore, before pursuing or entering into free or open source software agreements, engineers or others must seek approval from Engineering management and the Legal Department, as required by these policies.

+ We exercise special care to prevent the disclosure of potentially patentable ideas to parties outside the Company, other than outside patent attorneys retained by the Company.

+ We promptly disclose all discoveries, inventions, and improvements, patentable and unpatentable, to our supervisors and the Legal Department within 30 days of conception or first reduction to practice.

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.



+ Our inventors must execute, acknowledge, and deliver to the Company documents as may be necessary or desirable to obtain, convey, and record ownership of all inventions, discoveries, patents, or patent applications to the Company. Employees who enter into consulting or other agreements with parties outside of the Company that require assignment of ownership rights in intellectual property (assuming such arrangements are otherwise permissible) are cautioned that conflicting interests may arise. Any such outside arrangements must be approved by the Legal Department, and the Legal Department must be notified of any patents or inventions arising from external consulting agreements.

+ We respect valid patents, copyrighted materials, and other protected intellectual property of others.

+ We exercise special care when dealing with requests from outside groups. For guidance on dealing with external questions and requests, see the section We do not speak on behalf of Cognyte unless authorized.

# Our obligation to protect Cognyte intellectual property, proprietary information, and assets continues, even if we leave our employment with Cognyte.

Your obligation to abide by certain Company standards exists even after your employment ends.

When leaving Cognyte, you must return all Cognyte property in your possession, including all records and equipment.

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.

**Cognyte** Formerly a Verint company

# We protect Customer and Personal Information.

A foundation of our Cognyte values, our integrity in the marketplace is a key component of our reputation for trustworthiness and service. We respect the confidential nature of the businesses in which our customers are engaged. We also require our employees to protect Personal Information (as defined below) that they may receive about other Cognyte employees, individuals associated with customers, or other third parties.

## We protect Customer Information and communications.

**Customer Information** is confidential and proprietary information of our customers. It should be treated at least as carefully as Cognyte treats its own confidential and proprietary information. You must not use, access, or disclose Customer Information, except as authorized.

**Confidential information** should be considered broadly and includes any item or matter as to which the Company is obligated or reasonably expected to maintain confidentiality (pursuant to an NDA or otherwise). It includes, without limitation, Personal Information, customer financial information, product configuration, information regarding the customer's IT infrastructure, payment or account information, and non-public information regarding the customer's business, products or services, etc.



**We obtain and use Customer and Personal Information for business purposes only. We do not disclose our customers' identities or their confidential and proprietary information without proper authorization.**

## We protect Personal Information.

In the course of your work for Cognyte, you may obtain Personal Information (as defined below). You must not use, access, or disclose such Personal Information, except as authorized.

**Personal Information** is any information that can be used to identify any individual. For example, Personal Information includes an individual's name, address, email address, telephone or facsimile number, Social Security number ("SSN") or other government identification number, date of birth, financial information (including credit card, debit card and other financial account number), medical and health information, background information, and/or parent's surname prior to marriage. Personal Information may relate to any individual, including Cognyte employees, individuals associated with customers, and other third parties.

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.

## Cognyte Privacy Principles

We adhere to the privacy principles below:

+ We obtain and use Customer and Personal Information for business purposes only.

+ We limit access to and knowledge of Customer and Personal Information records to employees who need the information for legitimate business purposes.

+ All Cognyte employees are responsible for safeguarding individual Customer and Personal Information communications and information.

+ Cognyte complies with all applicable privacy laws and regulations wherever Cognyte does business.

+ We do not disclose the identity of our customers without proper internal and external approval and authorization.

+ When required by applicable law and/or contractual obligations, we keep the identity of customers, the existence of contracts, and their content confidential.

+ We follow Cognyte policies and applicable laws regarding customer marketing.

Before using any Customer Information to market products or services or disclosing Customer Information to other companies for marketing purposes, you must follow all Cognyte policies and applicable laws and regulations regarding the use and disclosure of this information. Any customer marketing initiatives must be supervised and controlled directly by our Marketing Department.

## We abide by applicable law and maintain Cognyte standards while on customer premises.

Cognyte expects employees to provide fair, honest, and respectful service at all times to all of our customers. We are each accountable for delivering that standard of service. For further information on your obligations regarding the workplace and applicable Company policies, please refer to the section, *We maintain an inclusive, fair, and healthy work environment*. Remember, you should maintain Cognyte's standards or more restrictive standards if required by our customer or partner (and not otherwise in violation of the Code), even if not operating on Cognyte premises.

## We keep our facilities, IT systems, and products secure.

Maintaining the quality of our products and protecting our customers and each other includes taking all appropriate precautions to protect Cognyte's systems and premises. For further information on how we protect our systems and premises, see the section, *We protect Cognyte's assets and resources from misuse, abuse, destruction, or inappropriate disclosure*.

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.

Cognyte Formerly a Verint company

# We do not speak on behalf of Cognyte unless authorized.

We do not speak on behalf of Cognyte to the press, media, or any third party unless authorized to do so. Cognyte's reputation as a company and a good corporate citizen is a key asset. We are responsible for protecting this asset. We do not disclose Customer Information to anyone, in particular third parties, without required approvals. See more about this topic in the section, *Error! Reference source n ot found.*

## We follow guidelines regarding communications with the press, media, analysts, or other third parties.

Requests and inquiries must be referred to the authorized groups described below.

Cognyte **Investor Relations** handles communications related to Cognyte's business, strategy, and financial performance and all contacts with the financial community. When in doubt, Investor Relations is the appropriate first step in considering how to respond to any third-party inquiry.



**We speak on behalf of Cognyte to the press, media, and third parties only when we are authorized to do so.**

The **Marketing Department** for each business division handles communications related to product and service offerings, focused on trade press and related interviews. However, these discussions should not cover subject matter that is the responsibility of Investor Relations, Legal, or Human Resources without the express prior approval of these other departments.

The **Legal Department** handles contacts from outside attorneys, as well as federal and state legislative bodies and regulatory agencies. The Legal Department also responds to subpoenas, court orders, and criminal inquiries and interfaces with law enforcement on security matters, including emergency response.

The **Human Resources Department** is responsible for services regarding current and former employees, including employment verification.

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.

**Cognyte** Formerly a Verint company

# Guidelines for Communications Outside of Cognyte

+ Never speak on behalf of Cognyte unless expressly authorized to do so. Also, do not assume that your communications will not be attributed to you.

+ Refer all press inquiries to Investor Relations or the head of Marketing for your business division.

+ Be sensitive to situations in which your identity as a Cognyte director, officer, or employee is known and may result in your being viewed as speaking on behalf of Cognyte. In those situations, you should make it very clear that the views you express are solely your own.

+ Never publicly disclose (in conversation, in chat rooms, via email, or otherwise) Cognyte's confidential information or the confidential information of any customer or other third party.

+ Recognize that all unauthorized disclosures, even those made anonymously, constitute violation of Company policy and your confidentiality obligations, and could result in disciplinary action.

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.

**Cognyte** Formerly a Verint company

# We maintain ethical sales practices.

We compete vigorously, independently, and fairly, basing our efforts on the merits of our competitive offerings. We sell our products and services honestly and do not pursue any sale that requires us to act unlawfully or in violation of these standards. Cognyte's integrity in the marketplace is a key component of our reputation for trustworthiness and service. Cognyte customers expect and deserve fair, honest, and respectful service. You are accountable for your role in the delivery of that standard of service.



We do not pursue sales that would direct customers to inappropriate or unnecessary products, nor do we misrepresent our products or capabilities or make commitments regarding future capabilities without proper authorization.

**We sell our products honestly and do not pursue any sale that requires us to act unlawfully or in violation of Cognyte standards.**

## We ensure that all charges are accurate and properly billed with respect to our customer contracts.

In servicing customer contracts, you must make every effort to ensure that all charges are accurate and properly billed. You may not, without the customer's consent and Finance and Legal written approval, shift costs between contracts, deviate from contract requirements by substituting products or services, or cause customers, partners, or resellers to incur inaccurate charges.

## We adhere to laws that apply when a government is our customer.

When dealing with federal, state, and local government agencies (including foreign government agencies) that are customers, you must apply the same high standards of fairness and integrity that you employ with all customer contracts, and you must consult with the Legal Department to identify additional laws, regulations, and procedures that you must follow.

## We hold our partners, resellers, and agents to high standards

We do not permit our partners to do indirectly what we are prohibited from doing directly.

To the extent permitted by law and contractual provisions, we reserve the right to terminate

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.



relationships with partners whose behavior conflicts with the Code.

# We do not engage in anti-competitive practices, and we generally do not share confidential information with competitors.

Competition laws, also known as antitrust laws, preserve fair, honest, and vigorous competition. While competition laws differ among countries, they generally prohibit similar conduct.

## Agreements with Competitors

Competition laws generally prohibit agreements and information sharing with competitors on certain sensitive matters because they may wrongfully restrict competition, including:

+ Pricing

+ Price changes

+ Discounts

+ Pricing methods

+ Costs

+ Warranties

+ Terms of sale

+ Marketing initiatives

+ Product plans

+ Employee information or compensation

The foregoing is not an exhaustive list. Both express agreements and informal understandings between competitors may constitute illegal agreements.

It is inevitable that you will meet competitors from time to time, attend the same industry conferences, or participate together in meetings of trade associations or standards organizations. In all contacts with competitors, do not discuss pricing policy, contract terms, sales, costs, profits, product plans, or any other confidential information. Because discussions of these subjects with a competitor can be illegal, if a representative of a competitor raises any of them, you should object, stop the discussion, and, if necessary, leave the meeting. You should report to the Legal Department any such incident immediately.

## Dealing with Customers

The following guidelines provide a basic foundation to assist you in complying with antitrust laws in your unilateral dealings with customers:

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group. All rights reserved worldwide.



+ Do not require customers, as a condition to doing business, to buy from Cognyte before Cognyte buys from them.

+ Do not require customers to take a product or service they do not want in order to get from Cognyte a product or service they do want.

+ Do not agree with a customer (reseller) to establish or fix the customer's resale prices or other terms or conditions of sale.

Competition laws are complex and the penalties for violations – for both companies and individuals – can be severe. If you are not sure how to handle an issue, discuss it with your supervisor or the Legal Department.

# We do not obtain competitive information through improper means.

Cognyte has an obligation and is entitled to keep up with developments in our industry, including obtaining information about our competitors. We obtain information about our competitors through honest, ethical, and legal methods.

# We follow the Cognyte contracting approval process.

+ We do not enter into side letters or agreements (whether or not in writing); our contracts represent the complete agreement and must be formally amended for any modification.

+ We obtain proper approvals, authorizations, and signatures before finalizing quotes, commitments, and agreements.

+ We follow and adhere to the [Cognyte Global Signature Authority Policy and Guidelines](#)

# We adhere to applicable laws when making any payments in foreign countries or to foreign officials.

Payments we make in the course of doing business internationally must reflect the value of the services actually provided, be directed to proper business purposes, be made to legitimate business service providers, and meet the requirements of the laws of the US and of other countries in which we do business.

One key law governing our conduct of business in other countries is the FCPA, which governs payments from US companies and some foreign companies to foreign government officials. Generally, it is a violation of the FCPA to make payments or related offers or to provide any other benefit to or for the benefit of a foreign official. Regardless of the particular customs of a foreign country, you must be particularly careful to follow Company standards, local laws, and US laws regarding doing business with non-US officials or their family members.

You must never make payments to a third party that you suspect may be passed to officials outside

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.



the US or to other persons to improperly influence any person's decision-making to secure, retain, or direct business for Cognyte. You must not use an agent to make any payment that Cognyte itself cannot make. Whenever you retain any agent in connection with foreign business, you must make sure that you can properly trace any funds provided to the agent to ensure that they are not used to make improper payments to government officials or their representatives.  Consult the Global Anti-Corruption Policy_ and Global Anti-Corruption Procedure **, including the Anti-Corruption Due Diligence Procedure (THIRD PARTIES)** or with the Legal Department if you have any questions about ensuring compliance with applicable anti-corruption laws, including the FCPA.

# Facilitating Payments

In some countries where Cognyte conducts business, it may be local practice for businesses to make payments of nominal value to low-level government officials in order to expedite or "facilitate" routine government actions over which such government officials have no discretion. Examples of routine, non-discretionary actions may include providing police protection, granting visas or utility services, or clearing customs. Such payments are called "facilitating payments."

Facilitating payments, whether legal or not, are prohibited by the Cognyte Code of Conduct and the Cognyte Global Anti-Corruption Policy and Procedures.

The circumstances under which Cognyte would make an exception to this policy are rare. Cognyte's Chief Compliance Officer must be consulted and written authorization must be obtained before any such payments are made.

# Payments to Contractors

Payments to contractors (including agents, marketing representatives, and consultants) must be made in accordance with the terms of their contracts, which must be in writing. Prior to entering any contract with a foreign party, you should review it with the Legal Department. Contracts that provide for payments to parties other than the contracting party are generally not acceptable.

# Record Keeping

In order to comply with the FCPA's record-keeping requirements, you must deny requests from foreign parties to vary the terms of contracts by:

+ Increasing or decreasing agreed amounts on any invoice if such a request is contrary to Cognyte's standards, procedures, or applicable laws; or

+ Submitting multiple invoices if you suspect such invoices may be used in a manner contrary to Cognyte standards, procedures, or applicable laws or may be otherwise used improperly. Commissions and other fees paid must be reasonable and customary and may not exceed legal limits in the locality where they are paid.

Cognyte is required to accurately record information regarding payments, including the amount and

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.



recipient. These record-keeping requirements apply to any agents or consultants who represent Cognyte. This means that you must ensure that Cognyte and any agent or consultant who acts on Cognyte's behalf properly document all transactions and maintain accurate information with respect to the amount and ultimate recipient of contract payments, commissions, and other payments.

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.

**Cognyte** Formerly a Verint company

# As a global company and good corporate citizen, Cognyte complies with the law in the jurisdictions in which we operate.

It is our policy that directors, officers, employees, and others acting on behalf of Cognyte comply with all applicable governmental laws, rules, and regulations that affect our business and the performance of their jobs.

## We understand that the Code is not exhaustive, and we must be mindful of the laws where we do business.

Because we operate in a number of countries, we must be mindful of our legal obligations in each country; legal standards are likely to vary from country to country. If you are in doubt or have a question about the legal requirements in a particular situation, you should contact a member of the Legal Department. Further, it is the responsibility of each of us to make sure we are informed about applicable legal requirements in a given situation.

Throughout this Code, we have discussed certain legal requirements in situations such as:

+ Environmental, health and safety laws and regulations

+ Maintenance of an appropriate work environment

+ Antitrust/competition laws

+ Gifts and entertainment

+ FCPA

+ Protection of intellectual property and confidential information

+ Conflicts of interest

+ Financial reporting and external communications

+ Sales practices

The Code is not intended to be an exhaustive discussion of every legal requirement, and the absence of guidance in this Code about a particular legal requirement should not be interpreted to mean that a particular act is acceptable or permissible.

In addition to the areas mentioned above, there are other requirements with which each of us needs to be aware and compliant. A few examples are presented below. In addition to these brief descriptions, please familiarize yourself with other policies and procedures that the Company has adopted, or may adopt in the future, regarding these topics and others.

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.



# We understand that economic sanctions and embargoes may restrict us from doing business with certain countries and groups throughout the world.

Although Cognyte Software Ltd. is an Israeli company, United States Federal law makes it illegal for Cognyte's  US subsidiaries or US persons to engage in any transaction (sales, donations, contributions, vendors, procurement, settlements, debt obligations, etc.) with a number of designated countries, or with certain parties anywhere in the world; for example, groups that support terrorism. To ensure that Cognyte follows these laws when applicable, you must check with the Legal Department prior to initiating any business relationship in a country in which Cognyte has not previously done business.

# We understand that our products are subject to certain US and non-US export laws and regulations.

Cognyte has operations in many countries and sells its products and services into over 150 countries. Our products and services are subject to both US and non-US export laws and regulations. "Products and services" should be thought of broadly in connection with export control laws and can include technical data, customer support, consulting services, and marketing materials. Further, export laws need to be considered when delivering software, services, patches, updates, maintenance or support via telephone, email, the Internet, our website, or other electronic delivery mechanism.



**As a global company and good corporate citizen, we are mindful of our legal obligations in each country. We comply with all applicable governmental laws, rules, and regulations that affect our business and the performance of our jobs.**

Any transaction crossing national borders implicates the export laws, including intercompany transactions, and, in some cases, even transactions within the borders of a single nation that involve citizens of different countries. In addition, transactions with customers are not the only focus; we must be cognizant of the issues raised by transactions with business partners, resellers and agents, suppliers, and as noted above, even intercompany transactions.

In that regard, export authorization from, or filings with, US and non-US governments may be required before we export, re-export, or ship our products and services. It may be illegal not to receive the appropriate authorization or make the applicable filings. Serious penalties are possible for failing to

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.



comply with export control laws. Any questions regarding export compliance should be directed to the Legal Department.

# We understand that we may only trade in Cognyte securities in compliance with insider trading laws and Cognyte's insider trading policy.

It is our policy that no director, officer, consultant, or employee of Cognyte who is aware of material nonpublic information relating to Cognyte may, directly or through family members or other persons or entities, (a) buy or sell securities (including the purchase or sale of puts, calls and options) of Cognyte or engage in any other action to take personal advantage of that information; or (b) pass that information on to others outside Cognyte, including family and friends. Directors, consultants, or employees of Cognyte who, in the course of working for Cognyte, learn of material nonpublic information about a company with which Cognyte does business, including a customer or supplier of Cognyte, may not trade in that company's securities until the information becomes public or is no longer material.

As noted above, employees are not only prohibited from buying and selling Cognyte securities when they are in possession of material, nonpublic information, but also from passing information along to others who then trade in Cognyte securities. Besides being considered a form of insider trading, tipping is also a serious breach of corporate confidentiality.

There are extensive and complex rules relating to insider trading, and you should refer to the Cognyte insider trading policy, Cognyte Global Insider Trading Policy further guidance. An online training course is also available in the [Cognyte Learning Center](#) to further your understanding of insider trading rules.

# We use Cognyte's approved, automated shipping systems to comply with Customs laws, regulations, and policies for international shipments.

Accurate Customs information on shipping documents is required for all international shipments. Employees must not initiate shipping documents outside of the approved, automated shipping systems.

# We protect our legal rights.

Cognyte reserves the right to contact legal authorities if it believes that a crime has been committed by a current or former employee relating to their employment.

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.

**Cognyte** Formerly a Verint company

## Version History

| Date | Author | Details |
| --- | --- | --- |
| February 2021 | Legal and Compliance | Created for Cognyte Software Ltd. |
|  |  |  |
|  |  |  |

Unauthorized use, duplication, or modification of this document in whole or in part without the written consent of Cognyte Software Group is strictly prohibited. By providing this document, Cognyte Software Group is not making any representations regarding the correctness or completeness of its contents and reserves the right to alter this document at any time without notice. Features listed in this document are subject to change. Contact your Cognyte representative for current product features and specifications. All marks referenced herein with the ® or TM symbol are registered trademarks or trademarks of Cognyte Software Group. All rights reserved. All other marks are trademarks of their respective owners.

© 2021 Cognyte Software Group.  All rights reserved worldwide.