# Exhibit 1

# Israeli Company Cognyte Sold Cyber-intel System to Myanmar Without License, State Attorney Says

Haaretz revealed that Cognyte sold cyber-intelligence system to Myanmar in violation of a global arms embargo and Israel's declaration that it had stopped exporting weapons to the country – but the attorney general's office announced it wouldn't open an investigation

Israeli company Cognyte, a Nasdaq-traded firm, did not receive a license from the state to sell cyber-intelligence systems to Myanmar, the Israeli attorney general's office said in February. It added, however, that "the evidentiary basis is insufficient to open an investigation."

This decision was provided in response to an appeal from human rights activists, headed by attorney Eitay Mack, who called for criminal investigations to be opened against Israeli companies and Defense Ministry and Foreign Ministry officials responsible for security exports to Myanmar.

Despite the fact that the United States and European Union imposed an arms embargo on Myanmar, Israel declined to halt arms sales to the country during the military junta's open rule in the country.

Communications and exports also continued afterward, while Myanmar was committing genocide against the Rohingya in 2016 and 2017. It wasn't until 2018, in the wake of extensive coverage and public pressure, that Israel ostensibly halted security exports to Myanmar.

Haaretz reported last year that in 2020, Cognyte won a tender from a state-backed telecommunications company in Myanmar to supply a Lawful Interception system. Reuters reported that the company even conducted an experimental activation of the system.

The system in question is a cyber-system that is installed in the core of internet infrastructure in many countries, and provides police and enforcement agencies with tools to track citizens – from monitoring online activity through to locating cell phones, eavesdropping on phone calls, hacking devices, and extracting coded text messages.

Two months after Cognyte won the tender in Myanmar, there was another military coup in the country and the junta jailed former leader Aung San Suu Kyi along with the president, ministers, and other members of parliament. The junta suppressed the opposition, launched an all-out war against armed rebels, increased its bombardments, and killed thousands of civilians in the country. According to the UN, the war caused two million people to be uprooted from their homes.

The letter in which the state admits that Cognyte did not have the proper licenses to sell the cyber-intelligence systems is one of several that were sent in recent months to attorney Eitay Mack as part of what appears to be a "desk clearing" effort at the Justice Ministry.

The ministry earned a stern rebuke from the Ombudsman of the State Representatives in the Courts for foot-dragging in responding to Mack's complaints about security exports to Myanmar and Guatemala, several of which were filed as far back as 2018.

"The decision on your request was only received after an inconceivable period of time of five years and four months since the date of its submission!" the Ombudsman office's response read. "This is an outrageous dragging out of proceedings."

In the wake of this scathing letter, the attorney general's office sent responses to several of Mack's inquiries. Three of them were turned down, and in one instance, the ball was thrown to the police's court.

Lawful Interception systems of the type that Cognyte sold to Myanmar are dual-use systems with both civilian and national security applications, and are subject to the Wassenaar Arrangement – a voluntary international convention whose implementation depends on the will of the countries that are signatories to it.

Israel is not a signatory to the arrangement, but Israel's Defense Export Control Law mandates that dual-use technology requires a marketing license and export license from the Defense Ministry's Defense Export Control Agency.

Haaretz has found that Lawful Interception systems fall under the Defense Export Control Law, and that the Wassenaar Arrangement essentially deals directly with the protocols that were developed specifically for the needs of these systems.

Open gallery view
Aung San Suu Kyi, in 2019. Credit: STR - AFP
"With respect to the inquiry in the Cognyte matter, no preliminary evidentiary grounds were found to allow the opening of an investigation, and our investigation indicates that Cognyte never received a license in said period," the State Attorney's Office told Mack. The response ostensibly implies that the State Attorney's Office is insisting on avoiding an investigation despite the possibility that the company broke the law.

In response to questions by Haaretz, the Justice Ministry reiterated that in the opinion of Mack, insufficient evidence was presented. As for marketing without a license, the author was referred to the Defense Ministry, which did not respond to questions by Haaretz. Cognyte also did not respond to questions.

Dr. Natalie Davidson, a senior lecturer at Tel Aviv University's law faculty, said that the marketing of controlled military equipment without a license is a criminal offense with a penalty of imprisonment or a fine. However, she emphasized that it is very difficult to verify whether the

marketing of a particular system – especially an unclassified product – requires a license, partly because the state does not disclose to the public critical information.

"Pursuant to the regulations, the Defense Export Control Agency can decide on specific exemptions, but if they do not appear on its website, that does not mean that they do not exist. It's terrible – this is a serious lack of transparency," said Davidson.

Haaretz national security & cyber
Mapping 28,000 missile and drone attacks on Israel

Leaked docs reveal Israel's preparations for Iran attack

Satimages reveal devastation in Lebanese villages

Iran attack reveals threat posed by missile arsenal

Hezbollah now striking Israel with FPV drones

Iran's new drone carrier

Israel wants to trap Iran's ghost tankers

Satimages show damage to Israel base after Iran attack

The courts are also in no hurry to clear the fog over Israel's conduct with Myanmar. The most relevant example is a 2017 High Court ruling which was supposed to end defense exports to the country – and which remains classified. In 2019, Myanmar military representatives visited a defense expo in Israel.

The State Attorney's Office also responded negatively to demands by human rights activists to open a criminal investigation into suspicions that Israelis responsible for defense exports to Guatemala between 1974 and 1996 had abetted crimes against humanity and genocide in the Guatemalan Civil War.

"We concluded that it was not possible to establish evidentiary grounds that would establish reasonable suspicion that the alleged offenses were committed," the State Attorney's Office said.

"The relevant material does not indicate awareness, let alone the intent, of any Israeli party that the defense exports would abet the offense of genocide; the effect of the passage of the great deal of time on the possibility of opening an effective investigation; the fact that the acts, if committed, were ostensibly committed as part of a public role that took legitimate state affairs into account; and the extreme age of the persons involved."

As for a similar demand to open an investigation against CAA Industries, which in 2019 supplied Myanmar with arms manufacturing equipment, the State Attorney's Office said, "We found no reason to handle your inquiry, which is not the 'kingsroad' of filing a complaint with the Israel

3

Police, which is responsible for investigating suspicions that a criminal offense was committed. Therefore, you may naturally file a complaint with the police per accepted practice." Mack filed a complaint with the police.

Mack also demanded that an investigation be opened into suspected corruption against Israel Aerospace Industries, Elbit Systems, Israel Shipyards, and officials at the Foreign and Defense Ministries who were involved in approving defense exports to Myanmar. This demand was also rejected.

"We concluded that your request lacks evidence to establish reasonable suspicion that the alleged crimes were committed." As the non-profit organization Justice for Myanmar revealed, Star Sapphire was the exclusive marketer to the Myanmar military for Israel Aerospace Industries, Elbit Systems, and Israel Shipyards – and it operated with the approval of Israel's Defense Ministry.

Open gallery view
Rohingya Muslim children refugees, who crossed over from Myanmar into Bangladesh, wait at a refugee camp.Credit: Dar Yasin/AP
The U.S. recently imposed sanctions on Star Sapphire, whose manager had direct ties to the Myanmar junta and had been previously arrested in Thailand on suspicion of drug trafficking and money laundering.

In response, the Justice Ministry wrote that no "minimal evidentiary grounds" had been found that crimes had been committed or about the "awareness or involvement of Israeli parties in the matter."

In his appeal, Mack argued that "There is unequivocal evidence for the awareness of the companies and the officials in the MOD and MFA which can only be refuted through the investigation of the suspects." He emphasized that the fact that a company with ties to the junta was used as a mediator raises serious suspicion of corruption.

"It is crucial that Israel fully investigates the involvement of its companies and state officials in supplying arms, military equipment and surveillance technology to the Myanmar military," said Justice for Myanmar spokeswoman Yadanar Maung.

"It has been three years since the military's illegal coup attempt and the junta is intensifying its campaign of terror against the people, committing mass murder, rape, torture and disappearances with total impunity," said Maung. "Israel's backing of the murderous Myanmar military is a dark chapter that should be resolved through full accountability under the law."

4